FILED

NOV 02 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
FILED

NOV - 2 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STATE OF CALIFORNIA | ) | |
| PLAINTIFF | ) | |
| V. | ) | CASE #: 4:17-CV-05783HSG |
| U.S. DEPT. OF HEALTH AND HUMAN | ) | |
| RESOURCES, et. al. | ) | |
| DEFENDANTS | ) | |
| _____ | ) | |

APPEARANCE OF UNITED STATES CITIZEN

TO:   The clerk of court and all parties of record

        I am authorized to appear in this court pursuant to the First Amendment of the United

States Constitution as the court is a branch of the Government; and I appear in this case as a

Friend of the Court.

Dated:        11/1/17

Gary L. Coson
1101 Elm Drive
Novato, CA 94945
(415) 233-3682

| Exhibit ltr | Description |
|---|---|
| A | Newspaper Article from San Francisco Chronicle on Saturday, October 7, 2017 |
| B | United States Attorney's office decision on Article 1 Section 6 dated 11/3/97 |
| C | Court's Order on enforcing Article 1 Section 6 by Judge Claudia Wilkin dated 4/8/13 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |