Gary L. Coson
1101 Elm Drive
Novato, CA 94945
Tele: 415.233.3682
Email: constitutionman1@outlook.com

FILED

NOV 02 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

OAKLAND, CALIFORNIA

| | | |
|---|---|---|
| STATE OF CALIFORNIA, | ) | CASE #:    4:17-CV-05783HSG |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | FRIEND OF THE COURT |
| | ) | RESPONSE TO COMPLAINT |
| HEALTH & HUMAN SERVICES, et. al. | ) | |
| DEFENDANTS. | ) | |
| | ) | |

1.    The FRIEND OF THE COURT PETITIONER has no objection of having a magistrate judge hear this case as long as that magistrate judge has taken an oath to "support and defend the United States Constitution against all enemies, both foreign and domestic".  If they have not then the FRIEND OF THE COURT PETITIONER must object since this case is based on the United States Constitution as stipulated in the SAN FRANCISCO CHRONICLE in its Saturday Edition of October 7, 2017 but understand that it states "Sunday, October 8, 2017" which is different from the paper sold on Sunday, October 8, 2017.

2.    The SAN FRANCISCO CHRONICLE states under the heading "*California sues over rollback to birth control*" that "its rollback of an Affordable Care Act requirement for employers

Friend of the Court Response to Complaint        1

1  to provide contraceptive coverage to workers is unconstitutional and unlawfully targets women. .

2  . ."(Exhibit A). The Petitioner in this case asks a question of the court: Can the Court prove to the

3  people of California and the United States that the Affordable Care Act a.k.a ObamaCare a.k.a.

4  ACA (hereinafter known as ACA) complies with the First Amendment of the United States,

5  which Petitioner will prove it does not comply.  May I remind the Court that the Supreme Court

6  never heard the ACA on the First Amendment but on Article 1 Section 8, better known as the

7  Commerce Clause, when they ruled that the ACA was a TAX and Constitutional.

8  3.      The Arguments below are in the order of the violating of the First Amendment of the

9  United States Constitution; thereby throwing out all the Amendments to the United States

10  Constitution by Congress and throwing their Constitutional Rights out the window.

12                      ARGUMENTS FOR PETITIONER'S PETITION

13  ARGUMENT #1:

14  4.      The First Amendment states in part:

15              "Congress shall make no law . . . abridging the freedom of speech,

16              or of the press . . ."

17  5.      In approximately 1996 Congress made the law "POLITICALLY CORRECT" which

18  Congress threw out their Constitutional Rights of Speech and Press because they were grinding

19  to many personal axes and the press has been in violation of this law since then, not to mention

20  violating the California State Constitution, Article 1 Section 2(a) which states:

21              "Every person may freely speak, write and publish his or her

22              sentiments on all subjects, being responsible for the abuse of this

23              right.  A law may not restrain or abridge liberty of speech or press."

24  ARGUMENT #2:

25  6.      The First Amendment also states in part:

26              "Congress shall make no law . . . abridging . . . the right of the

28  Friend of the Court Response to Complaint        2

1      people peaceably to assemble, and to petition the Government for a

2      redress of grievances."

3  7.    First, in 2010 Congress codified the "Nancy Pelosi Law" by a vote of 535 to 0 which

4 stated that the Members of Congress could not come back to their States and Districts so that We

5 the People could petition our Elected Officials for a redress of grievances. While doing this the

6 law also forbid Congress, as United States Citizens, to come back to their States and Districts so

7 that our Elected officials could petition We the People for a redress of grievances to accept or

8 oppose the ACA.

9  8.    The second thing this law did in 2010 was to state that if and when We the People can get

10 the United States Attorney General to do their jobs in enforcing Article 1 Section 6 of the United

11 States Constitution and those Defendants are forbidden to receive the Criminal Complaint

12 because that "is the True Intent of the Founding Fathers".

13 ARGUMENT #3:

14  9.    The First Amendment also states in part:

15      "Congress shall make no law respecting an establishment of

16      religion, or prohibiting the free exercise thereof; . . ."

17

18  10.    This was the final act that threw out all the Amendments to the United States

19 Constitution, which includes the 17th Amendment when they violated this section of the First

20 Amendment by prohibiting the free exercise thereof of religion by forcing churches and religious

21 organizations to purchase contraception medication against their religious beliefs.

