XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JULIE WENG-GUTIERREZ, State Bar No. 179277
Senior Assistant Attorney General
R. MATTHEW WISE, State Bar No. 238485
Deputy Attorney General
MICHELE L. WONG, State Bar No. 167176
Deputy Attorney General
KARLI EISENBERG, State Bar No. 281923
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7913
 Fax:  (916) 324-5567
 E-mail:  Karli.Eisenberg@doj.ca.gov
*Attorneys for Plaintiff State of California*

[Additional counsel listed on next page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF CALIFORNIA; THE STATE OF DELAWARE; THE STATE OF MARYLAND; THE STATE OF NEW YORK; THE COMMONWEALTH OF VIRGINIA,**<br><br>Plaintiffs,<br><br>v.<br><br>**ERIC D. HARGAN, IN HIS OFFICIAL CAPACITY AS ACTING SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; R. ALEXANDER ACOSTA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF LABOR; U.S. DEPARTMENT OF LABOR; STEVEN MNUCHIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF THE TREASURY; U.S. DEPARTMENT OF THE TREASURY; DOES 1-100,**<br><br>Defendants. | 4:17-cv-05783-HSG<br><br>**UNOPPOSED EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON THE STATES' MOTION FOR PRELIMINARY INJUNCTION**<br><br>[N. D. CAL. CIVIL L. R. 6-3] |

ATTORNEYS FOR ADDITIONAL PLAINTIFFS

MATTHEW P. DENN
*Attorney General of Delaware*
AARON R. GOLDSTEIN*
*State Solicitor*
LAKRESHA S ROBERTS*
*Chief Deputy Attorney General*
JESSICA M. WILLEY*
*Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
*Attorneys for Plaintiff the State of Delaware*

BRIAN E. FROSH
*Attorney General of Maryland*
STEVE M. SULLIVAN*
*Solicitor General*
CAROLYN A. QUATTROCKI*
*Deputy Attorney General*
KIMBERLY S. CAMMARATA*
*Director, Health Education and Advocacy*
200 St. Paul Place
Baltimore, MD 21202
*Attorneys for Plaintiff the State of Maryland*

ERIC T. SCHNEIDERMAN
*Attorney General of New York*
LISA LANDAU*
*Bureau Chief, Health Care Bureau*
SARA HAVIVA MARK*
*Special Counsel*
ELIZABETH CHESLER*
*Assistant Attorney General*
120 Broadway
New York, NY 10271
*Attorneys for Plaintiff the State of New York*

MARK R. HERRING
*Attorney General of Virginia*
SAMUEL T. TOWELL*
*Deputy Attorney General*
202 North Ninth Street
Richmond, VA 23219
*Attorneys for Plaintiff the Commonwealth of Virginia*

* Pro hac vice application forthcoming

## INTRODUCTION

Plaintiffs the State of California, the State of Delaware, the State of Maryland, the State of New York, and the Commonwealth of Virginia (collectively, the States) hereby move this Court, pursuant to Northern District of California Local Rule 6-3, for an Order Shortening Time for Hearing on the States' Motion for Preliminary Injunction (Motion). This motion is not opposed by Defendants. Declaration of Karli Eisenberg ¶ 3. The States request that the Court hear their Motion as soon as the Court's calendar permits, and suggest that the matter be heard on December 14, 2017.[1]

This Application is made on the grounds that hearing the Motion at the Court's next available hearing date (February 8, 2018) will cause the States substantial harm because January 1, 2018 marks the beginning of the plan year for many Americans. Thus, starting January 1, 2018, many women who obtain health care through their employers may begin to lose their contraceptive coverage.

This Application is based upon the attached Memorandum of Points and Authorities and the Declaration of Karli Eisenberg in Support of the States' Ex Parte Application for Order Shortening Time for Hearing on the States' Motion for Preliminary Injunction filed concurrently herewith, the complete files and records in this action, and any oral argument with regard to this Application.

The States therefore respectfully request that this Court grant their Unopposed Application for an Order Shortening Time for Hearing on the States' Motion for Preliminary Injunction.

