UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>HEALTH AND HUMAN SERVICES, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-05783-HSG<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME**<br><br>Re: Dkt. No. 30 |

The Court **GRANTS** the unopposed motion to shorten time for hearing on Plaintiffs' pending motion for preliminary injunction. *See* Dkt. Nos. 28, 30. Accordingly, the Court **SETS** the hearing on the motion for preliminary injunction for December 14, 2017, at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: 11/10/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge