

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12  **THE STATE OF CALIFORNIA; THE**          Case No. 4:17-cv-05783-HSG
    **STATE OF DELAWARE; THE STATE OF**
13  **MARYLAND; THE STATE OF NEW**            **ORDER GRANTING THE PARTIES'**
    **YORK; THE COMMONWEALTH OF**             **STIPULATION SETTING THE**
    **VIRGINIA,**                             **BRIEFING SCHEDULE ON THE**
14                                            **STATES' PRELIMINARY INJUNCTION**
                                              **AND REQUESTING TO RESCHEDULE**
15                          Plaintiffs,       **THE HEARING**

16      **v.**

17  **ERIC D. HARGAN, IN HIS OFFICIAL**
    **CAPACITY AS ACTING SECRETARY OF THE U.S.**
18  **DEPARTMENT OF HEALTH & HUMAN**
    **SERVICES; U.S. DEPARTMENT OF**
19  **HEALTH AND HUMAN SERVICES; R.**
    **ALEXANDER ACOSTA, IN HIS OFFICIAL**
20  **CAPACITY AS SECRETARY OF THE U.S.**
    **DEPARTMENT OF LABOR; U.S.**
21  **DEPARTMENT OF LABOR; STEVEN**
    **MNUCHIN, IN HIS OFFICIAL CAPACITY AS**
22  **SECRETARY OF THE U.S. DEPARTMENT OF THE**
    **TREASURY; U.S. DEPARTMENT OF THE**
23  **TREASURY; DOES 1-100,**

24                          Defendants.

25

26

27

28

1

Order Granting the Parties' Stipulation Setting a Briefing Schedule on the Preliminary Injunction and Rescheduling
the Hearing (4:17-cv-05783-HSG)

1    Upon consideration of the Parties' Stipulation Setting a Briefing Schedule on the States'

2 Motion for a Preliminary Injunction and Requesting to Reschedule the Hearing (the Stipulation),

3 and for good cause shown, it is hereby ORDERED that the proposed briefing schedule outlined in

4 the Stipulation is GRANTED.  It is further ORDERED that the States' Motion for a Preliminary

5 Injunction shall be held at 2:00 p.m., on December 12, 2017, at United States District Court for

6 the Northern District of California, Oakland Courthouse, Courtroom 2, 4th Floor, 1301 Clay

7 Street, Oakland, CA 94612.

8

9    **IT IS SO ORDERED.**

10

11

12 Dated:  November 15, 2017

13 HAYWOOD S. GILLIAM, JR.
   United States District Judge

14

15 12879522.docx

16

17

18

19

20

21

22

23

24

25

26

27

28