AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| State of California | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:17-cv-05783-HSG |
| Eric D. Hargan, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenor-Defendant The Little Sisters of the Poor Jeanne Jugan Residence.

Date: 11/21/2017

/s/ Eric C. Rassbach
*Attorney's signature*

Eric C. Rassbach, 288041
*Printed name and bar number*

The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036

*Address*

erassbach@becketlaw.org
*E-mail address*

(202) 349-7214
*Telephone number*

(202) 955-0090
*FAX number*