UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HEALTH AND HUMAN SERVICES, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-05783-HSG<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME**<br><br>Re: Dkt. No. 39 |

Pending before the Court is the motion to shorten time of proposed Defendant-Intervenor Little Sisters of the Poor, Jeanne Jugan Residence, for hearing on its motion to intervene. The Court finds good cause to shorten time and, therefore, **GRANTS** the motion. Accordingly, the Court **SETS** the following briefing schedule: Any briefs in opposition to the motion to intervene will be due on December 5, 2017, and Defendant-Intervenor will file its reply brief, if any, by December 11, 2017. The Court further **SETS** the hearing on the motion to intervene for December 12, 2017, at 2:00 p.m., to be heard concurrently with the motion for preliminary injunction.

**IT IS SO ORDERED.**

Dated: 11/27/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge