# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

**OAKLAND DIVISION**

STATE OF CALIFORNIA, *et al.*,

    Plaintiffs,

vs.

ERIC D. HARGAN, Acting Secretary of Health and Human Services, *et al.*,

    Defendants.

Case No.: 4:17-cv-5783-HSG

**ORDER GRANTING COMMONWEALTH OF MASSACHUSETTS'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Upon consideration of the Commonwealth of Massachusetts's Motion for Leave to File *Amicus Curiae* Brief in Support of Plaintiffs' Motion for Preliminary Injunction, it is hereby ORDERED that the Motion is GRANTED.

Dated: December 4, 2017

Hon. Haywood S. Gilliam, Jr.
United States District Judge

1

ORDER GRANTING COMMONWEALTH OF MASSACHUSETTS'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION
Case No.: 4:17-cv-5783-HSG