IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF CALIFORNIA; THE STATE OF DELAWARE; THE STATE OF MARYLAND; THE STATE OF NEW YORK; THE COMMONWEALTH OF VIRGINIA,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ERIC D. HARGAN,** IN HIS OFFICIAL CAPACITY AS ACTING SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; R. ALEXANDER ACOSTA,** IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF LABOR; **U.S. DEPARTMENT OF LABOR; STEVEN MNUCHIN,** IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF THE TREASURY; **U.S. DEPARTMENT OF THE TREASURY; DOES 1-100,**<br><br>Defendants. | Case No. 4:17-cv-05783-HSG<br><br>**[PROPOSED] ORDER GRANTING THE STATES' UNOPPOSED ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT FOR THE STATES' REPLY TO OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |

1

[Proposed] Order Granting the States' Unopposed Administrative Motion to Exceed Page Limit for the States' Reply to Opposition to Motion for Preliminary Injunction (4:17-cv-05783-HSG)

Upon consideration of the States' Unopposed Motion for Leave to Exceed Page Limit on the States' Reply to Opposition to Motion for Preliminary Injunction (the Motion), any response thereto, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that the States' Reply to Opposition to Motion for Preliminary Injunction shall not exceed 18 pages.

**IT IS SO ORDERED.**

Dated: 12/5/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge

52715007.docx

2

[Proposed] Order Granting the States' Unopposed Administrative Motion to Exceed Page Limit for the States' Reply to Opposition to Motion for Preliminary Injunction (4:17-cv-05783-HSG)