JANIE F. SCHULMAN (CA SBN 130461)
JSchulman@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

JAMIE A. LEVITT (*pro hac vice* admission pending)
JLevitt@mofo.com
RHIANNON N. BATCHELDER (*pro hac vice* admission pending)
RBatchelder@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Amici Curiae*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA; THE STATE OF DELAWARE; THE STATE OF MARYLAND; THE STATE OF NEW YORK; THE COMMONWEALTH OF VIRGINIA,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC D. HARGAN, IN HIS OFFICIAL CAPACITY AS ACTING SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, et al.,<br><br>Defendants. | Case No.  4:17-CV-05783-HSG<br><br>**UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR AS *AMICI CURIAE* AND TO FILE AN *AMICUS* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND MEMORANDUM IN SUPPORT THEREOF**<br><br>Hon. Haywood S. Gilliam, Jr. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the American Association of University Women ("AAUW"); Service Employees International Union ("SEIU"); and 14 additional professional, labor, and student associations (collectively, "Amici") request the Court's leave to file, as *amicus curiae*, a brief in support of the Motion for Preliminary Injunction filed by the State of California, the State of Delaware, the State of Maryland, the State of New York, and the Commonwealth of Virginia (collectively, "Plaintiffs").  Counsel for all parties have consented to the filing of Amici Curiae's *amicus* brief and an executed joint Stipulation and Proposed Order Granting Motion For Leave to Appear as *Amici Curiae* and to File an *Amicus* Brief in Support of Plaintiffs' Motion For a Preliminary Injunction is attached to this Motion as Exhibit A.  Amici's *amicus* brief is attached to this Motion as Exhibit B.  Amici respectfully request that the Court rule on this Motion prior to the December 6, 2017 deadline for filing of *amicus* briefs.

This Motion is based on this Unopposed Administrative Motion, the accompanying Memorandum in support thereof, Exhibits A and B thereto, the Stipulation and Proposed Order Granting Motion For Leave to Appear as *Amici Curiae* and to File an *Amicus* Brief, the pleadings and other papers on file herein, and such other written and oral argument as may be presented to the Court.

UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO APPEAR AS *AMICI CURIAE* AND TO FILE AN *AMICUS* BRIEF
CASE NO. 4:17-CV-05783-HSG
ny-1307173

1

## I.   STANDARD

The Court has broad discretion to permit a non-party to participate in an action as *amicus curiae*.  *See*, *e.g.*, *Gerritson v. de la Madrid Hurtado*, 819 F.2d 1511, 1514 n.3 (9th Cir. 1987); *see also Nat. Res. Def. Council v. Evans*, 243 F. Supp. 2d 1046, 1047 (N.D. Cal. 2003) (*amici* "may file briefs and may possibly participate in oral argument" in district court actions).  Amici submit that their brief offers "useful" and "desirable" information meriting "[t]he privilege of being heard amicus."  *In re Roxford Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991) (citing *United States v. Louisiana*, 751 F. Supp. 608, 620 (E.D . La. 1990)).  The proposed *amicus* brief is not duplicative of Plaintiffs' moving briefs and offers the Court unique information.  As this Court has noted, "[d]istrict courts frequently welcome amicus briefs from non-parties … if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'"  *Sonoma Falls Dev., LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003) (quoting *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003)).

## II.   IDENTITY AND INTEREST OF AMICI CURIAE

Amici have a particular interest in the outcome of this litigation and Plaintiffs' preliminary injunction motion because no-cost coverage of safe and reliable contraceptives is critical for women's educational and professional success, as well as for women's health and well-being.  Amici are organizations that work on behalf of female employees and students throughout the United States.  These associations represent professional women, women in organized labor, women employed in various industries, social workers, teachers, lawyers, students, and more.

*Amicus curiae* AAUW was founded in 1881 by like-minded women who had challenged society's conventions by earning college degrees.  Since then it has worked to increase women's access to higher education through research, advocacy, and philanthropy.  Today, AAUW has more than 170,000 members and supporters, 1,000 branches, and 800 college and university partners nationwide.  AAUW plays a major role in mobilizing advocates nationwide on AAUW's priority issues to advance gender equity.  In adherence with its member-adopted Public Policy Program, AAUW supports choice in the determination of one's reproductive life and increased

MEMORANDUM IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN *AMICUS* BRIEF
CASE NO. 4:17-CV-05783-HSG
ny-1307173

2

access to health care and family planning services.

*Amicus curiae* SEIU is a union of two million women and men who work in health care, property services, and public services throughout the United States. More than half of SEIU's members are women and more than half of its members work in health care. SEIU is deeply committed to ensuring that all working people, men and women alike, have access to affordable health care, including contraceptive coverage as intended by the Affordable Care Act. SEIU has a particular interest in this litigation because its members know, both personally and in their capacity as health care workers, how vital it is for women to have seamless contraceptive coverage in order to be able to protect their health and their ability to work, which in turn are necessary for the economic security of families across America.

The 14 additional professional, labor, and student associations and their statements of interest are outlined in the Appendix to Exhibit B.

### III.  CONCLUSION

For the reasons set forth above, Amici respectfully request this Court's leave to file the accompanying *amicus* brief in support of Plaintiffs' Motion for a Preliminary Injunction.

MEMORANDUM IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN *AMICUS* BRIEF
CASE NO. 4:17-CV-05783-HSG
ny-1307173

3

Dated:   December 5, 2017           Respectfully submitted,

By: /s/   *Janie F. Schulman*
         Janie F. Schulman

Janie F. Schulman
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone:  (213) 892-5200

Jamie A. Levitt
Rhiannon N. Batchelder
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone:  (212) 468-8000

Anna Erickson White
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:  (415) 268-7000

*Attorneys for Amici Curiae, American Association of University Women; Service Employees International Union; and 14 Additional Professional, Labor, and Student Associations*

MEMORANDUM IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE AN *AMICUS* BRIEF
CASE NO. 4:17-CV-05783-HSG
ny-1307173

4