JANIE F. SCHULMAN (CA SBN 130461)
JSchulman@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

JAMIE A. LEVITT (*pro hac vice* admission pending)
JLevitt@mofo.com
RHIANNON N. BATCHELDER (*pro hac vice* admission pending)
RBatchelder@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Amici Curiae*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA; THE STATE OF DELAWARE; THE STATE OF MARYLAND; THE STATE OF NEW YORK; THE COMMONWEALTH OF VIRGINIA,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC D. HARGAN, IN HIS OFFICIAL CAPACITY AS ACTING SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, et al.,<br><br>Defendants. | Case No. 4:17-CV-05783-HSG<br><br>**STIPULATION AND ORDER GRANTING MOTION FOR LEAVE TO APPEAR AS *AMICI CURIAE* AND TO FILE AN *AMICUS* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Hon. Haywood S. Gilliam, Jr. |

STIPULATION AND ORDER GRANTING MOTION FOR LEAVE TO APPEAR AS *AMICI CURIAE* AND TO FILE *AMICUS* BRIEF
CASE NO. 4:17-CV-05783-HSG
ny-1307322

1

1  In accordance with Northern District of California Civil L.R. 7-12, the State of California, the State of Delaware, the State of Maryland, the State of New York, and the Commonwealth of Virginia (collectively, "Plaintiffs") and Eric D. Hargan, in his official capacity as Acting Secretary of the U.S. Department of Health & Human Services; U.S. Department of Health and Human Services; R. Alexander Acosta, in his official capacity as Secretary of the U.S. Department of Labor; U.S. Department of Labor; Steven Mnuchin, in his official capacity as Secretary of the U.S. Department of the Treasury; and the U.S. Department of the Treasury (collectively, "Defendants") hereby stipulate as follows:

> Amici Curiae American Association of University Women ("AAUW"); Service Employees International Union ("SEIU"); and additional professional, labor, and student associations (collectively, "Amici") may appear as *amici curiae* and file an *amicus* brief in support of the Motion For a Preliminary Injunction filed by Plaintiffs.

IT IS SO STIPULATED.

STIPULATION AND ORDER GRANTING MOTION FOR LEAVE TO APPEAR AS *AMICI CURIAE* AND TO FILE *AMICUS* BRIEF
CASE NO. 4:17-CV-05783-HSG
ny-1307322

2

| | | |
|---|---|---|
| Dated: December 5, 2017 | | Respectfully submitted, |

By: /s/ *Janie F. Shulman*
Janie F. Schulman

Janie F. Schulman
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: (213) 892-5200

Jamie A. Levitt
Rhiannon N. Batchelder
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000

Anna Erickson White
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000

*Attorneys for Amici Curiae, American Association of University Women; Service Employees International Union and 14 Additional Professional, Labor, and Student Associations*

Dated: December 4, 2017

Xavier Bacerra
ATTORNEY GENERAL OF CALIFORNIA
Julie Weng-Gutierrez
SENIOR ASSISTANT ATTORNEY GENERAL

*/s/ R. Matthew Wise*
Karli Eisenberg
Michele L. Wong
R. Matthew Wise
DEPUTY ATTORNEYS GENERAL

*Attorneys for Plaintiff the State of California*

Matthew P. Denn
ATTORNEY GENERAL OF DELAWARE
Aaron R. Goldstein
STATE SOLICITOR
LaKresha S. Roberts
CHIEF DEPUTY ATTORNEY GENERAL

STIPULATION AND ORDER GRANTING MOTION FOR LEAVE TO APPEAR AS *AMICI CURIAE* AND TO FILE *AMICUS* BRIEF
CASE NO. 4:17-CV-05783-HSG
ny-1307322

3

| | |
|---|---|
| | Jessica M. Willey<br>DEPUTY ATTORNEY GENERAL<br>*Attorneys for Plaintiff the State of Delaware* |
| | Brian E. Frosh<br>ATTORNEY GENERAL OF MARYLAND<br>Carolyn A. Quattrocki<br>DEPUTY ATTORNEY GENERAL<br>Steve M. Sullivan<br>SOLICITOR GENERAL<br>Kimberly S. Cammarata<br>DIRECTOR, HEALTH EDUCATION AND ADVOCACY<br>*Attorneys for Plaintiff the State of Maryland* |
| | Eric T. Schneiderman<br>ATTORNEY GENERAL OF NEW YORK<br>Lisa Landau<br>BUREAU CHIEF, HEALTH CARE BUREAU<br>Sara Haviva Mark<br>SPECIAL COUNSEL<br>Elizabeth Chesler<br>ASSISTANT ATTORNEY GENERAL<br>*Attorneys for Plaintiff the State of New York* |
| | Mark R. Herring<br>ATTORNEY GENERAL OF VIRGINIA<br>Samuel T. Towell<br>DEPUTY ATTORNEY GENERAL<br>*Attorneys for Plaintiff the Commonwealth of Virginia* |
| Dated: December 4, 2017 | Ethan Davis<br>DEPUTY ASSISTANT ATTORNEY GENERAL<br>Brian Stretch<br>UNITED STATES ATTORNEY<br>Joel McElvain<br>ASSISTANT BRANCH DIRECTOR<br><br>*/s/ Justin M. Sandberg*<br>(as authorized on 12/4/17)<br>Justin M. Sandberg, IL Bar No. 6278377<br>SENIOR TRIAL COUNSEL<br>UNITED STATES DEPARTMENT OF JUSTICE |

STIPULATION AND ORDER GRANTING MOTION FOR LEAVE TO APPEAR AS *AMICI CURIAE* AND TO FILE *AMICUS* BRIEF
CASE NO. 4:17-CV-05783-HSG
ny-1307322

4

CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
20 Mass. Ave. NW, Rm. 7302
Washington, D.C. 20001
Telephone: (202) 514-5838
Facsimile: (202) 616-8202
Email: Justin.Sandberg@usdoj.gov
*Counsel for Federal Defendants*

STIPULATION AND ORDER GRANTING MOTION FOR LEAVE TO APPEAR AS *AMICI CURIAE* AND TO FILE *AMICUS* BRIEF
CASE NO. 4:17-CV-05783-HSG
ny-1307322

5

1  PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

2  Dated: December 6, 2017

*[Signature: Haywood S. Gilliam Jr.]*
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER GRANTING MOTION FOR LEAVE TO APPEAR AS *AMICI CURIAE* AND TO FILE *AMICUS* BRIEF
CASE NO. 4:17-CV-05783-HSG
ny-1307322

6