Robert H. Tyler, CA Bar No. 179572
Nada N. Higuera, CA Bar No.: 299819
Tyler & Bursch, LLP
24910 Las Brisas Road, Suite 110
Murrieta, California 92562
Tel:	951-304-7583
Fax:	951-600-4996
rtyler@tylerbursch.com
nhiguera@tylerbursch.com
*Counsel for Amicus Curiae, The American Center for Law & Justice*

Francis J. Manion*
Geoffrey R. Surtees*
American Center for Law & Justice
Post Office Box 60
6375 New Hope Road
New Hope, Kentucky 40052
Tel: 502-549-7020; Fax: 502-549-5252
fmanion@aclj.org

Edward L. White III*
Erik Zimmerman*
American Center for Law & Justice
3001 Plymouth Road, Suite 203
Ann Arbor, Michigan 48105
Tel: 734-680-8007; Fax: 734-680-8006
ewhite@aclj.org
*Not admitted in this jurisdiction*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC D. HARGAN, Acting Secretary of Health and Human Services, *et al.*,<br><br>Defendants. | Case No. 4:17-cv-5783-HSG<br><br>**ORDER GRANTING MOTION BY AMERICAN CENTER FOR LAW & JUSTICE FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date: December 12, 2017<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor<br><br>Hon. Haywood S. Gilliam Jr. |

On December 6, 2017, the American Center for Law & Justice filed a Motion for Leave to File an *Amicus Curiae* Brief in Support of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction. Having considered the papers and pleadings on file, the Court GRANTS the Motion and ORDERS that the *amicus curiae* brief submitted by the American Center for Law & Justice be filed.

**IT IS SO ORDERED**

Dated: December 6, 2017

HONORABLE HAYWOOD S. GILLIAM, JR.
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

*State of California, et al. v. Hargan, et al.*, 4:17-cv-5783-HSG
Order Granting Motion for Leave to File *Amicus Curiae* Brief