1   XAVIER BECERRA, State Bar No. 118517
    Attorney General of California
2   JULIE WENG-GUTIERREZ, State Bar No. 179277
    Senior Assistant Attorney General
3   CHRISTINA BULL ARNDT, State Bar No. 175403
    Deputy Solicitor General
4   R. MATTHEW WISE, State Bar No. 238485
    MICHELE L. WONG, State Bar No. 167176
5   KARLI EISENBERG, State Bar No. 281923
    Deputy Attorneys General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone:  (916) 210-7913
8    Fax:  (916) 324-5567
     E-mail:  Karli.Eisenberg@doj.ca.gov
9   *Attorneys for Plaintiff State of California*

10  [Additional counsel listed on next page]

11                    IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  **THE STATE OF CALIFORNIA; THE** | 4:17-cv-05783-HSG |
| 15  **STATE OF DELAWARE; THE STATE OF** | |
|     **MARYLAND; THE STATE OF NEW** | **DECLARATION OF SHARITA** |
| 16  **YORK; THE COMMONWEALTH OF** | **GRUBERG IN SUPPORT OF THE** |
|     **VIRGINIA,** | **STATES' REPLY TO OPPOSITION TO** |
| 17                              Plaintiffs, | **MOTION FOR PRELIMINARY** |
|     | **INJUNCTION** |
| 18              v. | |
| 19  | |
| 20  **ERIC D. HARGAN, IN HIS OFFICIAL** | |
|     **CAPACITY AS ACTING SECRETARY OF THE** | |
| 21  **U.S. DEPARTMENT OF HEALTH & HUMAN** | |
|     **SERVICES; U.S. DEPARTMENT OF** | |
| 22  **HEALTH AND HUMAN SERVICES; R.** | |
|     **ALEXANDER ACOSTA, IN HIS OFFICIAL** | |
| 23  **CAPACITY AS SECRETARY OF THE U.S.** | |
|     **DEPARTMENT OF LABOR; U.S.** | |
| 24  **DEPARTMENT OF LABOR; STEVEN** | |
|     **MNUCHIN, IN HIS OFFICIAL CAPACITY AS** | |
| 25  **SECRETARY OF THE U.S. DEPARTMENT OF** | |
|     **THE TREASURY; U.S. DEPARTMENT OF** | |
| 26  **THE TREASURY; DOES 1-100,** | |
| 27                              Defendants. | |

28

1

1

ATTORNEYS FOR ADDITIONAL PLAINTIFFS

2

MATTHEW P. DENN
*Attorney General of Delaware*

3

AARON R. GOLDSTEIN*
*State Solicitor*

4

LAKRESHA S ROBERTS*
*Chief Deputy Attorney General*

5

JESSICA M. WILLEY*
*Deputy Attorney General*

6

Delaware Department of Justice
820 N. French Street

7

Wilmington, DE 19801

8

BRIAN E. FROSH
*Attorney General of Maryland*

9

STEVE M. SULLIVAN*
*Solicitor General*

10

CAROLYN A. QUATTROCKI*
*Deputy Attorney General*

11

KIMBERLY S. CAMMARATA*
*Director, Health Education and Advocacy*

12

200 St. Paul Place
Baltimore, MD 21202

13

ERIC T. SCHNEIDERMAN

14

*Attorney General of New York*
LISA LANDAU*

15

*Bureau Chief, Health Care Bureau*
SARA MARK*

16

*Special Counsel*
ELIZABETH CHESLER*

17

*Assistant Attorney General*
120 Broadway

18

New York, NY 10271

19

MARK R. HERRING
*Attorney General of Virginia*

20

SAMUEL T. TOWELL*
*Deputy Attorney General*

21

202 North Ninth Street
Richmond, VA 23219

22

* Pro hac vice application forthcoming

23

24

25

26

27

28

2

1    I, Sharita Gruberg, declare as follows:

2        1.       I am Associate Director of the LGBT Research and Communications Project at the

3    Center for American Progress (CAP).  I am a lawyer with five years of experience filing Freedom

4    of Information Act requests.

5        2.       On May 31, 2017, CAP submitted a Freedom of Information Act (FOIA) request to

6    the U.S. Department of Health and Human Services for all records of religious accommodation

7    requests submitted to the agency under the Affordable Care Act's contraceptive mandate. Records

8    were requested from when the Affordable Care Act went into effect to the date the FOIA request

9    was submitted and included filings made by requesting entities as well as the agency's responses.

10       3.       We received 558 pages of documents from January 2014 to March 2016 in response

11   to our request. A true and correct copy of these documents is attached as Exhibit A.

12       I declare under penalty of perjury that the foregoing is true and correct of my own personal

13   knowledge.

14       Executed on December 6, 2017 in Washington, D.C.

15

16

17

18   _____
     Sharita Gruberg
19   Center for American Progress

20

21

22   SA2017109209
     52715008.docx
23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name:   ***St. of Ca. et. al v. Health & Human Services, et al.***      No: 4:17-cv-05783-HSG

I hereby certify that on <u>December 6, 2017</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**Declaration of Sharita Gruberg in Support of the States' Reply to
Opposition to Motion for Preliminary Injunction**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>December 6, 2017</u>, at Sacramento, California.

|   Francina M. Stevenson   |   */s/ Francina M. Stevenson*   |
| :---: | :---: |
| Declarant | Signature |

SA2017109209
33171885.docx