IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF CALIFORNIA; THE STATE OF DELAWARE; THE STATE OF MARYLAND; THE STATE OF NEW YORK; THE COMMONWEALTH OF VIRGINIA,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ERIC D. HARGAN, IN HIS OFFICIAL CAPACITY AS ACTING SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; R. ALEXANDER ACOSTA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF LABOR; U.S. DEPARTMENT OF LABOR; STEVEN MNUCHIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF THE TREASURY; U.S. DEPARTMENT OF THE TREASURY; DOES 1-100,**<br><br>Defendants. | Case No. 4:17-cv-05783-HSG<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO USE COURT CALL FOR PURPOSE OF LISTENING TO HEARINGS ON MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO INTERVENE** |

1

Order Granting Plaintiffs' Request to Use Court Call for Purpose of Listening to Hearings on Motion for Preliminary Injunction and Motion to Intervene (4:17-cv-05783-HSG)

Upon consideration of Plaintiffs' Request to Use Court Call for Purpose of Listening to Hearings on Motion for Preliminary Injunction and Motion to Intervene, set December 12, 2017 at 2:00 p.m., and for good cause shown, it is hereby ORDERED that the Request is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements to listen in on the hearings.

**IT IS SO ORDERED.**

Dated: December 11, 2017_____

HAYWOOD S. GILLIAM, JR.
United States District Judge

52721666.docx

2

Order Granting Plaintiffs' Request to Use Court Call for Purpose of Listening to Hearings on Motion for Preliminary Injunction and Motion to Intervene (4:17-cv-05783-HSG)