1  CHAD A. READLER
   Principal Deputy Assistant Attorney General
2  BRIAN STRETCH
   United States Attorney
3  ETHAN DAVIS
   Deputy Assistant Attorney General
4  JOEL McELVAIN
   Assistant Branch Director
5  JUSTIN M. SANDBERG, IL. BAR NO. 6278377
   Senior Trial Counsel
6  United States Department of Justice
   Civil Division, Federal Programs Branch
7  20 Mass. Ave. NW, Rm. 7302
   Washington, D.C. 20001
8  Telephone: (202) 514-5838
   Facsimile: (202) 616-8202
9  Email: Justin.Sandberg@usdoj.gov

10  *Attorney for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No.: 4:17-cv-5783-HSG |
| Plaintiffs, | |
| v. | **[PROPOSED]** ORDER |
| ERIC D. HARGAN, Acting Secretary of Health and Human Services, *et al.*, | |
| Defendants. | |

The Court, having considered the parties' Stipulation Regarding the Extension of Deadlines to Answer and File a Case Management Statement, hereby **GRANTS** the motion, extending the deadline for Defendants to answer or otherwise respond until four weeks after the Court rules on the pending preliminary injunction motion [ECF Dckt. No. 28], and extending the deadline to file a case

management statement eight weeks after the Court rules on the pending preliminary injunction motion [ECF Dckt. No. 28].

IT IS SO **ORDERED**, this 11th day of December, 2017.

Dated: 12/11/2017

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE