# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

THE STATE OF CALIFORNIA, et al.,

        Plaintiff(s),

  v.

ERIC D. HARGAN, et al.

        Defendant(s).

Case No: 4:17-cv-05783

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Kevin H. Theriot, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: March for Life in the above-entitled action. My local co-counsel in this case is Brian R. Chavez-Ochoa, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 15100 N. 90th Street<br>Scottsdale, AZ 85260 | 4 Jean Street, Suite 4<br>Valley Springs, CA 95252 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (480) 444-0020 | (209) 772-3013 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ktheriot@ADFlegal.org | chavezochoa@yahoo.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 00788908.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/08/17

                    Kevin H. Theriot
                    APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kevin H. Theriot is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/11/2017

                    *Haywood S. Gill*
              UNITED STATES DISTRICT/MAGISTRATE JUDGE

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Kevin Hayden Theriot**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 5th day of November, 1993.

I further certify that the records of this office show that, as of this date

**Kevin Hayden Theriot**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 6th day of December, 2017.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*

Clerk, Supreme Court of Texas

No. 2778C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.