# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| THE STATE OF CALIFORNIA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:17-cv-05783 |
| ERIC D. HARGAN | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

March for Life Education and Defense Fund

Date:   12/15/2017

*Attorney's signature*

Kevin H. Theriot 00788908
*Printed name and bar number*

15100 N. 90th Street
Scottsdale, AZ 85260

*Address*

ktheriot@ADFlegal.org
*E-mail address*

(480) 444-0020
*Telephone number*

(480) 444-0028
*FAX number*