# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**The State of California, et al.**

Plaintiff(s),

v.

Eric D. Harvan, et al.

Defendant(s).

Case No: 4:17-05783

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Sara Haviva Mark, an active member in good standing of the bar of Southern District of NY, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: plaintiff, the State of New York in the above-entitled action. My local co-counsel in this case is Karli Eisenberg, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 120 Broadway, 26th Fl.<br>New York, NY 10271 | 1300 I Street,<br>Sacramento, California 95814 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 416-8460 | (916) 210-7913 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Sara.Mark@ag.ny.gov | Karli.Eisenberg@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: SM1981.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/22/17

Sara Haviva Mark
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sara Haviva Mark is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/28/2017

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>**SARA HAVIVA MARK**</u>, Bar # <u>**SM1981**</u>

was duly admitted to practice in this Court on

<u>**NOVEMBER 13, 2008**</u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>    on    <u>**NOVEMBER 6, 2017**</u>

<u>Ruby J. Krajick</u>  by  <u>_[signature]_</u>
Clerk                         Deputy Clerk