[Reset Form]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

The State of California, et al.  )
                  Plaintiff(s),  )  Case No: 4:17-cv-05783
v.  )
Eric D. Hargan, et al.  )  **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)
                  Defendant(s).  )

I, Jessica M. Willey, an active member in good standing of the bar of the Delaware Supreme Ct., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: plaintiff, the State of Delaware in the above-entitled action. My local co-counsel in this case is Karli Eisenberg, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 820 N. French St.<br>Wilmington, DE 19801 | 1300 I Street<br>Sacramento, CA 95814 |
| MY TELEPHONE # OF RECORD:<br>(302) 674-7387 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(916) 210-7913 |
| MY EMAIL ADDRESS OF RECORD:<br>Jessica.Willey@state.de.us | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Karli.Eisenberg@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4937.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/30/17             Jessica M. Willey
                                          APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jessica M. Willey is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/28/2017           *Haywood S. Gill, Jr.*
                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE

## SUPREME COURT OF THE STATE OF DELAWARE

### CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Jessica M. Willey** was admitted to practice as an attorney in the Courts of this State on **December 15, 2006** and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 29th day of November, 2017.



Lisa A. Dolph
Clerk of the Supreme Court