# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

The State of California, et al.

　　　　　　Plaintiff(s),

v.

Eric D. Hargan, et al.

　　　　　　Defendant(s).

Case No: 4:17-05783

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Steven M. Sullivan, an active member in good standing of the bar of U.S. 4th Circuit Ct. of App., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: plaintiff, the State of Maryland, in the above-entitled action. My local co-counsel in this case is Karli Eisenberg, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Office of the Attorney General of Maryland<br>200 Saint Paul Place | 1300 I Street, Suite 125<br>P.O. Box 944255 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (410) 576-6427 | (916) 324-5567 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ssullivan@oag.state.md.us | Karli.Eisenberg@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: not applicable.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/15/17

　　　　　　　　　　　　　　　　　　　Steven M. Sullivan
　　　　　　　　　　　　　　　　　　　APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Steven M. Sullivan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/29/2017

　　　　　　　　　　　　　　　　　　　*Haywood S. Gill*
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



## CERTIFICATE OF GOOD STANDING

I, Patricia S. Connor, Clerk of this Court, certify that Steven Marshall Sullivan was duly admitted to practice in this Court on May 28, 1997, and is in good standing in this Court.

Dated at Richmond, Virginia, on March 31, 2017.

Patricia S. Connor
CLERK

*[signature]*
DEPUTY CLERK