CHAD A. READLER
Acting Assistant Attorney General
BRIAN STRETCH
United States Attorney
ETHAN P. DAVIS
Deputy Assistant Attorney General
JOEL McELVAIN
Assistant Branch Director
JUSTIN M. SANDBERG, IL. BAR NO. 6278377
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave. NW, Rm. 7302
Washington, D.C. 20001
Telephone: (202) 514-5838
Facsimile: (202) 616-8202
Email: Justin.Sandberg@usdoj.gov

*Attorney for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No.: 4:17-cv-5783-HSG |
| Plaintiffs, | |
| v. | **ORDER** |
| ERIC D. HARGAN, Acting Secretary of Health and Human Services, *et al.*, | |
| Defendants. | |

The Court, having considered federal defendants' motion to appear at the case management conference telephonically, hereby **GRANTS** the motion. Counsel shall contact CourtCall at (866)

582-6878 to make arrangements for the telephonic appearance.

IT IS SO **ORDERED**, this 3rd day of January, 2018.

Dated: January 3, 2018

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE