Eric C. Rassbach – No. 288041
Mark Rienzi *pro hac vice*
Lori Windham *pro hac vice*
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
erassbach@becketlaw.org

*Counsel for Intervenor-Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA; THE STATE OF DELAWARE; THE STATE OF MARYLAND; THE STATE OF NEW YORK; THE COMMONWEALTH OF VIRGINIA,<br><br>*Plaintiffs*,<br>v.<br><br>ERIC D. HARGAN, in his official capacity as Acting Secretary of the U.S. Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; R. ALEXANDER ACOSTA, in his official capacity as Secretary of U.S. Department of Labor; U.S. DEPARTMENT OF LABOR; STEVEN MNUCHIN, in his official capacity as Secretary of the U.S. Department of the Treasury; U.S. DEPARTMENT OF THE TREASURY; DOES 1-100,<br><br>*Defendants,*<br>and,<br><br>THE LITTLE SISTERS OF THE POOR, JEANNE JUGAN RESIDENCE,<br>*Intervenor-Defendants.* | Case No. 4:17-cv-05783-HSG<br><br>**ORDER** |

1

The Court, having considered intervenor-defendants' motion to appear telephonically at the case management conference, hereby **GRANTS** the motion. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO **ORDERED**, this 3rd day of January, 2018.

Dated: January 3, 2018

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE