# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Case No. 17-cv-05783-HSG<br><br>**ORDER REGARDING SUBMISSIONS BY NON-PARTIES** |

Since the original complaint in this case was filed, the Court has received a number of submissions by non-parties. *See* Dkt. Nos. 26, 27, 79, 80, 98. This order is to inform any non-parties who wish to file materials in this matter that, in order to do so, they must seek and be granted either leave to appear as amicus curiae, *see* Dkt. Nos. 54, 65, 67, or leave to intervene, *see* Dkt. Nos. 38, 87. Absent compliance with these requirements, any further submissions by non-parties will not be accepted and will be returned unfiled.

**IT IS SO ORDERED.**

Dated: 1/3/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge