**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

**SUSAN Y. SOONG**         1301 Clay St., Suite 400S
    **CLERK**                   OAKLAND, CA 94612-5212
                                                       (510) 637-3500

January 10, 2018

Gary Coson
1101 Elm Drive
Novato, CA 94945

**Re: 17-cv-5783-HSG**

Dear Mr. Coson:

      The enclosed document(s) which you submitted in reference to **<u>State of California v. Health and Human Services et al</u>** are being returned to you.

                                                                           Very Truly Yours,

                                                                          Deputy Clerk