| | |
|---|---|
| Eric C. Rassbach – No. 288041 | John C. Peiffer, II |
| Mark L. Rienzi – *pro hac vice* | The Busch Firm |
| Lori H. Windham – *pro hac vice* | 860 Napa Valley Corporate Way, Suite O |
| The Becket Fund for Religious Liberty | Napa, CA 94558 |
| 1200 New Hampshire Ave. NW, Suite 700 | Telephone: (707) 400-6243 |
| Washington, DC 20036 | Facsimile: (707) 260-6151 |
| Telephone: (202) 955-0095 | |
| Facsimile: (202) 955-0090 | |
| erassbach@becketlaw.org | |

*Counsel for Defendant-Intervenor*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA; THE STATE OF DELAWARE; THE STATE OF MARYLAND; THE STATE OF NEW YORK; THE COMMONWEALTH OF VIRGINIA, | Case No. 4:17-cv-05783-HSG |
| *Plaintiffs*, | |
| v. | **NOTICE OF APPEAL** |
| ERIC D. HARGAN, in his official capacity as Acting Secretary of the U.S. Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; R. ALEXANDER ACOSTA, in his official capacity as Secretary of U.S. Department of Labor; U.S. DEPARTMENT OF LABOR; STEVEN MNUCHIN, in his official capacity as Secretary of the U.S. Department of the Treasury; U.S. DEPARTMENT OF THE TREASURY; DOES 1-100, | |
| *Defendants,* | |
| and, | |
| THE LITTLE SISTERS OF THE POOR, JEANNE JUGAN RESIDENCE, | |
| *Defendant-Intervenor.* | |

Case 4:17-cv-05783-HSG   Document 135   Filed 01/26/18   Page 2 of 2

# NOTICE OF APPEAL

Notice is hereby given that the Little Sisters of the Poor, Jeanne Jugan Residence, Defendant-Intervenor in the above-captioned case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Order (ECF No. 105) granting Plaintiffs' motion for a preliminary injunction, entered in this action on December 21, 2017.

Dated: January 26, 2018    Respectfully submitted,

/s/ Eric C. Rassbach
Eric C. Rassbach – No. 288041
Mark L. Rienzi, *pro hac vice*
Lori H. Windham, *pro hac vice*
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW
Suite 700
Washington, DC 20036
Telephone: (202) 955-0095
Facsimile: (202) 955-0090

John C. Peiffer, II
The Busch Firm
860 Napa Valley Corporate Way, Suite O
Napa, CA 94558
Telephone: (707) 400-6243
Facsimile: (707) 260-6151

*Counsel for Defendant-Intervenor*

2
Notice of Appeal (4:17-cv-05783-HSG)