| | |
|---|---|
| | Reset Form |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

The State of California, et al.

      Plaintiff(s),

v.

Eric D. Hargan, et al.

      Defendant(s).

Case No: 4:17-cv-05783

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, David J. Lyons, an active member in good standing of the bar of the Delaware Supreme Ct., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: plaintiff, the State of Delaware in the above-entitled action. My local co-counsel in this case is Karli Eisenberg, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 820 N. French St.<br>Wilmington, DE 19801 | 1300 I Street<br>Sacramento, CA 95814 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (302) 577-8413 | (916) 210-7913 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| David.Lyons@state.de.us | Karli.Eisenberg@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2341.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/23/18                                    David J. Lyons
                                                                             APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of David J. Lyons is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/16/2018                                Haywood S. Gill Jr.
                                         UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

**SUPREME COURT OF THE STATE OF DELAWARE**

CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **David J. Lyons** was admitted to practice as an attorney in the Courts of this State on **April 15, 1985** and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.



**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 18th day of January, 2018.

Lisa A. Dolph
Clerk of the Supreme Court