1  CHAD A. READLER
   Acting Assistant Attorney General
2  ALEX G. TSE
   Acting United States Attorney
3  ETHAN P. DAVIS
   Deputy Assistant Attorney General
4  JOEL McELVAIN
   Assistant Branch Director
5  JUSTIN M. SANDBERG, IL. BAR NO. 6278377
   Senior Trial Counsel
6  United States Department of Justice
   Civil Division, Federal Programs Branch
7  20 Mass. Ave. NW, Rm. 7302
   Washington, D.C. 20001
8  Telephone: (202) 514-5838
   Facsimile: (202) 616-8202
9  Email: Justin.Sandberg@usdoj.gov

*Attorney for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No.: 4:17-cv-5783-HSG |
| Plaintiffs, | |
| v. | **[PROPOSED]** ORDER |
| ALEX M. AZAR II, Secretary of Health and Human Services, *et al.*, | |
| Defendants. | |

The Court, having considered the parties' Stipulation Regarding Stay of District Court Proceedings Pending Appeal hereby **GRANTS** the motion, staying this case pending resolution of Defendants' appeals of the preliminary injunction entered by the Court on December 22, 2017 [ECF Dckt. No. 105].

IT IS SO **ORDERED**, this ___8th___ day of _____March, 2018.

Dated: ___3/8/2018___

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE