IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No.: 4:17-cv-5783-HSG |
| Plaintiffs, | |
| v. | **ORDER** |
| ALEX M. AZAR II, Secretary of Health and Human Services, *et al.*, | |
| Defendants. | |

The motion of Ethan P. Davis to withdraw as counsel for Defendants is hereby GRANTED.

Dated: July 19, 2018

Haywood S. Gilliam, Jr.
United States District Judge