| | |
|---|---|
| Eric C. Rassbach – No. 288041 | John C. Peiffer, II |
| Mark L. Rienzi – admitted pro hac vice | The Busch Firm |
| Lori L. Windham – admitted pro hac vice | 860 Napa Valley Corporate Way, Suite O |
| The Becket Fund for Religious Liberty | Napa, CA 94558 |
| 1200 New Hampshire Ave. NW, Suite 700 | Telephone: (707) 400-6243 |
| Washington, DC 20036 | Facsimile: (707) 260-6151 |
| Telephone: (202) 955-0095 | jpeiffer@buschfirm.com |
| Facsimile: (202) 955-0090 | |
| mrienzi@becketlaw.org | |

*Counsel for Defendant-Intervenor*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE STATE OF CALIFORNIA; THE STATE OF DELAWARE; THE STATE OF MARYLAND; THE STATE OF NEW YORK; THE COMMONWEALTH OF VIRGINIA,

   *Plaintiffs*,

v.

ERIC D. HARGAN, in his official capacity as Acting Secretary of the U.S. Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; R. ALEXANDER ACOSTA, in his official capacity as Secretary of U.S. Department of Labor; U.S. DEPARTMENT OF LABOR; STEVEN MNUCHIN, in his official capacity as Secretary of the U.S. Department of the Treasury; U.S. DEPARTMENT OF THE TREASURY; DOES 1-100,

   *Defendants*,

and,

THE LITTLE SISTERS OF THE POOR, JEANNE JUGAN RESIDENCE,

   *Defendant-Intervenor.*

Case No. 4:17-cv-05783-HSG

**DEFENDANT-INTERVENOR'S OPPOSITION TO PLAINTIFFS' MOTION TO LIFT STAY**

The Little Sisters of the Poor, Jeanne Jugan Residence ("Little Sisters") does not object to lifting the stay for the limited purpose of having a status conference with the Court to determine how to proceed in this matter going forward. Beyond that limited purpose, the Little Sisters oppose lifting of the stay because the central matters in this case are currently before the Ninth Circuit, where they have been fully briefed and argued. By its terms, the stay was designed to continue "pending resolution of Defendants' appeals." Because those appeals have not yet been resolved, lifting the stay is premature.

Much of the States' motion is premised on their repeated claim that the existing appeal will become moot on January 14. Mot. at 3, 5, 6. This is a contested question and, importantly, a question on which the Ninth Circuit has specifically requested briefing, which was completed on November 16. The Ninth Circuit Order is attached as Exhibit A, and the Little Sisters' supplemental brief is attached to this filing as Exhibit B. Given that the Ninth Circuit panel is equally aware of the newest "final" rules that take effect on January 14, and that the panel has specifically requested briefing on the question of mootness, it would be premature for this Court to start the case up again without knowing the Ninth Circuit's answer on mootness.

Moreover, even apart from the mootness question, the Ninth Circuit panel is currently considering other questions that go to the heart of the States' claims. First, the Ninth Circuit has had briefing and oral argument on the question of whether the States have standing, and thus whether this Court has Article III jurisdiction. Second, the States argued their *substantive* objections to the rule, not merely their procedural objections, to the Ninth Circuit.  Those claims are the same claims the States apparently intend to simultaneously argue in this Court.

For these reasons, the Little Sisters believe the better course is to leave the stay in place so that the Ninth Circuit can decide the mootness question upon which it has requested briefing, and the

standing and substantive questions about the rules' validity which are fully briefed and before that court.

## CONCLUSION

For the foregoing reasons, the States' motion should be denied.

Dated: December 5, 2018          Respectfully submitted,

/s/ Mark L. Rienzi
Mark L. Rienzi – admitted pro hac vice
Lori L. Windham – admitted pro hac vice
Eric C. Rassbach – No. 288041
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
mrienzi@becketlaw.org


John C. Peiffer, II
The Busch Firm
860 Napa Valley Corporate Way, Suite O
Napa, CA 94558
Telephone: (707) 400-6243
Facsimile: (707) 260-6151
jpeiffer@buschfirm.com

*Counsel for Proposed Defendant-Intervenor*