FILED

OCT 25 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF CALIFORNIA; STATE OF DELAWARE; COMMONWEALTH OF VIRGINIA; STATE OF MARYLAND; STATE OF NEW YORK,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>ERIC D. HARGAN, in his official capacity as Acting Secretary of the U.S. Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; R. ALEXANDER ACOSTA, in his official capacity as Secretary of the U.S. Department of Labor; U.S. DEPARTMENT OF LABOR; STEVEN TERNER MNUCHIN, in his official capacity as Secretary of the U.S. Department of the Treasury; U.S. DEPARTMENT OF THE TREASURY,<br><br>Defendants,<br><br>and<br><br>THE LITTLE SISTERS OF THE POOR JEANNE JUGAN RESIDENCE,<br><br>Intervenor-Defendant-Appellant. | No. 18-15144<br><br>D.C. No. 4:17-cv-05783-HSG<br>Northern District of California, Oakland<br><br>ORDER |

| | |
|---|---|
| STATE OF CALIFORNIA; STATE OF DELAWARE; COMMONWEALTH OF VIRGINIA; STATE OF MARYLAND; STATE OF NEW YORK,<br><br>        Plaintiffs-Appellees,<br><br>v.<br><br>ERIC D. HARGAN, in his official capacity as Acting Secretary of the U.S. Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; R. ALEXANDER ACOSTA, in his official capacity as Secretary of the U.S. Department of Labor; U.S. DEPARTMENT OF LABOR; STEVEN TERNER MNUCHIN, in his official capacity as Secretary of the U.S. Department of the Treasury; U.S. DEPARTMENT OF THE TREASURY,<br><br>        Defendants,<br><br>and<br><br>MARCH FOR LIFE EDUCATION AND DEFENSE FUND,<br><br>        Intervenor-Defendant-Appellant. | No. 18-15166<br><br>D.C. No. 4:17-cv-05783-HSG<br>Northern District of California, Oakland |
| STATE OF CALIFORNIA; STATE OF DELAWARE; COMMONWEALTH OF | No. 18-15255 |

2

| | |
|---|---|
| VIRGINIA; STATE OF MARYLAND; STATE OF NEW YORK, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> ALEX M. AZAR II, Secretary of the United States Department of Health and Human Services; U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; R. ALEXANDER ACOSTA, in his official capacity as Secretary of the U.S. Department of Labor; U.S. DEPARTMENT OF LABOR; STEVEN TERNER MNUCHIN, in his official capacity as Secretary of the U.S. Department of the Treasury; U.S. DEPARTMENT OF THE TREASURY, <br><br> Defendants-Appellants. | D.C. No. 4:17-cv-05783-HSG Northern District of California, Oakland |

Before: WALLACE, KLEINFELD, and GRABER, Circuit Judges.

The parties are ordered to submit simultaneous supplemental briefs addressing the following questions: What is the status of the rules in question? If they are now being reviewed by the Office of Management and Budget, when are they likely to be published in the Federal Register? When the rules become final, will the present appeal become moot?

3

The briefs are not to exceed 15 pages in length and shall be filed 14 days after the entry of this order. The parties may, but are not required to, submit a joint supplemental brief in lieu of separate briefs. Parties who are registered for ECF must file the briefs electronically without submission of paper copies.