XAVIER BECERRA, State Bar No. 118517
Attorney General of California
KATHLEEN BOERGERS, State Bar No. 213530
Supervising Deputy Attorney General
NELI PALMA, State Bar No. 203374
KARLI EISENBERG, State Bar No. 281923
Deputy Attorney General
  1300 I Street, Suite 125
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7913
  Fax:  (916) 324-5567
  E-mail:  Karli.Eisenberg@doj.ca.gov
*Attorneys for Plaintiff State of California*

[*Additional counsel listed on next page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF CALIFORNIA; THE STATE OF DELAWARE; THE STATE OF MARYLAND; THE STATE OF NEW YORK; THE COMMONWEALTH OF VIRGINIA,**<br><br>                   Plaintiffs,<br><br>v.<br><br>**ALEX M. AZAR, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; R. ALEXANDER ACOSTA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF LABOR; U.S. DEPARTMENT OF LABOR; STEVEN MNUCHIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF THE TREASURY; U.S. DEPARTMENT OF THE TREASURY; DOES 1-100,**<br><br>                   Defendants,<br><br>and,<br><br>**THE LITTLE SISTERS OF THE POOR, JEANNE JUGAN RESIDENCE; MARCH FOR LIFE EDUCATION AND DEFENSE FUND,**<br><br>                   Defendant-Intervenors. | 4:17-cv-05783-HSG<br><br>**REPLY IN SUPPORT OF THE STATES' ADMINISTRATIVE MOTION TO LIFT THE STAY**<br><br><br>Judge:      The Honorable Haywood S. Gilliam, Jr.<br>Trial Date:  Not set<br>Action Filed:  October 6, 2017 |

1

ATTORNEYS FOR ADDITIONAL PLAINTIFFS

MATTHEW P. DENN
*Attorney General of Delaware*
ILONA KIRSHON
*Deputy State Solicitor*
JESSICA M. WILLEY
DAVID J. LYONS
*Deputy Attorneys General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
 *Attorneys for Plaintiff the State of Delaware*


BRIAN E. FROSH
*Attorney General of Maryland*
STEVE M. SULLIVAN
*Solicitor General*
CAROLYN A. QUATTROCKI
*Deputy Attorney General*
KIMBERLY S. CAMMARATA
*Director, Health Education and Advocacy*
200 St. Paul Place
Baltimore, MD 21202
  *Attorneys for Plaintiff the State of Maryland*


BARBARA D. UNDERWOOD
*Attorney General of New York*
LISA LANDAU
*Bureau Chief, Health Care Bureau*
SARA HAVIVA MARK
*Special Counsel*
ELIZABETH CHESLER
*Assistant Attorney General*
120 Broadway
New York, NY 10271
  *Attorneys for Plaintiff the State of New York*


MARK R. HERRING
*Attorney General of Virginia*
SAMUEL T. TOWELL
*Deputy Attorney General*
202 North Ninth Street
Richmond, VA 23219
*Attorneys for Plaintiff the Commonwealth of Virginia*

## MEMORANDUM OF POINTS AND AUTHORITIES

The States respectfully request that this this Court lift the stay on the district court proceedings to ensure that the States can seek to enjoin unlawful final federal rules before they take effect on January 14, 2019.

1. This Court has jurisdiction to lift the stay. Because an appeal under 28 U.S.C. § 1292(a)(1) from an interlocutory order involving a preliminary injunction does not divest the district court with jurisdiction to proceed with a decision on the merits, absent a stay order issued by the Court of Appeal, this Court may proceed on the merits. *See Ex parte Natl. Enamling & Stamping Co.*, 201 U.S. 156, 162 (1906) ("The case, except for the hearing on the appeal from the interlocutory order, is to proceed in the lower court as though no such appeal had been taken, unless otherwise specifically ordered."); *Plotkin v. Pac. Tel. & Tel. Co.*, 688 F.2d 1291, 1293 (9th Cir. 1982) ("it is firmly established that an appeal from an interlocutory order does not divest the trial court of jurisdiction to continue with other phases of the case"); *ACF Industries, Inc. v. Calif. State Bd. of Ed.*, 42 F.3d 1286, 1291 n.4 (9th Cir. 1994); *Apple, Inc. v. Samsung Elec. Co., Ltd.*, No. 12-cv-630-LHK, 2014 WL 6687122, at *6 (N.D. Cal. Nov. 25, 2014). It is thus undisputed that this Court has jurisdiction to lift the stay.

2. If the Court does not lift the stay, the States will be unable to seek to enjoin the unlawful federal regulations before they take effect. These final federal rules should not be insulated from judicial review. Rather, this Court should review the States' legal challenges to the final federal rules, before they take effect and cause harm to the States and their residents. At the very least, this Court should lift the stay, thereby allowing the States to file their preliminary injunction motion and supporting documents and ensuring that the matter is fully briefed before January 14, 2019.

| | | |
|---|---|---|
| 1 | Dated: December 6, 2018 | Respectfully submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | KATHLEEN BOERGERS<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | */s/ Karli Eisenberg* |
| 6 | | KARLI EISENBERG<br>NELI PALMA |
| 7 | | Deputy Attorneys General<br>*Attorneys for Plaintiff the State of California* |
| 8 | | MATTHEW P. DENN<br>Attorney General of Delaware |
| 9 | | ILONA KIRSHON<br>Deputy State Solicitor |
| 10 | | JESSICA M. WILLEY<br>DAVID J. LYONS |
| 11 | | Deputy Attorneys General<br>*Attorneys for Plaintiff the State of Delaware* |
| 12 | | |
| 13 | | BRIAN E. FROSH<br>Attorney General of Maryland |
| 14 | | CAROLYN A. QUATTROCKI<br>Deputy Attorney General |
| 15 | | STEVE M. SULLIVAN<br>Solicitor General |
| 16 | | KIMBERLY S. CAMMARATA<br>Director, Health Education and Advocacy |
| 17 | | *Attorneys for Plaintiff the State of Maryland* |
| 18 | | BARBARA D. UNDERWOOD<br>Attorney General of New York |
| 19 | | LISA LANDAU<br>Bureau Chief, Health Care Bureau |
| 20 | | SARA HAVIVA MARK<br>Special Counsel |
| 21 | | ELIZABETH CHESLER<br>Assistant Attorney General |
| 22 | | *Attorneys for Plaintiff the State of New York* |
| 23 | | MARK R. HERRING<br>Attorney General of Virginia |
| 24 | | SAMUEL T. TOWELL<br>Deputy Attorney General |
| 25 | | *Attorneys for Plaintiff the Commonwealth of Virginia* |
| 26 | SA2017109209<br>13356246.docx | |
| 27 | | |
| 28 | | |