# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **State of California v. Health and Human Services, et al.** | No. | **4:17-cv-05783-HSG** |

I hereby certify that on <u>November 30, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**REPLY IN SUPPORT OF THE STATES' ADMINISTRATIVE MOTION TO LIFT THE STAY**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>December 6, 2018</u>, I have caused the foregoing document(s) to be emailed to the following non-CM/ECF participants:

**via email only:**

Kimberly S. Cammarata
kcammarata@oag.state.md.us

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>December 6, 2018</u>, at Sacramento, California.

| | |
|---|---|
| E. Madden | /s/ E. Madden |
| Declarant | Signature |

SA2017109209
13356777.docx