Brian R. Chavez-Ochoa
Chavez-Ochoa Law Offices, Inc.
4 Jean Street, Suite 4
Valley Springs, CA 95252
(209) 772-3013
(209) 772-3090 Fax
chavezochoa@yahoo.com

David A. Cortman, AZ Bar No. 029490*
Kevin H. Theriot, AZ Bar No. 030446**
Kenneth J. Connelly, AZ Bar No. 025420*
Alliance Defending Freedom
15100 North 90th Street
Scottsdale, Arizona 85260
(480) 444-0020
(480) 444-0028 Fax
dcortman@ADFlegal.org
ktheriot@ADFlegal.org
kconnelly@ADFlegal.org

*(continued on next page)*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA, et al., *Plaintiffs,* v. ERIC D. HARGAN, in his official capacity as Acting Secretary of the U.S. Department of Health and Human Service, et al., *Defendants,* and, THE LITTLE SISTERS OF THE POOR JEANNE JUGAN RESIDENCE, *Defendant-Intervenor,* and, MARCH FOR LIFE EDUCATION AND DEFENSE FUND, *Defendant- Intervenor.* | Case No. 4:17-cv-05783-HSG  **ORDER** |

*Pro hac vice forthcoming

** Pro hac vice granted

Eric C. Rassbach – No. 288041
Mark Rienzi**
Lori Windham**
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
erassbach@becketlaw.org

*Counsel for Defendant-Intervenors*

JOSEPH H. HUNT
Assistant Attorney General
MICHELLE R. BENNETT
Assistant Branch Director, Federal Programs
JUSTIN M. SANDBERG (Ill. Bar No. 6278377)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 11004
Washington, DC 20005
Tel.:    (202) 514-5838
Fax:    (202) 616-8460
Email:  justin.sandberg@usdoj.gov

*Counsel for Federal Defendants*

The Court, having considered the motion to appear telephonically at the case management conference by Intervenor-Defendants March for Life Education and Defense Fund and The Little Sister of the Poor, Jeanne Jugan Residence, and federal defendants, hereby GRANTS the motion. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: December 10, 2018

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE