UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Case No. 17-cv-05783-HSG<br><br>**SCHEDULING ORDER**<br><br>Re: Dkt. No. 168 |

The parties submitted a proposed schedule on December 14, 2018. *See* Dkt. No. 168. The Court is unavailable for a hearing on January 9, 2019 because of a trial in another matter. Having considered the parties' proposed schedule, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Due Date |
|---|---|
| Amended Complaint | December 18, 2018 |
| Motion for Preliminary Injunction | December 19, 2018 |
| Oppositions to Motion for Preliminary Injunction | January 3, 2019 |
| Reply to Oppositions to Motion for Preliminary Injunction | January 8, 2019 |
| Hearing on Motion for Preliminary Injunction | January 11, 2019 at 10:00 a.m. |

//
//
//
//
//
//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial
3   Standing Order. This order terminates Dkt. No. 168.
4   **IT IS SO ORDERED.**
5   Dated: 12/17/2018

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge