JOSEPH H. HUNT
Assistant Attorney General
ALEX G. TSE
United States Attorney
MICHELLE R. BENNETT
Assistant Branch Director
JUSTIN M. SANDBERG, IL. BAR NO. 6278377
Senior Trial Counsel
MICHAEL GERARDI
CHRISTOPHER R. HEALY
REBECCA M. KOPPLIN
DANIEL RIESS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20001
Telephone: (202) 514-5838
Facsimile: (202) 616-8202
Email: Justin.Sandberg@usdoj.gov
*Counsel for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX M. AZAR, II, Secretary of Health and Human Services, *et al.*, <br><br> Defendants, <br><br> and, <br><br> THE LITTLE SISTERS OF THE POOR, JEANNE JUGAN RESIDENCE, *et al.*, <br><br> Defendant-Intervenors | Case No.: 4:17-cv-5783-HSG <br><br> **DEFENDANTS' MOTION TO STAY ALL PROCEEDINGS DUE TO LAPSE IN APPROPRIATIONS OR IN THE ALTERNATIVE FOR EXTENSION OF ANSWER DEADLINE** |

The United States of America hereby moves for a stay of proceedings in the above-captioned case or in the alternative for an extension of the deadline to respond to the second amended complaint.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of proceedings until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Opposing counsel state that they oppose the motion to stay the case. Counsel for intervenors did not have an opportunity to provide their position on the stay in the short time afforded for Government counsel to prepare and file the motion in light of the lapse of appropriations.

6. In the alternative, the Government seeks an extension of the deadline to answer or otherwise respond to the second amended complaint, from January 2, 2019 until February 28, 2019.

7. An extension is appropriate to enable the Government to account for the Court's resolution of the pending preliminary injunction motion, and to account for the undersigned's other work obligations, which at this point include a trial in early February as well as three significant briefs due in the first half of February.

8. Counsel for plaintiffs <u>does not</u> oppose the requested extension of the answer deadline. Counsel for the intervening defendants consent to the request.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of proceedings in this case until Department of

2
Motion for Stay or in Alternative for Extension of Answer Deadline
Case No.: 4:17-cv-5783

Justice attorneys are permitted to resume their usual civil litigation functions. In the alternative, the Government seeks an extension of the deadline to answer or otherwise respond to the second amended complaint, from January 2, 2019 until February 28, 2019.

Dated: December 26, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ALEX G. TSE
United States Attorney

MICHELLE R. BENNETT
Assistant Branch Director

　/s/　　Justin　　M.　　Sandberg　　
JUSTIN M. SANDBERG, IL Bar No. 6278377
Senior Trial Counsel
MICHAEL GERARDI
CHRISTOPHER R. HEALY
REBECCA M. KOPPLIN
DANIEL RIESS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20001
Telephone: (202) 514-5838
Facsimile: (202) 616-8202
Email: Justin.Sandberg@usdoj.gov
*Counsel for Federal Defendants*