Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| State of California, et al. | Case No: 4:17-cv-05783 |
| Plaintiff(s), | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |
| v. | |
| Health and Human Services, et al. | |
| Defendant(s). | |

I, Gregory S. Baylor, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: March for Life Education & Defense Fund in the above-entitled action. My local co-counsel in this case is Brian Ricardo Chavez-Ochoa, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 440 First Street NW, Suite 600<br>Washington, D.C. 20001 | 4 Jean St. #4<br>Valley Springs, CA 95252 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 393-8690 | (209) 772-3013 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| GBaylor@ADFlegal.org | brianr@chavezochoalaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 01941500.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/21/18

Gregory S. Baylor
APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gregory S. Baylor is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/27/2018

*Haywood S. Gill, Jr.*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Gregory Scott Baylor**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 1990.

I further certify that the records of this office show that, as of this date

**Gregory Scott Baylor**

is presently enrolled with the State Bar of Texas as an active member in good standing, but because of this attorney's voluntary non-practicing election, is not authorized to practice law in the State of Texas.



IN TESTIMONY WHEREOF witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 10th day of December, 2018.

BLAKE HAWTHORNE, Clerk

Blake A. Hawthorne

Clerk, Supreme Court of Texas

No. 4200C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.