# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The State of California, et al. ) | Case No: 4:17-05783 |
| Plaintiff(s), ) ) | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. ) | **(CIVIL LOCAL RULE 11-3)** |
| Alex Azar II, et al. ) ) | |
| Defendant(s). ) | |

I, Maura Murphy Osborne, an active member in good standing of the bar of Connecticut, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: plaintiff, the State of Connecticut in the above-entitled action. My local co-counsel in this case is Karli Eisenberg, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 55 Elm Street, PO Box 120<br>Hartford, CT 06141-0120 | 1300 I Street<br>Sacramento, California 95814 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (860) 808-5020 | (916) 210-7913 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Maura.MurphyOsborne@ct.gov | Karli.Eisenberg@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: CT19987.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/20/18

Maura Murphy Osborne
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Maura Murphy Osborne is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/27/2018

Haywood S. Gill Jr.
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

## CERTIFICATE OF GOOD STANDING

I, _____ROBIN D. TABORA_____, Clerk of this Court,

certify that ___Maura Murphy-Osborne___, Bar # ___ct19987___,

was duly admitted to practice in this Court on ___03/08/1999___, and is in good standing as a member of the Bar of this Court.

Dated at ___USDC, Hartford, CONNECTICUT___ on ___12/19/2018___
                       *(Location)*                                     *(Date)*

ROBIN D. TABORA                         /s/ Michael Bozek
*CLERK*                                             *DEPUTY CLERK*