Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

State of California, et al )
                                    Plaintiff(s), )
v. )
Alex M. Azar, II, et al )
                                    Defendant(s). )

Case No: 4:17-cv-05783

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jacob Campion, an active member in good standing of the bar of State of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Minnesota, by its Dept. of Human Servs. in the above-entitled action. My local co-counsel in this case is Karli Eisenberg, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 445 Minnesota Street, Suite 1100<br>Saint Paul, MN 55101 | 1300 I Street,<br>Sacramento, California 95814 |
| MY TELEPHONE # OF RECORD:<br>(651) 757-1459 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(916) 210-7913 |
| MY EMAIL ADDRESS OF RECORD:<br>jacob.campion@ag.state.mn.us | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Karli.Eisenberg@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0391274.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/28/18

                                                  Jacob Campion
                                                  APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jacob Campion is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/3/2019

                                                  Haywood S. Gill Jr.
                          UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

JACOB DANIEL CAMPION

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

November 01, 2010

Given under my hand and seal of this court on

April 09, 2018

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration