# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

The State of California, et al

Plaintiff(s),

v.

Health and Human Services, et al

Defendant(s).

Case No: 4:17-05783

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Michael W. Field, an active member in good standing of the bar of District of Rhode Island, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: plaintiff, State of Rhode Island in the above-entitled action. My local co-counsel in this case is Karli Ann Eisenberg, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 150 South Main Street<br>Providence, RI 02903 | 1300 I Street<br>Sacramento, CA 95814 |
| MY TELEPHONE # OF RECORD:<br>(401) 274-4400 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(916) 324-5360 |
| MY EMAIL ADDRESS OF RECORD:<br>mfield@riag.ri.gov | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Karli.Eisenberg@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5809.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/07/19

Michael W. Field
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael W. Field is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/7/2019

Haywood S. Gill
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE



## Supreme Court of Rhode Island
### Providence

# The State of Rhode Island and Providence Plantations

*This Certifies that*

# Michael W. Field
*of Providence, RI*

is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on this the 24th day of November, 1997 admitted to practice in all the courts of said state as appears of record in the Office of the Clerk of the Supreme Court and is in good standing and qualified to practice in said courts.

Given under our hands and the seal of said Supreme Court at Providence this the 7th day of August, 2018.

Debra A Saunders
Clerk