Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA, et al.<br><br>    Plaintiff(s),<br><br> v.<br><br>ALEX M. AZAR, II, et al.<br><br>    Defendant(s). | Case No: 4:17-cv-05783-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

 I, Alicia O. Young, an active member in good standing of the bar of the State of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: The State of Washington in the above-entitled action. My local co-counsel in this case is Karli Eisenberg, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| P.O. Box 40111<br>Olympia, WA 98504-0111 | 1300 I Street<br>Sacramento, CA 95814 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (360) 709-6470 | (916) 210-7913 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| AliciaO@atg.wa.gov | Karli.Eisenberg@doj.ca.gov |

 I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 35553.

 A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

 I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

 *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/07/19               Alicia O. Young
                               APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

 IT IS HEREBY ORDERED THAT the application of Alicia O. Young is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/7/2019              *Haywood S. Gilliam Jr.*
                     UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# CERTIFICATION OF CURRENT STATUS

January 3, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Alicia O Young**, WSBA ID# **35553** was admitted to the practice of law as a Lawyer in this state by the Supreme Court of Washington on **November 15, 2004**, and is, as of today's date, a(n) **Active Lawyer** of the Washington State Bar Association, <u>**Eligible**</u> to practice law in this state as a Lawyer.

This certificate reflects the member's status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Certification of Status History. Complete discipline information, including confidential and public information about grievances and disciplinary proceedings, is available with written authorization signed by the member, through a Discipline History Certificate.

_Paula C. Littlewood_
Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA