Katie Glynn, Esq. (Attorney No. 300524)
**LOWENSTEIN SANDLER LLP**
390 Lytton Avenue
Palo Alto, California 94301
Telephone: 650-433-5800
Fax: 650-328-2799
kglynn@lowenstein.com

Jeffrey Blumenfeld, Esq. (*pro hac vice* forthcoming)
**LOWENSTEIN SANDLER LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: 202-753-3824
Fax: 202-753-3838
jblumenfeld@lowenstein.com

*Attorneys for Amici Curiae*
*the National Women's Law Center,*
*the National Latina Institute for Reproductive*
*Health, SisterLove, Inc., and the National*
*Asian Pacific American Women's Forum*

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | Case No. 4:17-cv-5783-HSG |
| Plaintiffs, | |
| vs. | **NOTICE OF APPEARANCE OF KATIE GLYNN** |
| ALEX M. AZAR II, et al., | |
| Defendants. | Judge: Hon. Haywood S. Gilliam |

Case No. 4:17-cv-5783-HSG
NOTICE OF APPEARANCE

TO THE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Katie Glynn, of Lowenstein Sandler LLP, hereby appears as counsel for Amici Curiae the National Women's Law Center, the National Latina Institute for Reproductive Health, SisterLove, Inc., and the National Asian Pacific American Women's Forum. Ms. Glynn is admitted to practice in the State of California and before this Court. Her address, telephone, facsimile and email address are as follows:

> Katie Glynn, Bar No. 300524
> Lowenstein Sandler LLP
> 390 Lytton Avenue
> Palo Alto, CA 94301
> Telephone: 415-288-4545
> Facsimile: 415-288-4534
> Email: kglynn@lowenstein.com

Dated: January 7, 2019

Respectfully submitted,

 /s/ Katie Glynn
Katie Glynn

*Counsel for the Amici Curiae*

NOTICE OF APPEARANCE

Case No. 4:17-cv-5783-HSG

1