Katie Glynn, Esq. (Attorney No. 300524)
**LOWENSTEIN SANDLER LLP**
390 Lytton Avenue
Palo Alto, California 94301
Telephone: 650-433-5800
Fax: 650-328-2799
kglynn@lowenstein.com

Jeffrey Blumenfeld, Esq. (*pro hac vice* forthcoming)
**LOWENSTEIN SANDLER LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: 202-753-3824
Fax: 202-753-3838
jblumenfeld@lowenstein.com

*Attorneys for Amici Curiae*
*the National Women's Law Center,*
*the National Latina Institute for Reproductive*
*Health, SisterLove, Inc., and the National*
*Asian Pacific American Women's Forum*

## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ALEX M. AZAR II, et al., <br><br> Defendants. | Case No. 4:17-cv-5783-HSG <br><br> **NOTICE OF MOTION AND MOTION FOR LEAVE TO APPEAR AS AMICI CURIAE AND TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: Feb. 14, 2019 <br> Time: 2:00pm <br> Judge: Hon. Haywood S. Gilliam <br> Courtroom: 2 |

TO EACH PARTY AND ATTORNEYS OF RECORD IN THIS ACTION: PLEASE

TAKE NOTICE that on February 14, 2019 at 2:00 p.m., or as soon thereafter as counsel can be

heard in Courtroom 2 of the United States District Court, Northern District of California, located on the 4th Floor 1301 Clay Street, Oakland, CA 94612, Proposed Amici Curiae the National Women's Law Center, the National Latina Institute for Reproductive Health, SisterLove, Inc., and the National Asian Pacific American Women's Forum ("Amici") will move this Court, for leave to file an amicus brief in support of Plaintiffs' Motion for a Preliminary Injunction. Plaintiffs consent to this Motion. Defendants have not consented to this Motion.

## STATEMENT OF INTEREST

Amici are national and statewide nonprofit and advocacy organizations committed to obtaining racial justice, economic security, gender equity, civil rights, and reproductive justice for all, which includes ensuring that women have access to full and equal health coverage, including contraceptive coverage without cost-sharing, as guaranteed by the ACA. They submit this brief to offer a research-backed assessment of the specific harms that will fall disproportionately on women of color and others facing multiple and intersecting forms of discrimination if the final rules regarding the ACA's contraceptive coverage requirement ("Final Rules") are permitted to take effect.

The National Women's Law Center ("NWLC") is a non-profit legal advocacy organization dedicated to the advancement and protection of women's legal rights and opportunities since its founding in 1972. The Center focuses on issues of key importance to women and their families, including economic security, employment, education, health, and reproductive rights, with special attention to the needs of low-income women. Because access to contraception is of tremendous significance to women's health, equality, and economic security, the Center seeks to ensure that women receive the full benefits of seamless access to contraceptive coverage without cost-sharing as intended by the ACA and has participated as amicus in numerous cases that affect this right.

The National Latina Institute for Reproductive Health ("NLIRH") is the only national reproductive justice organization[1] dedicated to building Latina power to advance health, dignity,

---

[1] The term, "reproductive justice," encompasses (1) the right to have a child, including control over birthing conditions; (2) the right not to have a child; and (3) the right to parent the children

and justice for 28 million Latinas, their families, and communities in the United States though leadership development, community mobilization, policy advocacy, and strategic communications.  Reproductive justice will only be achieved when all people have the economic, social, and political power to make decisions about their bodies, sexuality, and reproduction with dignity and autonomy.  NLIRH works to ensure that all Latinas of all racial identities have affordable access to all their options for safe, effective, and acceptable forms of contraception and family planning.  NLIRH supports affordable, accessible, and quality health care for all persons, regardless of their immigration status, employment, age, gender identity, sexual orientation, or otherwise.

The National Asian Pacific American Women's Forum ("NAPAWF") is the only national, multi-issue Asian American and Pacific Islander ("AAPI") women's organization in the country.  NAPAWF's mission is to build a movement to advance social justice and human rights for AAPI women, girls, and transgender and gender non-conforming people.  NAPAWF approaches all of its work through a reproductive justice framework that seeks for all members of the AAPI community to have the economic, social, and political power to make their own decisions regarding their bodies, families, and communities.  NAPAWF's work includes advocating for the reproductive health care needs of AAPI women and ensuring AAPI women's access to reproductive health care services.  Legal and institutional barriers to reproductive health care disproportionately impact women of color, low-income women, and other marginalized groups. Without legal protection to ensure meaningful, affordable access to basic reproductive health care, including contraception, many AAPI women are left without the crucial health and family planning services that they need to be able to make their own decisions regarding their bodies, families, and communities.  Consequently, NAPAWF has a significant interest in ensuring that all people, regardless of their economic circumstances, immigration

---

Loretta Ross, *What Is Reproductive Justice?*, Reproductive Justice Briefing Book: A Primer on Reproductive Justice and Social Change, Berkley Law, 4 https://www.law.berkeley.edu/php-programs/courses/fileDL.php?fID=4051.  Reproductive rights, by contrast, addresses the individual's right to the full range of reproductive services.

status, race, gender, sexual orientation, or other social factors, have affordable access to safe and effective contraception.

