# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

The State of California, et al().

Plaintiff(s),

v.

Alex Azar II, et al.

Defendant(s).

Case No: 4:17-05783HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Erin N. Lau, an active member in good standing of the bar of Hawaii, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: plaintiff, the State of Hawaii in the above-entitled action. My local co-counsel in this case is Karli Eisenberg, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 465 S. King St., Room 200<br>Honolulu, Hawaii 96813 | 1300 I Street<br>Sacramento, California 95814 |
| MY TELEPHONE # OF RECORD:<br>(808) 587-3050 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(916) 210-7913 |
| MY EMAIL ADDRESS OF RECORD:<br>Erin.N.Lau@hawaii.gov | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Karli.Eisenberg@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 009887.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/08/19                                      Erin N. Lau
                                                    APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Erin N. Lau is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/9/2019

UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                      October 2012

# IN THE SUPREME COURT OF HAWAIʻI

In the Matter of

**ERIN NAOMI LAU**
..............................................................
       Attorney at Law.

## CERTIFICATE OF STANDING

I, Ana Kippen, clerk of the Supreme Court of the State of Hawaiʻi, do hereby certify that **ERIN NAOMI LAU** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawaiʻi on **June 7, 2013.** Her current status is **Active** and presently in good standing.

    DATED:     Honolulu, Hawaiʻi, January 7, 2019

..............................................................
Clerk, Supreme Court of Hawaiʻi