|   |   |
|---|---|
| | Reset Form |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

THE STATE OF CALIFORNIA, et al. )
                                              )  Case No: 4:17-cv-05783-HSG
                 Plaintiff(s), )
                                              )  **APPLICATION FOR**
     v.                                    )  **ADMISSION OF ATTORNEY**
ALEX M. AZAR, II, et al.                 )  **PRO HAC VICE**
                                              )  (CIVIL LOCAL RULE 11-3)
                 Defendant(s). )

I, Leah R. Bruno, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Proposed Amici Curiae USWCC, NAFE and businesses in the above-entitled action. My local co-counsel in this case is Joel D. Siegel, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606-6361 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5704 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(312) 876-8000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(213) 623-9300 |
| MY EMAIL ADDRESS OF RECORD:<br>leah.bruno@dentons.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>joel.siegel@dentons.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6269469.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 01/07/19

                                                        Leah R. Bruno
                                                        APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Leah R. Bruno is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/10/2019

                                               *Haywood S. Gilliam Jr.*
                                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. Leah Rachel Bruno

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Leah Rachel Bruno was duly admitted to practice in said Court on (12/16/1999) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (01/18/2018 )

                                    Thomas G. Bruton , Clerk,

                               By: David A. Jozwiak
                                  Deputy Clerk