1  Eric C. Rassbach – No. 288041
   Mark Rienzi *pro hac vice*
2  Lori Windham *pro hac vice*
   The Becket Fund for Religious Liberty
3  1200 New Hampshire Ave. NW, Suite 700
   Washington, DC 20036
4  Telephone: (202) 955-0095
   Facsimile: (202) 955-0090
5  erassbach@becketlaw.org

6  *(continued on next page)*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; THE STATE OF HAWAII; THE STATE OF ILLINOIS; THE STATE OF MARYLAND; THE STATE OF MINNESOTA, by and through its Department of Human Services; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; THE STATE OF WASHINGTON, <br> Plaintiffs, <br> v. <br> ALEX M. AZAR, II, in his Official Capacity as Secretary of the U.S. Department of Health & Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; R. ALEXANDER ACOSTA, in his Official Capacity as Secretary of the U.S. Department of Labor; U.S. DEPARTMENT OF LABOR; STEVEN MNUCHIN, in his Official Capacity as Secretary of the U.S. Department of the Treasury; U.S. DEPARTMENT OF THE TREASURY; DOES 1-100, <br> Defendants, <br> and, <br> THE LITTLE SISTERS OF THE POOR, JEANNE JUGAN RESIDENCE; MARCH FOR LIFE EDUCATION AND DEFENSE FUND, <br> Defendant-Intervenors. | Case No. 4:17-cv-05783-HSG <br><br> **ORDER** |

John Charles Peiffer, II
The Busch Firm
860 Napa Valley Corporate Way
Suite O
Napa, CA 94458
Telephone: (707) 400-6243
Facsimile: (707) 260-6151
jpeiffer@buschfirm.com

*Counsel for Defendant-Intervenors*

The Court, having considered the motion to appear telephonically at the case management conference by Defendant-Intervenors The Little Sisters of the Poor, Jeanne Jugan Residence, hereby GRANTS this motion. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: January 18, 2019

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE