# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

THE STATE OF CALIFORNIA, *et al.*,

    Plaintiff(s),

v.

HEALTH AND HUMAN SERVICES,

    Defendant(s).

Case No. 17-cv-05783-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Kimberly S. Cammarata, an active member in good standing of the bar of Maryland, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the State of Maryland in the above-entitled action. My local co-counsel in this case is Karli Eisenberg, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 200 St. Paul Place<br>Baltimore, MD 21202 | 1300 I Street, Suite 125<br>PO Box 944255, Sacramento, CA 94244-2550 |
| MY TELEPHONE # OF RECORD:<br>(410) 576-7038 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(916) 210-7913 |
| MY EMAIL ADDRESS OF RECORD:<br>kcammarata@oag.state.md.us | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>Karli.Eisenberg@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: see attached.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/14/19

                                          Kimberly S. Cammarata
                                          APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kimberly S. Cammarata is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/25/2019

                                          Haywood S. Gilliam Jr.
                                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# Court Of Appeals of Maryland
## Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the sixteenth day of December, 1993,

## Kimberly Stanton Cammarata

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twenty seventh day of December, 2018.

_____
Clerk of the Court of Appeals of Maryland

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STATE OF MARYLAND, ET AL | Case No.: **17-cv-05783-HSG** |
|---|---|
| Plaintiff, | |
| vs. | **STATEMENT IN SUPPORT OF APPLICATION FOR PRO HAC VICE ADMISSION (CIVIL LOCAL RULE 11-3)** |
| HEALTH AND HUMAN SERVICES, | |
| Defendant | |

I, Kimberly S. Cammarata, am an active member in good standing of the bar of Maryland. The State of Maryland does not issue bar numbers; attorneys are identified by name only. https://mdcourts.gov/lawyers See also, Exhibit A, attached.

The State of Maryland uses an Attorney Information System (AIS) for attorneys to fulfill their compliance requirements. https://mdcourts.gov/lawyers/ais Attorneys are issued an AIS ID number. My AIS ID number is 9312160006.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 1/16/2018                    _____
                                    Kimberly S. Cammarata

STATEMENT IN SUPPORT OF APPLICATIONFOR PRO HAC VICE ADMISSION(CIVIL LOCAL RULE 11-3) - 1

JOBS    SITE INDEX    LANGUAGES ⌄    RSS

# MARYLAND COURTS
## Fair, Efficient, & Effective Justice For All

Site Search    [ Search ]
Opinions Search    Search Tips

COURTS    SELF-HELP    E-SERVICES    LAWYERS    MEDIA    COMMUNITY

# Lawyers

This site provides information for lawyers who practice before Maryland courts. Find information you need in the left menu. The pages you visit will include information about oral argument schedules, appellate opinions, unreported appellate opinions and other areas of interest.

# FAQs for Lawyers

## Change of Mailing Address

**I am an active attorney in Maryland and my mailing address has changed. Who should I contact?**
Change of address information must be reported to the Client Protection Fund at 200 Harry S. Truman Parkway, Suite 350, Annapolis, MD 21401, or you may fax the information to the Fund at 410-897-0555.

## Change of Name

**Who should I contact to change my name on the official "roll of attorneys"?**
If you are an attorney and wish to change your name on the Court of Appeals official roll of attorneys, you must submit a written request to do so. Please be specific as to how you wish your name to appear, e.g., "from Jane Anne Smith to Jane Smith Johnson" or "from Jane Anne Smith to Jane A. Johnson," etc. You must also include a certified (**raised seal**) copy of the document that changes your name (marriage certificate, divorce decree, name change order). **Do not send your only certified copy** because we keep what you send to us for the Court's records. The Court notifies the

Client Protection Fund of the Bar of Maryland and the Maryland State Bar Association of your name change so their records can be amended to reflect this change.

Submit the written request to:

Court of Appeals
Attn: Clerk's Office
Robert C. Murphy Courts of Appeal Building
361 Rowe Blvd., Fourth Floor
Annapolis, MD 21401

Upon receipt, you will receive a written confirmation from the Clerk's Office.

## Certificate of Good Standing

### How do I get a Certificate of Good Standing?

A Certificate of Good Standing certifies that an attorney is licensed to practice in the State of Maryland. Attorneys who do not have any disciplinary action against them can obtain a Certificate of Good Standing from the Court of Appeals. Certificates are often requested when an attorney practices outside of the state. You can use the online form to request a Certificate of Good Standing.

NOTE: A Certificate of Good Standing should not be confused with a Certificate of Status for businesses, which is available through the Department of Assessments and Taxation.

## Attorney Status

### How do I go on inactive status or return to active status?

To go on inactive status, you will need to file an affidavit of inactive/retired status and pay past dues. To return to active status, you must give written notice to the trustees and pay the current fiscal year's assessment. For more detailed information, see the Client Protection Fund's FAQs.

## Bar Numbers

### Does Maryland issue bar numbers to new attorneys?

No. Although many states furnish their attorneys with "bar numbers," Maryland has

not adopted this practice. Attorneys licensed to practice in Maryland are identified by their names.

## Pro Bono Reporting

### Where do I file my pro bono report?

The Pro Bono report and the IOLTA report requirements have been combined. For instructions on filing both reports, see Attorney Reporting Requirements.

YOU ARE IN:

## Lawyers

Amicus Curiarum

Appointed Attorneys Program

Attorney Code/Address Change (District Court Only)

Attorney Grievance Commission

Attorney Information System (AIS)

Attorney Listing

Attorney Compliance Requirements

Bar Associations

Board of Law Examiners

Certificate of Good Standing

Change of Address

Client Protection Fund

Commission on Judicial Disabilities

Disciplinary Actions

E-Filing

Fee Waiver Procedures

Guardianship Proceedings

Judicial Vacancies

Legal Resources

Pro Bono

Professionalism Center

Rules Committee/Rules Orders

## RESOURCES

- Fee schedules
- Oral arguments webcast - Court of Appeals
- Recent Rules changes and Rules Orders
- Appellate Opinions
- Appellate Unreported Opinions
- Court Forms
- Administrative Orders
- Maryland State Law Library
- Peoples Law Library



CONTACT US

Copyright © 2019 Maryland Judiciary. All rights reserved. Terms of Use/Disclaimer