Brian R. Chavez-Ochoa
Chavez-Ochoa Law Offices, Inc.
4 Jean Street, Suite 4
Valley Springs, CA 95252
(209) 772-3013
(209) 772-3090 Fax
chavezochoa@yahoo.com

David A. Cortman, AZ Bar No. 029490*
Kevin H. Theriot, AZ Bar No. 030446**
Kenneth J. Connelly, AZ Bar No. 025420**
Alliance Defending Freedom
15100 North 90th Street
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028 Fax
dcortman@ADFlegal.org
ktheriot@ADFlegal.org
kconnelly@ADFlegal.org

*Counsel for Intervenor-Defendant*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA, et al., <br> *Plaintiffs,* <br> v. <br><br> ALEX M. AZAR II, in his official capacity as Secretary of the U.S. Department of Health and Human Services, et al., <br> *Defendants,* <br> and, <br><br> MARCH FOR LIFE EDUCATION AND DEFENSE FUND, <br> *Intervenor-Defendant.* | Case No. 4:17-cv-05783-HSG <br><br> **NOTICE OF APPEAL** <br><br> **PRELIMINARY INJUNCTION APPEAL** |

1     PLEASE TAKE NOTICE that Intervenor-Defendant March for Life hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Order Granting Plaintiffs' Motion for a Preliminary Injunction [ECF No. 234], which was issued on January 13, 2019.

Respectfully submitted this 28th day of January, 2019.

> By: s/Kevin H. Theriot
> Kevin H. Theriot, AZ Bar No. 030446**
> Alliance Defending Freedom
> 15100 North 90th Street
> Scottsdale, AZ 85260
> (480) 444-0020
> (480) 444-0028 Fax
> ktheriot@ADFlegal.org
>
> Brian R. Chavez-Ochoa
> Chavez-Ochoa Law Offices, Inc.
> 4 Jean Street, Suite 4
> Valley Springs, CA 95252
> (209) 772-3013
> (209) 772-3090 Fax
> chavezochoa@yahoo.com
>
> *Counsel for Intervenor-Defendant*
>
> *\* Pro hac vice motion submitted*
>
> *\*\* Pro hac vice granted*