UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The State of California, et al., )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　　Plaintiff(s), )<br>　　　　　　　　　　　　　　　　 )<br>　　v.　　　　　　　　　　　　　 )<br>Alex M. Azar, et al.　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　　Defendant(s). )<br>　　　　　　　　　　　　　　　　 ) | Case No: 4:17-cv-05783-H<br><br>**APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, Eleanor Spottswood, an active member in good standing of the bar of Vermont, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: State of Vermont in the above-entitled action. My local co-counsel in this case is Karli Eisenberg, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 109 State St<br>Montpelier, VT 05401 | 1300 I Street<br>Sacramento, CA 95814 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (802) 828-5500 | (916) 210-7913 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| eleanor.spottswood@vermont.gov | karli.eisenberg@doj.ca.gov |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5218.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 01/28/19　　　　　　　　　　　　　　　　Eleanor Spottswood
　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　　IT IS HEREBY ORDERED THAT the application of Eleanor Spottswood is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/29/2019　　　　　　　　　　　　　　　　*Haywood S. Gill Jr.*
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



## VERMONT SUPREME COURT

## CERTIFICATE OF ADMISSION AND GOOD STANDING

This is to **CERTIFY** that **Eleanor Spottswood, #5218** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State by the Vermont Supreme Court on the 9th day of July, 2014.

This is to **FURTHER CERTIFY** that the said **Eleanor Spottswood, Esq.** is on active status and is in good standing according to the records of this Court.

Dated at Montpelier, Vermont, this 10th day of January 2019.

Emily Wetherell
Deputy Clerk