UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | Case No. 17-cv-05783-HSG<br><br>**SCHEDULING ORDER** |

Following a case management conference on January 29, the parties submitted proposed briefing schedules and proposed page limits. *See* Dkt. No. 273. Having considered the parties' proposals, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Plaintiffs' Motion for Summary Judgment (60 pages) | April 30, 2019 |
| Amicus Briefs in Support of Plaintiffs | May 7, 2019 |
| Answer or Response to Second Amended Complaint | May 31, 2019 |
| Defendants' and Intervenor-Defendants' Motions to Dismiss or Motions for Summary Judgment, Oppositions to Plaintiffs' Motion for Summary Judgment (60 pages per party) | May 31, 2019 |
| Amicus Briefs in Support of Defendants or Intervenor-Defendants | June 7, 2019 |
| Plaintiffs' Opposition to Defendants' and Intervenor-Defendants' Motions and Reply in Support of Motion for Summary Judgment (60 pages total) | July 1, 2019 |
| Defendants' and Intervenor-Defendants' Replies in Support of Motions (45 pages per party) | August 1, 2019 |
| Plaintiffs' Sur-Reply Opposing Defendants' and Intervenor-Defendants' Motions, Supporting Plaintiffs' Motion (15 pages total) | August 15, 2019 |

| | |
|---|---|
| Motion Hearing | September 5, 2019<br>2:00 p.m. |

The Court **DIRECTS** permissive intervenor State of Oregon to join the briefing of the Plaintiff States, rather than filing separate briefs.  If Oregon or the Plaintiff States object to this directive, they must file a statement of two pages or less by February 8, 2019 explaining why Oregon should be entitled to file separately from the other States.

The parties should include in their briefing a concise explanation of the remedies they seek, and the legal basis for that relief.  However, as the Court made clear at the January 29 case management conference, the parties should devote the vast majority of their briefing to the substantive merits issues.  The Court will request additional briefing on the issue of remedies if needed.

These dates may only be altered by order of the Court and only upon a showing of good cause.  The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated:  2/6/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge