Reset Form

1

**UNITED STATES DISTRICT COURT**

2

**NORTHERN DISTRICT OF CALIFORNIA**

3

4

State of California, et al.

              Plaintiff(s),

5

v.

6

ALEX M. AZAR II, et al.

7

              Defendant(s).

Case No: 4:17-cv-5783-HS

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

8

9

I, David A. Cortman                              , an active member in good standing of the bar of
State of Georgia                 , hereby respectfully apply for admission to practice *pro hac vice* in the

10

Northern District of California representing: March for Life Education & Defense Fund in the
above-entitled action. My local co-counsel in this case is Brian R. Chavez-Ochoa                    , an

11

attorney who is a member of the bar of this Court in good standing and who maintains an office

12

within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1000 Hurricane Shoals Rd NE, Suite D1100<br>Lawrenceville, GA 30043 | 4 Jean Street, Suite 4<br>Valley Springs, CA 95252 |
| MY TELEPHONE # OF RECORD:<br>(770) 339-0774 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(209) 772-3013 |
| MY EMAIL ADDRESS OF RECORD:<br>dcortman@ADFlegal.org | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>chavezochoa@yahoo.com |

13

14

15

16

17

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 188810         .

18

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

19

20

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

21

Dated: 01/28/19

22

                    David A. Cortman
                      APPLICANT

23

24

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

25

IT IS HEREBY ORDERED THAT the application of David A. Cortman         is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate

26

appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel

27

designated in the application will constitute notice to the party.

28

Dated: 2/7/2019

                      Haywood S. Gill Jr.
          UNITED STATES DISTRICT/MAGISTRATE JUDGE



P. HARRIS HINES, CHIEF JUSTICE
HAROLD D. MELTON, PRESIDING JUSTICE
ROBERT BENHAM
CAROL W. HUNSTEIN
DAVID E. NAHMIAS
KEITH R. BLACKWELL
MICHAEL P. BOGGS
NELS S.D. PETERSON
BRITT C. GRANT
    JUSTICES

$\mathfrak{Supreme\ Court}$
$\mathfrak{State\ of\ Georgia}$
STATE JUDICIAL BUILDING
$\mathfrak{Atlanta\ 30334}$

THÉRÈSE S. BARNES, CLERK/COURT EXECUTIVE
JEAN RUSKELL, REPORTER

August 9, 2018

I hereby certify that David Andrew Cortman, Esq., was admitted on the 4th day of

November, 1996, as a member of the bar of the Supreme Court of Georgia, the highest

court of this State; and, since that date he has been and is now a member of this bar in

good standing, as appears from the records and files in this office.



Witness my signature and the seal of this Court

hereto affixed the day and year first above written.

_____, Clerk