IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA, ET AL., <br> Plaintiffs, <br> v. <br> ALEX M. AZAR, II, SECRETARY OF HEALTH & HUMAN SERVICES, ET AL. <br> Defendants, <br> and, <br> THE LITTLE SISTERS OF THE POOR, JEANNE JUGAN RESIDENCE; MARCH FOR LIFE EDUCATION AND DEFENSE FUND, <br><br> Defendant-Intervenors. | 4:17-cv-05783-HSG <br><br> **ORDER** |

The motion of Anna Crane to withdrawn as counsel for Plaintiff, State of Illinois, is hereby GRANTED.

DATED: February 19, 2019

Haywood S. Gilliam, Jr.
United States District Judge

1

ORDER
Case No.: 4:17-CV-05783-HSG