Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

State of California, et al.  )
                                              )  Case No: 4:17-cv-05783
                Plaintiff(s),  )
                                              )  **APPLICATION FOR**
     v.                                          )  **ADMISSION OF ATTORNEY**
                                              )  **PRO HAC VICE**
Health and Human Services, et al.  )  (CIVIL LOCAL RULE 11-3)
                                              )
                Defendant(s).  )

I, Heidi Parry Stern, an active member in good standing of the bar of Nevada, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: State of Nevada (Proposed Intervenor) in the above-entitled action. My local co-counsel in this case is Karli Eisenberg, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 555 E. Washington Ave., Suite 3900<br>Las Vegas, NV 89101-1068 | 1300 I Street<br>Sacramento, CA 95814 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (702) 486-3594 | (916) 210-7913 |
| My email address of record: | Local co-counsel's email address of record: |
| HStern@ag.nv.gov | Karli.Eisenberg@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 8873.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 03/18/19

                                             Heidi Parry Stern
                                                  APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Heidi Parry Stern is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/2/2019

                                            *Haywood S. Gilliam Jr.*
                                      UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# State Bar of Nevada

## Certificate of Good Standing

IT IS HEREBY CERTIFIED that **Heidi Parry Stern**, **Bar Number 8873** was admitted by the Supreme Court of the State of Nevada on **04/22/2004** as an Attorney and Counselor at Law duly licensed to practice in all courts of the State of Nevada. It is further certified that **Heidi Parry Stern** is now an **Active** member of the State Bar of Nevada in good standing.

DATED Tuesday, January 15, 2019.

*Michael Guttadaro*
Michael Guttadaro
Member Services Administrator
State Bar of Nevada