IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF CALIFORNIA,** *ET AL.*, <br> Plaintiffs, <br> v. <br> **ALEX M. AZAR, II, SECRETARY OF HEALTH & HUMAN SERVICES,** *ET AL.* <br> Defendants, <br> and, <br> **THE LITTLE SISTERS OF THE POOR, JEANNE JUGAN RESIDENCE; MARCH FOR LIFE EDUCATION AND DEFENSE FUND,** <br> Defendant-Intervenors. | 4:17-cv-05783-HSG <br><br> **ORDER** |

The motion of Leigh Richie to be withdrawn as counsel for Plaintiff, State of Illinois, is hereby GRANTED.

DATED: April 8, 2019

Hon. Judge Haywood S. Gilliam, Jr.
United States District Judge

1

ORDER
Case No.: 4:17-CV-05783-HSG