1  JEFFREY T. SPRUNG, WSBA #23607
   Assistant Attorney General
2  ALICIA O. YOUNG, WSBA #35553
   Senior Counsel
3  800 Fifth Ave, Suite 2000
4  Seattle, WA 98104
   (360) 709-6470
5  *Attorneys for Plaintiff State of Washington*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE STATE OF CALIFORNIA, et al., | NO. 4:17-cv-05783-HSG |
| Plaintiffs, | ORDER GRANTING MOTION TO WITHDRAW |
| v. | |
| ALEX M. AZAR, II, in his Official Capacity as Secretary of the U.S. Department of Health & Human Services, et al., | |
| Defendants, | |
| and, | |
| THE LITTLE SISTERS OF THE POOR, JEANNE JUGAN RESIDENCE, et al., | |
| Defendant-Intervenors. | |

The Motion of Alicia O. Young to be withdrawn as counsel for Plaintiff, State of Washington, is hereby GRANTED.

DATED this 2nd day of May, 2019.

*/s/ Haywood S. Gilliam Jr.*
THE HONORABLE HAYWOOD S. GILLIAM JR.

ORDER GRANTING MOTION TO WITHDRAW
NO. 4:17-cv-05783-HSG

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue. Suite 2000
Seattle, WA 98104-3188
(360) 709-6470