JON GREENBAUM
LAWYERS' COMMITTEE FOR CIVIL
  RIGHTS UNDER LAW
150 K Street, NW, Suite 900
Washington, DC 20005
(202) 665-8330
jgreenbaum@lawyerscommittee.org
*Attorney for Amici Curiae*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; THE STATE OF HAWAII; THE STATE OF ILLINOIS; THE STATE OF MARYLAND; THE STATE OF MINNESOTA, BY AND THROUGH ITS DEPARTMENT OF HUMAN SERVICES; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; THE STATE OF WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX M. AZAR, II, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, et al., <br><br> Defendants. | Case No. 4:17-CV-05783-HSG <br><br> **ORDER GRANTING MOTION FOR LEAVE TO APPEAR AS *AMICI CURIAE* AND TO FILE AN RE BRIEF OF *AMICI CURIAE* THE CENTER FOR REPRODUCTIVE RIGHTS, THE LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW, AND TEN CIVIL RIGHTS ORGANIZATIONS IN SUPPORT OF PLAINTIFFS MOTION' FOR SUMMARY JUDGMENT** <br><br> Hon. Haywood S. Gilliam, Jr. |

The Motion for Leave to Appear as *Amici Curiae* and to File an *Amicus* Brief in Support of Plaintiffs' Motion for Summary Judgment filed by the Center for Reproductive Rights, the Lawyers' Committee for Civil Rights Under Law, the California Women's Law Center, GLBTQ Legal Advocates & Defenders, LatinoJustice PRLDEF, Lawyers for Civil Rights, Legal Momentum, Legal Voice, the Mississippi Center for Justice, the National Center for Lesbian Rights, Public Counsel, and the Women's Law Project (collectively, "*Amici*") is before this Court, Judge Haywood S. Gilliam, Jr. presiding.

The Court has fully considered the motion, and all evidence submitted by both parties. For good cause showing, the Court orders as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that *Amici's* Motion for Leave to Appear as *Amici Curiae* and to File an *Amicus* Brief is GRANTED. Counsel is directed to e-file the brief on the docket.

**IT IS SO ORDERED.**

Dated: 5/8/2019

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE