TAYLOR & PATCHEN, LLP
JONATHAN A. PATCHEN, CA Bar No. 237346
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone: 415.788.8200
Facsimile: 415.788.8208
Email: jpatchen@taylorpatchen.com

KAPLAN HECKER & FINK LLP
JOSHUA MATZ (*Pro Hac Vice* pending*)*
TALIA NISSIMYAN, CA Bar No. 307576
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: 212.763.0883
Facsimile: 212.564.0883
Email: jmatz@kaplanhecker.com
Email: tnissimyan@kaplanhecker.com

*Attorneys for Proposed Amici
Church-State Scholars*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 4:17-cv-05783-HSG<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Haywood S. Gilliam, Jr. |

On May 7 2019, the Church-State Scholars filed an Administrative Motion for Leave to File an *Amicus Curiae* Brief in Support of Plaintiffs' Motion for Summary Judgment. Having considered the papers and pleadings on file, the Court GRANTS the Motion and ORDERS that the *amicus curiae* brief submitted by the Church-State Scholars be filed.

**IT IS SO ORDERED.**

DATED: 5/8/2019

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE