PRISCILLA JOYCE SMITH
Priscilla.smith@yale.edu
YALE LAW SCHOOL
319 Sterling Place
Brooklyn, NY 11238
Telephone: 718-399-9241
Facsimile: 718-399-2246
*Attorney for Amicus Curiae*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; THE STATE OF HAWAII; THE STATE OF ILLINOIS; THE STATE OF MARYLAND; THE STATE OF MINNESOTA, BY AND THROUGH ITS DEPARTMENT OF HUMAN SERVICES; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; THE STATE OF WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX M. AZAR, II, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, et al., <br><br> Defendants. | Case No. 4:17-CV-05783-HSG <br><br> **ORDER** <br><br> Hon. Haywood S. Gilliam, Jr. |

The Motion for Leave to Appear as *Amicus Curiae* and to File an *Amicus* Brief in Support of Plaintiffs' Motion for Summary Judgment filed by Program for the Study of Reproductive Justice at Yale Law School is before this Court, Judge Haywood S. Gilliam, Jr., presiding.

The Court has fully considered the motion, and all evidence submitted by both parties. For good cause showing, the Court orders as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Leave to Appear as *Amicus Curiae* and to File an *Amicus* Brief is GRANTED.

**IT IS SO ORDERED.**

Dated: 5/8/2019

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE