ALLAN J. ARFFA (*pro hac vice* pending)
aarffa@paulweiss.com
SIERRA A.Y. ROBART (*pro hac vice* pending)
srobart@paulweiss.com
MELINA M. MENEGUIN LAYERENZA (*pro hac vice* pending)
mmeneguin@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000; Facsimile: (212) 757-3990

CRYSTAL JOHNSON (*pro hac vice* pending)
cjohnson@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 2233-7300; Facsimile: (202) 223-7420

ARTHUR J. SHARTSIS (Bar No. 51549)
ashartsis@sflaw.com
KAJSA M. MINOR (Bar No. 251222)
kminor@sflaw.com
SHARTSIS FRIESE LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500; Facsimile: (415) 421-2922

*Attorneys for Amici Curiae*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| THE STATE OF CALIFORNIA, *et al.*, <br> Plaintiffs, <br><br> THE STATE OF OREGON, <br> Plaintiff-Intervenor, <br> and <br><br> THE STATE OF COLORADO, *et al.*, <br> Proposed-Plaintiffs-Intervenors, <br><br> *v.* <br><br> ALEX M. AZAR, II, *et al.*, <br> Defendants, <br> and <br><br> THE LITTLE SISTERS OF THE POOR, JEANNE JUGAN RESIDENCE; MARCH FOR LIFE EDUCATION AND DEFENSE FUND, <br> Defendants-Intervenors. | Case No. 4:17-cv-05783-HSG <br><br> **ORDER GRANTING MOTION FOR LEAVE TO APPEAR AS AMICI CURIAE AND TO FILE AMICI CURIAE BRIEF SUPPORTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** <br><br> Hon. Haywood S. Gilliam, Jr. |

1  The Court has considered the Motion brought by Planned Parenthood Federation of
2  America, the National Health Law Program, and the National Family Planning and Reproductive
3  Health Association for Leave to Appear as Amici Curiae and to File an Amicus Brief Supporting
4  Plaintiffs' Motion for Summary Judgment.

Accordingly,

IT IS HEREBY ORDERED THAT the Amici Curiae's Motion is GRANTED and Planned Parenthood Federation of America, the National Health Law Program, and the National Family Planning and Reproductive Health may file the amici brief submitted as Exhibit A to the Motion.

Dated: May 8, 2019

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

8400808