STACEY L. GARTLAND (C.A. Bar No. 184694)
VAN DER HOUT LLP
180 Sutter Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 821-8807
Facsimile: (415) 981-3003
Email: sgar@vblaw.com

RICHARD B. KATSKEE (D.C. Bar No. 474250)*
AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE
1310 L Street, N.W., Suite 200
Washington, DC 20005
Telephone: (202) 466-3234
Facsimile: (202) 898-0958
Email: katskee@au.org

*application for admission *pro hac vice* forthcoming.

Counsel for *Amici Curiae*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| The State of California, et al., <br><br>　　　Plaintiffs, <br><br>and <br><br>The State of Oregon, <br><br>　　　Plaintiff-Intervenor, <br><br>and <br><br>The State of Colorado, et al., <br><br>　　　Proposed Plaintiffs-Intervenors, <br><br>v. <br><br>U.S. Department of Health and Human Services, et al., <br><br>　　　Defendants, <br><br>and <br><br>The Little Sisters of the Poor Jeanne Jugan Residence, <br><br>　　　Defendant-Intervenor, <br><br>and <br><br>March for Life Education and Defense Fund, <br><br>　　　Defendant-Intervenor. | Case No. 4:17-cv-5783-HSG <br><br> **Order Granting Motion for Leave to File Brief of *Amici Curiae* Religious and Civil-Rights Organizations in Support of Plaintiffs' Motion for Summary Judgment** <br><br> Date:　　　September 5, 2019 <br> Time:　　　2:00 p.m. <br> Dept:　　　2, 4th Floor <br> Judge:　　　The Honorable Haywood S. Gilliam, Jr. <br><br> Action Filed: October 6, 2017 |

Upon consideration of the Motion for Leave to File Brief of *Amici Curiae* Religious and Civil-Rights Organizations in Support of Plaintiffs' Motion for Summary Judgment, it is hereby ORDERED that the Motion is GRANTED. Counsel is directed to e-file the brief on the docket.

DATED: May 8, 2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge