Katie Glynn, Esq. (Attorney No. 300524)
**LOWENSTEIN SANDLER LLP**
390 Lytton Avenue
Palo Alto, California 94301
Telephone: 650-433-5800
Fax: 650-328-2799
kglynn@lowenstein.com

Jeffrey Blumenfeld, Esq. (*pro hac vice*)
**LOWENSTEIN SANDLER LLP**
2200 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: 202-753-3824
Fax: 202-753-3838
jblumenfeld@lowenstein.com

*Attorneys for Amici Curiae*
*the National Women's Law Center,*
*the National Latina Institute for Reproductive*
*Health, SisterLove, Inc., and the National*
*Asian Pacific American Women's Forum*

### IN THE UNITED STATES DISTRICT COURT FOR
### THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>            Plaintiffs,<br><br>vs.<br><br>ALEX M. AZAR II, et al.,<br><br>            Defendants. | Case No. 4:17-cv-5783-HSG<br><br>**ORDER GRANTING MOTION FOR LEAVE TO APPEAR AS AMICI CURIAE AND TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Before the Court is the Motion of the National Women's Law Center, the National Latina Institute for Reproductive Health, SisterLove, Inc., the National Asian Pacific American Women's Forum, and the 43 other proposed amici listed in the appendix to proposed amici's

brief ("Amici") for Leave to Appear as Amici Curiae and to file an Amicus Curiae Brief in support of Plaintiffs' Motion for Summary Judgment. Having considered the pleadings and good cause appearing, it is hereby **ORDERED** that the Motion for Leave to Appear as Amici Curiae and to file an Amicus Curiae Brief is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED THAT** counsel is directed to file the amicus brief submitted in connection with the Motion on the docket.

Dated: 5/14/2019

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE