1  DENTONS US LLP
   JOEL D. SIEGEL (Bar No. 155581)
2  joel.siegel@dentons.com
3  601 South Figueroa Street, Suite 2500
   Los Angeles, California 90017-5704
4  Telephone: (213) 623-9300; Facsimile: (213) 623-9924

5  LEAH R. BRUNO (pro hac vice)
   leah.bruno@dentons.com
6  233 South Wacker Drive, Suite 5900
7  Chicago, Illinois 60606-6361
   Telephone: (312) 876-8000; Facsimile: (312) 267-4198
8
   Attorneys for *Amici Curiae*
9  U.S. Women's Chamber of Commerce and
   National Association for Female Executives

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE STATE OF CALIFORNIA, et al.,** | Case No. 4:17-cv-05783-HSG |
| **Plaintiffs,** | **ORDER GRANTING U.S. WOMEN'S CHAMBER OF COMMERCE AND NATIONAL ASSOCIATION FOR FEMALE EXECUTIVES' MOTION FOR LEAVE TO APPEAR AS *AMICI CURIAE* AND TO FILE AN *AMICUS* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **ALEX M. AZAR, II, et al.** | |
| **Defendants.** | |

U.S. Women's Chamber of Commerce and National Association for Female Executives' ("Amici") Motion for Leave to Appear as *Amici Curiae* and to File an *Amicus* Brief in Support of Plaintiffs' Motion for Summary Judgment is before this Court, Judge Haywood S. Gilliam, Jr. presiding.

The Court has fully considered the motion, and all evidence submitted by both parties. For good cause showing, the Court orders as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that *Amici's* Motion for Leave to Appear as *Amici Curiae* and to File an *Amicus* Brief is GRANTED. Counsel is directed to file the amicus brief on the docket.

Dated: May 14, 2019                                         **IT IS SO ORDERED.**

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE