JAMIE A. LEVITT (admitted *pro hac vice*)
JLevitt@mofo.com
RHIANNON NICOLE BATCHELDER (admitted *pro hac vice*)
RBatchelder@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

*Attorneys for Amici*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; THE STATE OF HAWAII; THE STATE OF ILLINOIS; THE STATE OF MARYLAND; THE STATE OF MINNESOTA, BY AND THROUGH ITS DEPARTMENT OF HUMAN SERVICES; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; THE STATE OF WASHINGTON,<br><br>          Plaintiffs,<br>v.<br><br>ALEX M. AZAR, II, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, *et. al*,<br><br>          Defendants,<br>and,<br><br>THE LITTLE SISTERS OF THE POOR, JEANNE JUGAN RESIDENCE; MARCH FOR LIFE EDUCATION AND DEFENSE FUND,<br>          Defendant-Intervenors. | Case No. 4:17-CV-05783-HSG<br><br>~~PROPOSED~~ ORDER GRANTING MOTION FOR LEAVE TO APPEAR AS *AMICI CURIAE* AND TO FILE AN *AMICUS* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br>Hon. Haywood S. Gilliam, Jr. |

The Court has considered the Motion brought by the American Association of University Women; the Service Employees International Union; and 11 Additional Professional, Labor, and Student Associations ("Amici Curiae") for Leave to Appear as *Amici Curiae* and to File an *Amicus* Brief in support of the Motion of Plaintiffs For Summary Judgment.

Accordingly,

IT IS HEREBY ORDERED THAT the Amici Curiae's Motion is GRANTED and counsel is directed to file the amicus brief submitted as Exhibit A to the motion on the docket.

Dated: 5/14/2019

Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE