| | |
|---|---|
| 1 | ALLAN J. ARFFA (pro hac vice) |
|   | aarffa@paulweiss.com |
| 2 | SIERRA A.Y. ROBART (pro hac vice) |
|   | srobart@paulweiss.com |
| 3 | MELINA M. MENEGUIN LAYERENZA (pro hac vice) |
|   | mmeneguin@paulweiss.com |
| 4 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|   | 1285 Avenue of the Americas |
| 5 | New York, NY 10019-6064 |
|   | Telephone: (212) 373-3000; Facsimile: (212) 757-3990 |
| 6 | |
|   | CRYSTAL JOHNSON (pro hac vice) |
| 7 | cjohnson@paulweiss.com |
|   | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 8 | 2001 K Street, NW |
|   | Washington, DC 20006-1047 |
| 9 | Telephone: (202) 2233-7300; Facsimile: (202) 223-7420 |
| 10 | ARTHUR J. SHARTSIS (Bar No. 51549) |
|   | ashartsis@sflaw.com |
| 11 | KAJSA M. MINOR (Bar No. 251222) |
|   | kminor@sflaw.com |
| 12 | SHARTSIS FRIESE LLP |
|   | One Maritime Plaza, Eighteenth Floor |
| 13 | San Francisco, CA 94111 |
|   | Telephone: (415) 421-6500; Facsimile: (415) 421-2922 |
| 14 | |
|   | *Attorneys for Amici Curiae* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

---

- 1 -
NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR REMOVAL FROM DOCKET:
Case No. 4:17-cv-05783-HSG

| | |
|---|---|
| THE STATE OF CALIFORNIA, *et al.*, <br>                                        Plaintiffs, <br><br> THE STATE OF OREGON, <br>                                Plaintiff-Intervenor, <br>     and <br><br> THE STATE OF COLORADO, *et al.*, <br>                    Proposed-Plaintiffs-Intervenors, <br><br> v. <br><br> ALEX M. AZAR, II, *et al.*, <br>                                        Defendants, <br>     and <br><br> THE LITTLE SISTERS OF THE POOR, JEANNE JUGAN RESIDENCE; MARCH FOR LIFE EDUCATION AND DEFENSE FUND, <br> Defendants-Intervenors. | Case No. 4:17-cv-05783-HSG <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR REMOVAL FROM DOCKET** <br><br> **Hon. Haywood S. Gilliam, Jr.** |

TO THE CLERK, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Sierra A.Y. Robart (admitted *pro hac vice*) hereby withdraws her appearance as counsel of record for amicus curiae Planned Parenthood Federation of America, National Health Law Program, and National Family Planning and Reproductive Health Association in the above-captioned matter, and requests termination of all CM/ECF notices to her in this matter. Counsel of record for Planned Parenthood Federation of America, National Health Law Program, and National Family Planning and Reproductive Health Association otherwise remain the same.

| | |
|---|---|
| Dated: August 20, 2019 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | |
| | By: */s/ Sierra A.Y. Robart* |
| | Allan J. Arffa (pro hac vice) |
| | Sierra A.Y. Robart (pro hac vice) |
| | Melina M. Meneguin Layerenza (pro hac vice) |
| | 1285 Avenue of the Americas |
| | New York, NY 10019-6064 |
| | Telephone: (212) 373-3000; Facsimile: (212) 757-3990 |
| | |
| | Crystal Johnson (pro hac vice) |
| | 2001 K Street, NW |
| | Washington, DC 20006-1047 |
| | Telephone: (202) 2233-7300 |
| | Facsimile: (202) 223-7420 |
| | |
| | -and- |
| | |
| | Arthur J. Shartsis (Bar No. 51549) |
| | Kajsa M. Minor (Bar No. 251222) |
| | SHARTSIS FRIESE LLP |
| | One Maritime Plaza, Eighteenth Floor |
| | San Francisco, CA 94111 |
| | Telephone: (415) 421-6500 |
| | Facsimile: (415) 421-2922 |
| | |
| | *Attorneys for Amicus Curiae Planned Parenthood Federation of America, National Health Law Program, and National Family Planning and Reproductive Health Association* |