TAYLOR & PATCHEN, LLP
JONATHAN A. PATCHEN, CA Bar No. 237346
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone: 415.788.8200
Facsimile: 415.788.8208
Email: jpatchen@taylorpatchen.com

KAPLAN HECKER & FINK LLP
JOSHUA MATZ (*Pro Hac Vice*)
TALIA NISSIMYAN, CA Bar No. 307576
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: 212.763.0883
Facsimile: 212.564.0883
Email: jmatz@kaplanhecker.com
Email: tnissimyan@kaplanhecker.com

*Attorneys for Amici*
*Church-State Scholars*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. 4:17-cv-05783-HSG |
| Plaintiffs, | |
| v. | **NOTICE OF CHANGE OF COUNSEL** |
| HEALTH AND HUMAN SERVICES, *et al.*, | |
| Defendants. | Hon. Haywood S. Gilliam, Jr. |

1  PLEASE TAKE NOTICE that Joshua Matz hereby withdraws his appearance as counsel for Amici Curiae, Church-State Scholars.  Talia Nissimyan of Kaplan Hecker & Fink LLP and Jonathan Patchen of Taylor & Patchen, LLP, shall remain counsel to amici.

Dated:  October 15, 2019

                                        Respectfully Submitted,

                                        /s/  Joshua Matz

                                        Joshua Matz (admitted *Pro Hac Vice*)