# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| State of California, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> U.S. Dep't of Health and Human Services, et al., <br><br> Defendant(s). | Case No: 17-cv-5783-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Priscilla J. Smith, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Amicus Curiae PSRJ of Yale Law School in the above-entitled action. My local co-counsel in this case is Maya Manian, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 319 Sterling Place <br> Brooklyn, NY. 11238 | 2130 Fulton St. <br> San Francisco, CA 94117 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 347-262-5177 | 415-422-5170 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| priscilla.smith@yale.edu | Maya.Manian@ucsf.edu |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4127387.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: May 10, 2018

Priscilla J. Smith
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Priscilla J. Smith is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/21/2019

Haywood S. Gilliam Jr.
UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER          *October 2012*



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Priscilla Joyce Smith** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 7th day of May 2003, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on May 15, 2018.



*Aprilanne Agostino*

Clerk of the Court

1  MAYA MANIAN (CA Bar No. 224008)
   Maya.Manian@ucsf.edu
2  2130 Fulton St.
   San Francisco, CA 94117
3  415-422-5170

4  PRISCILLA JOYCE SMITH (Pro Hac Vice Motion Pending)
   Priscilla.smith@yale.edu
5  YALE LAW SCHOOL
   319 Sterling Place
6  Brooklyn, NY 11238
   Telephone: 718-399-9241
7  Facsimile: 718-399-2246

8  *Attorneys for Amicus Curiae*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; THE STATE OF HAWAII; THE STATE OF ILLINOIS; THE STATE OF MARYLAND; THE STATE OF MINNESOTA, BY AND THROUGH ITS DEPARTMENT OF HUMAN SERVICES; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; THE STATE OF WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> ERIC D. HARGAN, IN HIS OFFICIAL CAPACITY AS ACTING SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, et al., <br><br> Defendants. | Case No. 4:17-CV-05783-HSG <br><br> **DECLARATION OF PRISCILLA J. SMITH IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION** <br><br> Hon. Haywood S. Gilliam, Jr. |

**DECLARATION OF PRISCILLA J. SMITH**

I, Priscilla J. Smith declare and state as follows:

1. I file this additional declaration to explain to the Court why I am applying to be admitted *pro hac vice* in this Court even though I am admitted to the Northern District of California.

2. I graduated from law school in May of 1991 and was admitted to the State Bar of California (License No. 154928), the Bar of this Court, and the Bar of the United States Court of Appeals for the Ninth Circuit in a single ceremony on December 16, 1991. I was an associate at Morrison & Foerster in San Francisco, CA at the time.

3. I currently live and maintain a law office in Brooklyn, New York, and am a member in good standing of the Bar of the State of New York to which I was admitted on May 7, 2003 (License No. 4127387). I no longer maintain a law office in California, and am on Inactive status with the State Bar of California.

4. Because I am a member of the Bar of this Court, I applied for and was granted ECF filing privileges in order to file a motion for leave to file a Brief of Amicus Curiae in the above captioned case. I filed the Motion, with the accompanying Proposed Brief and Proposed Order, on May 7, 2019. I was then informed by the Clerk's Office that because I am a member of the Bar of this Court, I must also become an active member of the California Bar again.

5. I looked into activating my California State Bar status. Because the State Bar requires that all Bar members be re-fingerprinted, this process would unfortunately take a considerable amount of time. After I paid the additional Bar fees, the State Bar would send me new fingerprinting cards within 15 days. I would then need to find an approved finger-printing service in New York and mail the cards back to California, or come to California to finalize the paper work.

6. As an alternative, the Clerk's office indicated I could ask the Court to approve a Pro Hac Vice application based on my New York State bar membership and explain the circumstances. While I hesitated to burden the Court with this request, it was the most expeditious way to attempt to resolve the situation. I do not intend to practice law in the State of California, and humbly request that this Court approve this application for the sole purpose of filing an amicus brief in this case, a brief that I hope may be of some use to the Court.

7. As additional information, I am also a member of the Bar in good standing in a number of other federal courts, e.g., the United States Courts of Appeals for the following Circuits: Second (adm. 1/3/2002), Fourth (10/7/96), Fifth (adm. 6/29/17), Eighth (adm. 1/10/95), Ninth (adm. 12/16/91), Tenth (8/18/94), and Federal (adm. 6/12/2012), the U.S. District Courts for the Eastern District of Michigan (admitted 3/18/94), the District of Nebraska (admitted 3/25/2003), the District of Connecticut (admitted 9/4/2018), and the United States Supreme Court (adm. 10/3/2000).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 10, 2019 in Brooklyn, New York

PRISCILLA J. SMITH

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on May 10, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service of this Motion and the accompanying exhibits, including a copy of the Proposed Brief, will be accomplished by the CM/ECF system.

/s/ *Maya Manian*
MAYA MANIAN (CA Bar No. 224008)