# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DEC 3 0 2019

FILED
DOCKETED. Harris
Clerk of the Court
(202) 479-301 DATE
INITIAL

December 23, 2019

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re:  Little Sisters of the Poor Jeanne Jugan Residence
v. California, et al.
Application No. 19A705
(Your No. 19-15072, 19-15118, 19-15150)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on December 23, 2019, extended the time to and including February 19, 2020.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Mark Leonard Rienzi
The Becket Fund for Religious Liberty
1200 New Hampshire Ave., NW
Suite 700
Washington, DC  20036


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526