## SUPREME COURT OF THE STATE OF DELAWARE

CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Christian D. Wright** was admitted to practice as an attorney in the Courts of this State on **December 12, 1996** and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.

IN TESTIMONY WHEREOF,

I have hereunto set my hand and affixed the seal of said Court at Dover this 14th day of July 2020.

Lisa A. Dolph
Clerk of the Supreme Court