22  11.    I will remind the court that President Obama repealed this section when the Catholic

23 Church took on the Administration to have this section repealed. Due to this fact, the State's

24 claim on this issue is moot and unconstitutional as well due to its violating the First Amendment.

25  12.    Instead of complying with their Oath and Law, the State of California and other States

26 pass laws of Hate against Christians such as SB 1146 last year which violated the Civil Rights

27

28 Friend of the Court Response to Complaint    3

Act Section 245, using the passage of the ACA as their basis for making such laws, claiming that their laws are Constitutional. The funny thing about this is that the Legislative Counsel states that laws such as these do not violate Federal Statute.

13.     The States do not care about the Civil Rights Act or the Constitution unless it suits their Socialist Agenda. Then they will call on the court to comply with their Socialist Agenda with no regard to the United States Constitution, their Oath to support and defend the United States Constitution pursuant to Article 6 Section 3 of the United States Constitution or Federal Statute putting the court in jeopardy under Article 3 Section 1.

14.     In the State's Introduction of the Complaint for Declaratory and Injunctive Relief paragraph 2 where it states:

> "The IFR's drastically change access to contraceptive coverage by
> expanding the scope of the religious exemption to, among other
> things allow *any* employer or health insurer with religious *or* moral
> objections to opt out of the contraceptive-coverage requirement
> with no assurances that the federal government will provide critical
> oversight to ensure coverage."

proves the ACA is unconstitutional pursuant to the First Amendment which violates the free exercise of religion.

ARGUMENT #4:

15.     The Fifth Amendment states in part:

> "No person shall be . . . compelled in any criminal case to be a
> witness against himself, . . ."

16.     Harry Reid made a law in 2012 that stated that We the People did not have to prove anything but the Defendants do in the Criminal Case filed with the United States Attorney General's Office in Oakland, California, in 1997 and Amendments to said complaint in 2007 as well as 2010.

Friend of the Court Response to Complaint       4

17.    I have heard it said that Harry Reid did not know what the Fifth Amendment said when he made his law, but I will tell you right now that he did know because he did not Amend the Fifth Amendment he just replaced it with his law because he knew, as the State Attorney General knows, was thrown out with the ACA.

## QUESTIONS TO PROVE ARGUMENTS

18.    Have any of you actually read the United States Constitution for yourselves to know what is actually Constitutional and what is not or do you only take the Socialist-Democrat reading of the United States Constitution before this case came to court?

19.    If a law is unconstitutional by virtue of the First Amendment how is any modification to that law, by removing a section of it unconstitutional?

20.    Would that not make the modification constitutional?

21.    Where and when were the "three rounds of notice and comment rulemaking" done here in California since it would have been a violation of the Nancy Pelosi Law?

22.    In paragraph 43 lines 3 and 4, which is it "was or went without birth control"?

23.    Paragraph 46 is moot since it would have violated the Nancy Pelosi Law.  Which is it: does the State of California expect the court to disregard the Nancy Pelosi Law because it does not suit them, but when it does suit them they will use it like they did with passage of the ACA? It is one or the other; it is the Law or not?

24.    According to the State of California, the defendants only listened to those who are opposed to the Socialist-Democratic Agenda while they ignored the Socialist-Democratic Agenda in accordance with the First Amendment.  Is this the true intent of the State of California to pressure the court to submit to the Socialist-Democratic Agenda and violate the United States Constitution and the court's Oath?

25.    According to Jared Huffman(D) of the 6th Congressional District of California stated in Petaluma and San Rafael in his town hall meetings on the ACA that the only people required to

1  enroll in the ACA is Congress; therefore, does this not mean that paragraph 47 is moot since the
2  rest of us are not required to participate in the ACA or women's equal rights.

3  26.    Does this also mean that the IRS was in violation of the Criminal Code if they assessed
4  fines and penalties on the people that were not members of Congress pursuant to Article 1
5  Section 6 of the United States Constitution for not having registered for insurance pursuant to the
6  ACA?

7  27.    Is the State of California now stating for the record that when the ACA and the other two
8  laws made so that the ACA could be passed was not "a significant change" to the people losing
9  their Constitutional Amendment Rights?

10  28.    Will the State of California please tell us where in the United States Constitution it says
11            that contraception coverage is entitled?

12  29.    Is the State of California now claiming that the ACA is Socialistic since they state that we
13  now have a new "moral exemption" because contraceptives were never in insurance plans before
14  the ACA?