## MEMORANDUM OF POINTS AND AUTHORITIES

## BACKGROUND

On October 6, 2017, the U.S. Health and Human Services (HHS), in conjunction with the U.S. Department of Labor and U.S. Department of Treasury, without any notice or comment period, issued two illegal interim final rules (IFRs) that drastically change access to contraceptive coverage. The IFRs, 2017-21851 and 2017-21852, went into effect immediately. The IFRs

---

[1] The States recognize that the Court's calendar reflects that hearing dates are unavailable on December 21, 2017 and December 28, 2017. A December 14, 2017 hearing date provides the requisite notice to Defendants. N. D. Cal. Civil L. R. 7-2(a).

expand the scope of the religious exemptions to, among other things, allow nearly *any* employer *or* health insurer with a religious or moral objection to opt out of the Affordable Care Act's contraceptive-coverage requirement with no assurances that the federal government will provide critical oversight to ensure coverage.  Unlike the prior regulations, the IFRs eliminate the automatic seamless mechanism for women to continue to receive contraceptive coverage if their employer opts out.  Further, under this new regime, there is not even a requirement that the employer notify the federal government of a decision to stop providing contraceptive coverage.  Therefore, millions of women across the nation may be left without access to contraceptives and contraceptive counseling, leaving the States to shoulder the additional fiscal and administrative burdens as women seek access to this coverage through state-funded programs, and the public health consequences if women are unable to gain that access.

On October 6, 2017, the State of California filed a Complaint for Declaratory and Injunctive Relief challenging the illegal IFRs and seeking an injunction to prevent the IFRs from taking effect.  The complaint alleged that the IFRs violate the Administrative Procedure Act (APA) and the Establishment Clause and the Equal Protection Clause of the U.S. Constitution.  On November 1, 2017, the States of Delaware, Maryland, and New York and the Commonwealth of Virginia joined as plaintiffs, and the States filed a First Amended Complaint.

**ARGUMENT**

The threat of harm here is imminent.  Under the IFRs, contraceptive coverage could be dropped as soon as (1) an employer gives 30-days notice that it is invoking its use of the ACA's accommodation process, (2) an employer gives 60-days notice of this material change in benefits, or (3) a new plan year begins on January 1, 2018. ECF No. 24-1 at 38; 26 C.F.R. § 54.9815-2713AT(a)(5); 29 C.F.R. § 2590.715-2713A(a)(5); 45 C.F.R. § 147.131(c)(4); 26 C.F.R. § 54.9815-2715(b); 29 C.F.R. § 2590.715-2715(b); 45 C.F.R. § 147.200(b).  This loss of coverage will not only harm employees and their dependents; the States will also suffer concrete and irreparable injury.

**CONCLUSION**

The States respectfully request that this Court grant the States' Unopposed Ex Parte Application for Order Shortening Time for Hearing on the States' Motion for Preliminary Injunction, ensuring that this matter is heard before January 1, 2018.

| | | |
|---|---|---|
| 1 | Dated: November 9, 2017 | Respectfully submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | JULIE WENG-GUTIERREZ<br>Senior Assistant Attorney General |
| 4 | | |
| 5 | | */s/ Michele L. Wong*<br>*/s/ Karli Eisenberg*<br>*/s/ R. Matthew Wise* |
| 6 | | |
| 7 | | MICHELE L. WONG<br>KARLI EISENBERG<br>R. MATTHEW WISE |
| 8 | | Deputy Attorneys General<br>*Attorneys for Plaintiff the State of California* |

Dated: November 9, 2017    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JULIE WENG-GUTIERREZ
Senior Assistant Attorney General

*/s/ Michele L. Wong*
*/s/ Karli Eisenberg*
*/s/ R. Matthew Wise*

MICHELE L. WONG
KARLI EISENBERG
R. MATTHEW WISE
Deputy Attorneys General
*Attorneys for Plaintiff the State of California*

MATTHEW P. DENN
Attorney General of Delaware
AARON R. GOLDSTEIN
State Solicitor
LAKRESHA S ROBERTS
Chief Deputy Attorney General
JESSICA M. WILLEY
Deputy Attorney General
*Attorneys for Plaintiff the State of Delaware*

BRIAN E. FROSH
Attorney General of Maryland
CAROLYN A. QUATTROCKI
Deputy Attorney General
STEVE M. SULLIVAN
Solicitor General
KIMBERLY S. CAMMARATA
Director, Health Education and Advocacy
*Attorneys for Plaintiff the State of Maryland*

ERIC T. SCHNEIDERMAN
Attorney General of New York
LISA LANDAU
Bureau Chief, Health Care Bureau
SARA HAVIVA MARK
Special Counsel
ELIZABETH CHESLER
Assistant Attorney General
*Attorneys for Plaintiff the State of New York*

MARK R. HERRING
Attorney General of Virginia
SAMUEL T. TOWELL
Deputy Attorney General
*Attorneys for Plaintiff the Commonwealth of Virginia*

SA2017109209
52691320.docx

6