Founded in July 1989, SisterLove, Inc. ("SisterLove") is an HIV/AIDS and reproductive justice nonprofit service organization focusing on women, particularly women of African descent, and has the distinction of being the oldest nonprofit of its kind in the State of Georgia. SisterLove's mission is to eradicate the adverse impact of HIV/AIDS and other sexual and reproductive oppressions upon all women, their families, and their communities in the United States and worldwide through education, prevention, support, and human rights advocacy. To realize this mission, SisterLove engages in advocacy, reproductive health education, and prevention. SisterLove seeks to educate and empower youth and women of color to influence the laws and policies that disparately impact them.

The Appendix to the amicus curiae brief that Amici seek leave to file lists 40 additional Amici.

### ARGUMENT

Amici hereby request permission to file the attached amicus curiae brief in support of Plaintiffs' Motion for a Preliminary Injunction. Counsel for Amici has reviewed the complaint in this action, as well as the Ninth Circuit's decision remanding the case to the District Court, and believes it can assist the Court in resolving a key issue on remand: whether enforcement of the Trump Administration's final rules regarding the Affordable Care Act's ("ACA") contraceptive coverage requirement will cause irreparable harm to individuals nationwide, especially those facing multiple and intersecting forms of discrimination.

Amici have a strong interest in the disposition of this case, which will affect individuals' access to contraceptive coverage without cost-sharing, particularly for those whose interests Amici serve, and who already face multiple and intersecting forms of discrimination in accessing healthcare. As organizations that specialize in addressing issues of reproductive justice and reproductive rights, Amici are uniquely situated to provide the Court with information helpful for the resolution of this case beyond the specific perspectives provided by counsel for the parties. *See Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128, 132 (3d Cir. 2002); *cf. O'Brien v. U.S.*

1  *Dep't of Health and Human Servs.*, No. 12-3357 (8th Cir. Jan. 14, 2013) (granting the National
2  Women's Law Center's motion for leave to appear as amicus curiae and filing its proposed
3  brief).  Amici bring to bear years of experience with the ACA's contraceptive coverage
4  requirement, including serving as amicus curiae in other cases concerning challenges to the ACA
5  contraceptive coverage requirement and the interim version of the final rules.  *See, e.g., Burwell*
6  *v. Hobby Lobby Stores, Inc.*, No. 13–354 (U.S.); *Zubik et al. v. Burwell et al.*, Nos. 14–1418, 14–
7  1453, 14–1505, 15–35, 15–105, 15–119, and 15–191 (U.S.); *California v. Azar II*, *et al.*, Nos.
8  18-15144, 18-15166, and 18-15255 (9th Cir.).

9        The attached brief will assist the Court in resolving the issues presented by this case by
10  explaining that, contrary to Defendants' claims, many individuals will lose contraceptive
11  coverage under the Final Rules.  Moreover, the brief will explain why women of color, low-
12  income individuals, young people, and others who already face systemic discrimination and
13  barriers to health care will be particularly harmed by the Final Rules.  Drawing from Amici's
14  expertise in issues relating to access to contraception and reproductive health care, and Amici's
15  intimate understanding of the communities they represent, the brief offers a research-backed
16  assessment of the potential harm to individuals nationwide.  Amici respectfully submit that their
17  perspectives and experiences in addressing reproductive health and justice issues may assist the
18  Court in resolving this case.  Accordingly, Amici respectfully request leave to file the attached
19  amicus curiae brief in support of Plaintiffs' Motion for a Preliminary Injunction.

DATED: January 7, 2018

        /s/ Katie Glynn
Katie Glynn, Esq. (Attorney No. 300524)
**LOWENSTEIN SANDLER LLP**
390 Lytton Avenue
Palo Alto, California 94301
Telephone: 650-433-5800
Fax: 650-328-2799
kglynn@lowenstein.com

Jeffrey Blumenfeld, Esq. (*pro hac vice* forthcoming)
**LOWENSTEIN SANDLER LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: 202-753-3810
Fax: 202-753-3838
jblumenfeld@lowenstein.com

*Counsel for Amici Curiae the National Women's Law Center, the National Latina Institute for Reproductive Health, SisterLove, Inc., and the National Asian Pacific American Women's Forum*

*Of Counsel*

Fatima Goss Graves
Gretchen Borchelt
Sunu Chandy
Michelle Banker
**NATIONAL WOMEN'S LAW CENTER**
11 Dupont Circle NW, Suite 800
Washington, DC 20036

Sequoia Ayala
Jill Heaviside
**SISTERLOVE, INC.**
P.O. Box 10558
Atlanta, GA 30310-1731

Jane Liu
**NATIONAL ASIAN PACIFIC AMERICAN WOMEN'S FORUM**
1730 Rhode Island Ave, NW
Suite 210
Washington, DC 20036

*(Amici appreciate the assistance of Nina Serrianne at the National Latina Institute for Reproductive Health for her role in the preparation of this motion)*