15  30.    Is the State of California stating that we are a Socialistic State and not a State in the
16  Republic of the United States?

17  31.    Is the State of California, stating for the record, that the women were never allowed
18  contraception medication before the ACA?

19  32.    If they were allowed to have this benefit before the ACA, what happened to "you can
20  keep your insurance, you can keep your doctor"?

21  33.    Is the State of California, stating for the record, that they are afraid that they will have to
22  pick up the tab for instituting an unconstitutional law pursuant to the First Amendment as
23  stipulated earlier with the Federal Exchanges?

24  34.    Can the State of California, state for the record, when the Socialist-Democrats in
25  Congress complied with Title 5 U.S. C. §553(b) and ( c ) to pass the ACA in accordance with the
26  First Amendment?

27

28  Friend of the Court Response to Complaint        6

35.     Can the State of California tell us, before the passage of the ACA, when our elected officials were allowed to come back to their respective states to petition We the People pursuant to the First Amendment or was the Nancy Pelosi Law in force for passage of the ACA?

36.     When was the Notice published in the Federal Register for the ACA?

37.     If it was good cause for the Socialist-Democrats to exclude we the People which is "contrary to the public interest" then why is it not a good cause when we the public interest use the same Socialist-Democrat rule for our actions?

38.     Because the Socialist-Democrats in Congress failed to follow Section 553's Notice and Comment procedures before the ACA was passed, the ACA is unconstitutional and invalid.  Is the court willing to put themselves in jeopardy of misbehaving pursuant to Article 3 Section 1 by allowing the State of California to force the court and we the public interest into a Socialistic-Democratic Society and violate their Amendment Rights to the United States Constitution?  I will quote Article 3 Section 1 for your review:

> "The judicial Power of the United States, shall be vested in one
> supreme Court, and in such inferior Courts as the Congress may
> from time to time ordain and establish.  The Judges, both of the
> supreme and inferior Courts, shall hold their Offices during good
> Behavior, and shall, at stated Times, receive for their Services a
> Compensation which shall not be diminished during their
> Continuance in Office."

39.     Is the State of California now "requiring courts to 'hold unlawful and set aside'"the ACA since it meets all 3 of the requirements listed in paragraph 61 of the Complaint pursuant to the First Amendment of the United States Constitution?

40.     When did the Socialist-Democrats, with the assistance of the Socialist Republicans, not violate paragraph 62 of the complaint in the passage of the ACA?

41.     How does the ACA comply with the First Amendment, when by the State of California's

1    own words say that it is binding on all religious affiliates unless they file a religious

2    accommodation?  If it is complying with the First Amendment then there is NO religious

3    accommodation needed.

4    42.      Has the State of California reviewed the Civil Rights Act?  It privileges religious beliefs

5    equally with secular beliefs, but only a Socialist would think otherwise.

6    43.      What religious beliefs does it taylor?  Does it discriminate against Muslims, Buddhist,  or

7    Hindu like the ACA discriminates against Jews and Christians?

8    44.      Is the State of California stating now that they are so concerned with religious rights

9    when just one year ago the State of California voted to violate religious rights by the passage of

10    SB 1146 that stated that if Christian Colleges and Universities in the State of California did not

11    have transgender bathrooms in violation of the religious rights under the Civil Rights Act Section

12    245(b)(2) they would lose their funding from the State?

13    45.      The Civil Rights Act Section 245(b)(2)(A) states:

14            ". . . Whoever, whether or not acting under color of law, by force

15            or threat of force willfully injures, intimidates or interferes with, or

16            attempts to injure, intimidate or interfere with– . . . any person

17            because of his race, color, religion or national origin and because

18            he is or has been enrolling in or attending any public school or

19            public college; . . . "

20    46.      Petitioner has a personal experience of these facts.  This experience is because Petitioner

21    was declared Mentally Retarded by his Fifth Grade Teacher and was concurred by the School

22    District in Wadena, Minnesota because he believes in God, the Father AND Jesus Christ, the Son

23    AND the Holy Ghost and has been denied an education since that time except to get two GED's

24    after graduating from High School to prove that he can do the school work.

25    47.      How is a violation of moral character better than religious objections?  All it does is make

26    a State or Nation immoral.

27

28    Friend of the Court Response to Complaint      8

48.     Can the State of California explain to We the Public Interest why we should give women "access to cost-free birth control"?

49.     Will the State of California point out where it states in the Fifth Amendment that equal protection of the law has been violated?  I quote the Fifth Amendment here for your review:

> "No person shall be held to answer for a capital, or otherwise
> infamous crime, unless on a presentment or indictment of a Grand
> Jury, except in cases arising in the land or naval forces, or in the
> Militia, when in actual service in time of War or public danger; nor
> shall any person be subject for the same offense to be twice put in
> jeopardy of life or limb; nor shall be compelled in any criminal
> case to be a witness against himself, or be deprived of life, liberty,
> or property, without due process of law; nor shall private property
> be taken for public use, without just compensation."

50.     Will the State of California please state for petitioner how violating the Civil Rights Act complies with the Equal Protection Clause with laws like SB 1146?

OTHER POINTS

51.     To prove further that the State and Federal Government think they are privileged and do not care about the United States Constitution, Petitioner quotes Article 1 Section 6 of the United States Constituiton:

> ". . . They shall in all cases, except Treason, Felony and Breach of
> the Peace, be privilege from Arrest . . ."

52.     The United States Attorney General's Office in Oakland, California responded on November 3, 1997, to Petitioner, for the enforcement of Article 1 Section 6 that the commission of a felony "does not constitute a criminal activity" (Exhibit B).

53.     The Federal Court in Oakland, California responded to Petitioner's Motion to enforce Article 1 Section 6 that a felony constitutes "a civil matter" (Exhibit C).

Friend of the Court Response to Complaint     9

54.    Can the State and Federal Government explain to Petitioner why our prisons are so full of people that did not commit a felony and is a civil matter as stipulated above and the United States Constitution?

55.    Can the State of California explain to Petitioner how Assistant United States Attorney General's can become Superior Court Judges for believing that the commission of a felony does not constitute a criminal activity such as Charles "Ben" Burch, Superior Court in Martinez, California and John W. Kennedy, Superior Court in Richmond, California in violation of Article 1 Section 6 of the United States Constitution when they take an Oath to support said section?

56.    Due to the ACA being unconstitutional because it violates the First Amendment of the United States Constitution, it also threw out the 17th Amendment which states in part:

> "The Senate of the United States shall be composed of two
> Senators from each State, elected *by the people* thereof, for six
> years, and each Senator shall have one vote. . . . "

57.    This means that the people no longer can vote for Senator in the General Election but reverts back to the Legislature as stipulated in Article 1 Section 3 of the United States Constitution which states in part:

> "The Senate of the United States shall be composed of two
> Senators from each State, chosen *by the Legislature* thereof, for six
> Years; and each Senator shall have one Vote. . . . "

58.    Due to the ACA being unconstitutional because it violates the First Amendment of the United States Constitution, it also threw out the 26th Amendment which states in part:

> "The right of citizens of the United States, who are eighteen years
> of age or older, to vote shall not be denied or abridged by the
> United States or by any State on account of age. . . ."

59.    Why is the State of California so adamant about protecting the ACA when it violates, in abridging, the citizens rights between 18 and 20 years of age from voting because the ACA

1     makes the voting age once again 21?

2     60.     Why is the State so adamant about protecting the ACA when it violates so many of the

3     Amendments of the United States Constitution and state that what Donald Trump is doing as

4     unconstitutional?

5     61.     Why is the State so adamant about protecting the ACA when it abridges the Congress, the

6     Legislature and We the People of all our Amendment Rights as stipulated above if the Congress

7     and the Legislature care about the United States Constitution when all they do is violate their

8     Oaths, Rights and the Supreme Federal Law?

9     62.     Is the State trying to deceive the court so that they can continue submitting their frivolous

10     suits against the Federal Government; thereby We the People, to maintain their unconstitutional

11     laws and keep the people in bondage to the Socialists in our Federal and State Governments?

12     63.     Since the State Attorney General's office knows more about the United States

13     Constitution than Petitioner does, then why have they not mentioned these things, that I have

14     mentioned, in the complaint if it is not their intent to deceive the court and keep We the People in

15     bondage with their Socialistic Policies and the ACA is Constitutional?

16     64.     Having said all this, will the State of California and the United States Attorney General's

17     office in the Northern District of California explain to We the People and Petitioner why they

18     continually refuse to answer these questions since they know more than Petitioner does about the

19     United States Constitution because they have studied it for themselves?

20     65.     All paragraphs in this Response are inclusive and incorporated with each other.

21

22                               SUMMARY

23     66.     In summary, the Federal Government has to prove that the ACA did not throw out all the

24     Amendments to the United States Constitution as stipulated in this response and by extension the

25     State Government has to prove that they also did not assist in the throwing out of the

26     Amendments to the United States Constitution with the ACA Exchanges in order to declare that

27

28     Friend of the Court Response to Complaint      11

1  the ACA is Constitutional and the IFR's are unconstitutional.

2

3                                    PRAYER

4         WHEREFORE, Petitioner respectfully requests that this Court:

5  1.    Declare the Affordable Care Act (ACA) unconstitutional pursuant to the aforementioned

6         evidence and arguments;

7  2.    Declare the Politically Correct Law unconstitutional pursuant to the aforementioned

8         evidence and arguments;

9  3.    Declare the Nancy Pelosi Law unconstitutional pursuant to the aforementioned evidence

10         and arguments;

11  4.    Declare the Harry Reid Law unconstitutional pursuant to the aforementioned evidence

12         and arguments;

13  5.    Declare the State of California's, by and through Attorney General Xavier Becerra,

14         lawsuit frivolous pursuant to the aforementioned evidence and arguments;

15  6.    Declare the State of California's, by and through Attorney General Xavier Becerra,

16         arguments, where stipulated, as moot;

17  7.    Award Petitioner costs and expenses;

18  8.    Award such other relief as the Court deems just and proper.

19

20  Dated: November 1, 2017                    Respectfully submitted,

21

22                                             *Gary L Coson*

23

24                                             Gary L. Coson

25                                             Petitioner as Friend of the Court

26

27

28  Friend of the Court Response to Complaint       12

Exhibit A

# California sues over rollback to birth control

**By Catherine Ho**

California Attorney General Xavier Becerra on Friday sued the Trump administration, arguing that its rollback of an Affordable Care Act requirement for employers to provide contraceptive coverage to workers is unconstitutional and unlawfully targets women.

The lawsuit, filed in U.S. District Court for the Northern District of California, comes hours after the Department of Health and Human Services on Friday issued a rule change that allows more employers to opt out of the ACA birth control mandate by claiming religious or moral objections.

Prior to this rule change, only houses of worship, religiously affiliated nonprofits and some private companies with few shareholders, such

*Birth control continues on A8*

# Action on birth control change

Birth control from page A1

as Hobby Lobby, could opt out of providing birth control coverage by seeking what's known as an "accommodation" — a workaround in which the health insurance company rather than the employer pays for the contraception, but women still get access to birth control.

Now, those employers can go a step further in restricting birth control coverage by seeking an all-out exemption — which means women in those workplaces, and their dependents, will no longer have contraceptive coverage at all, said Laurie Sobel, associate director for women's health policy at the Kaiser Family Foundation, a nonprofit unaffiliated with Kaiser Permanente.

The new rule also allows publicly traded companies and all nonprofits and universities to take a religious exemption.

"It's more expansive than anything that's been offered in the past in terms of types of companies that can (seek an exemption)," Sobel said.

The lawsuit claims the rule change is unconstitutional because it specifically targets and harms women — thus denying their Fifth Amendment rights to equal protection under the law — and allows employers to use their religious beliefs to discriminate against employees. The suit also accuses the Trump administration of violating a federal law that requires regulatory changes to go through a public comment period before taking effect. It seeks an injunction to stop the policy change from taking effect.

About 10 percent of large nonprofits with more than 1,000 employees — mostly faith-based hospital systems and universities — sought the religious accommodation in 2015, according to Kaiser Family Foundation data.

Some religious organizations have long opposed the contraceptive mandate, arguing that certain forms of birth control go against their beliefs about abortion.

"The Trump administration has no business putting employers in the position of preventing women from accessing contraceptives," said California Insurance Commissioner Dave Jones in a statement. "It's not too long ago that women were asked routinely in job interviews if they used contraceptives and when they planned to have children — we will not go back to those days."

California is one of eight states that have passed laws mandating employer-based health plans to provide free birth control to workers — in part to ensure coverage in case the ACA was repealed.

California's law, the Contraceptive Coverage Equity Act, was passed in 2014. It is more expansive than federal law because it also covers Medicaid-managed health plans and requires plans to cover different methods of birth control if, for instance, one method is not suitable.

The new federal policy, effective immediately, could impact some but not all employers in California. Employers with self-funded plans, which are regulated by the federal government, can now choose to take the expanded exemptions allowed by the new rule.

However, employers that have fully insured plans, which are regulated by the state, will not be affected and will still have to comply with state law, Sobel said.

Nationally, 61 percent of workers in employer-sponsored health plans are in self-funded plans, according to



Ruth Fremson / New York Times

California is one of eight states that passed laws mandating employer-based health plans to provide free birth control.

Kaiser Family Foundation data. In California, an estimated 6.6 million people are in employer self-funded plans, the California Health Care Foundation said.

"We're grateful that in California, we have legislation in place that protects most women from this discrimination, but it doesn't protect everyone," said Crystal Strait, CEO of Planned Parenthood of California. "There are millions this will affect here in California that won't be able to afford contraception."

Fully insured plans have been the traditional way employers have provided health insurance to workers. But self-funded plans — where employers take on the cost and risk of covering employees' health needs, rather than pay premiums to an insurer to do so — are on the rise among private-sector companies, according to a 2016 report by the Employee Benefit Research Institute.

Between 1996 and 2015, the percentage of private companies that offered self-insured plans grew from 29 percent to 39 percent, according to the institute.

Some experts say this is because self-funded plans are generally regarded as less expensive for employers.

*Catherine Ho is a San Francisco Chronicle staff writer. Email: cho@sfchronicle.com Twitter: @Cat_Ho*

Exhibit B



U.S. Depa___ ent of Justice

*United States Attorney*
*Northern District of California*

---

*Federal Building*
*1301 Clay Street, Suite 340-S*
*Oakland, California 94612-5217*

*(510) 637-3680*

*FAX (510) 637-3724*

November 3, 1997

Mr. Gary L. Coson
1124 Baywood Drive, #113
Petaluma, CA  94954

Dear Mr. Coson:

I have reviewed the materials you submitted.  The actions of various elected representatives about which you complain do not constitute criminal offenses.  We will not be filing any criminal complaints against Senator Boxer or Congresswoman Woolsey.

Sincerely,

MICHAEL J. YAMAGUCHI
United States Attorney

JOHN W. KENNEDY
Assistant United States Attorney

Exhibit C

1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9 GARY COSON,                        No. 13-80036 CW

10        Plaintiff,                 ORDER CLOSING CASE

11     v.

12 DIANE FEINSTEIN, et al.

13        Defendants.

14 _____/

15      Plaintiff Gary Coson has filed a "Notice to Appear on Federal
16 Question" (Docket No. 1) and a "Notice of Intent to Enforce Notice
17 to Appear" (Docket No. 3). However, Plaintiff has not filed a
18 complaint. To begin a lawsuit, he must file a complaint,
19 explaining his legal claims to the Court. A blank complaint form
20 and helpful instructions regarding writing and filing a complaint
21 are attached to this order. Plaintiff must also pay the civil
22 case filing fee of $350 or, if he cannot afford to pay, he must
23 file an Application to Proceed In Forma Pauperis. A blank copy of
24 the Application to Proceed In Forma Pauperis is attached. In his
25 filings to date, Plaintiff states that he intends to file various
26 "Oral Motions." However, all motions must be made in writing and
27 may only be made after he begins a lawsuit by filing a complaint.

28

United States District Court
For the Northern District of California

1    Plaintiff may also find it helpful to read the Handbook for

2  Pro Se Litigants available on the District's website at:

3  http://cand.uscourts.gov/filelibrary/9/Pro%20Se%20Handbook%20June%

4  202012.pdf.

5    For the reasons stated above, the Court will close this case.

6  If Plaintiff files a complaint and attaches a copy of this order

7  to the complaint, the Court will credit the $46 miscellaneous

8  action filing fee toward the $350 civil case filing fee.

9

10

11    IT IS SO ORDERED.

12  Dated: 4/8/2013



CLAUDIA WILKEN
United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA AND
GARY L. COSON,

          Plaintiff,

   v.

DIANE FEINSTEIN et al,

          Defendant.

_____/

Case Number: CV13-80036 CW

CERTIFICATE OF SERVICE


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
Court, Northern District of California.

That on April 8, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
receptacle located in the Clerk's office.


Gary L. Coson
407 Alameda De La Loma
Novato, CA 94949

Dated: April 8, 2013

                        Richard W. Wieking, Clerk
                        By: Nikki Riley, Deputy Clerk