1   XAVIER BECERRA, State Bar No. 118517
    Attorney General of California
2   KATHLEEN BOERGERS, State Bar No. 213530
    KARLI EISENBERG, State Bar No. 281923
3   Supervising Deputy Attorneys General
    NIMROD PITSKER ELIAS, State Bar No. 251634
4   Deputy Attorney General
      1300 I Street, Suite 125
5     Sacramento, CA 94244-2550
      Telephone:  (916) 210-7913
6     Fax:  (916) 324-5567
      E-mail:  Karli.Eisenberg@doj.ca.gov
7   *Attorneys for Plaintiff State of California*
    *[Additional counsel listed on signature page]*

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  | **THE STATE OF CALIFORNIA; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; THE STATE OF HAWAII; THE STATE OF ILLINOIS; THE STATE OF MARYLAND; THE STATE OF MINNESOTA, BY AND THROUGH ITS DEPARTMENT OF HUMAN SERVICES; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; THE STATE OF WASHINGTON,** | 4:17-cv-05783-HSG<br><br>**JOINT STATUS REPORT**<br><br>Dept:        2, 4th Floor<br>Judge:       Hon. Haywood S. Gilliam, Jr.<br>Action Filed:  October 6, 2017 |
    | --- | --- |

                                            Plaintiffs,

18  **THE STATE OF OREGON,**

19                    Plaintiff-Intervenor,

20  **THE STATE OF COLORADO; THE STATE OF MICHIGAN; THE STATE OF NEVADA,**

22               Proposed-Plaintiffs-Intervenors,

23          **v.**

24  **ALEX M. AZAR, II, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; R. ALEXANDER ACOSTA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF LABOR; U.S.**

28

                                   1

1

2

3

4

5

6

7

**DEPARTMENT OF LABOR; STEVEN MNUCHIN,** IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF THE TREASURY; **U.S. DEPARTMENT OF THE TREASURY; DOES 1-100,**

Defendants,

and,

**THE LITTLE SISTERS OF THE POOR, JEANNE JUGAN RESIDENCE; MARCH FOR LIFE EDUCATION AND DEFENSE FUND,**

Defendant-Intervenors.

8   The parties respectfully submit the following Joint Status Report pursuant to this Court's

9   July 9, 2020 order.  Dkt No. 416.  On July 8, 2020, the Supreme Court issued its decision in *Little*

10  *Sisters of the Poor v. Pennsylvania* and *Trump v. Pennsylvania*, 2020 WL 3808424, Case Nos.

11  19-431, 19-454 (S. Ct. July 8, 2020).  The Court held that 42 U.S.C. § 300gg–13(a)(4) of the

12  Patient Protection and Affordable Care Act (ACA) "gives HRSA broad discretion to define

13  preventive care and screenings and to create the religious and moral exemptions."  *Id.* at \*9.  On

14  July 9, 2020, the Supreme Court granted the petitions for certiorari in this case, vacated the

15  judgment, and remanded the case to the United States Court of Appeals for the Ninth Circuit for

16  further proceedings.[1]  *HHS v. California*, 2020 WL 3865243 (July 9, 2020); *Little Sisters of the*

17  *Poor v. California*, 2020 WL 3865245 (July 9, 2020); *March for Life v. California*, 2020 WL

18  3865244 (July 9, 2020).  In light of these developments, the parties believe that supplemental

19  briefing addressing the import of the Supreme Court's decision and its impact on Plaintiffs'

20  claims and the pending dispositive motions is appropriate.

21  Once the Ninth Circuit has remanded the matter to this Court, the parties will promptly

22  meet and confer and propose a supplemental briefing schedule within five business days.

23

24

25

26

27

28

---

[1] *See* https://www.supremecourt.gov/orders/courtorders/070920zor_i425.pdf.

Dated:  July 17, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
KATHLEEN BOERGERS
Supervising Deputy Attorney General
NIMROD PITSKER ELIAS
Deputy Attorney General

*/s/ Karli Eisenberg*
KARLI EISENBERG
Supervising Deputy Attorney General
*Attorneys for Plaintiff the State of California*

WILLIAM TONG
Attorney General of Connecticut
MAURA MURPHY OSBORNE
Assistant Attorney General
*Attorneys for Plaintiff the State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware
CHRISTIAN DOUGLAS WRIGHT
Director of Impact Litigation
JESSICA M. WILLEY
Deputy Attorney General
*Attorneys for Plaintiff the State of Delaware*

KARL A. RACINE
Attorney General of the District of Columbia
ROBYN R. BENDER
Deputy Attorney General
*Attorneys for Plaintiff the District of Columbia*

CLARE E. CONNORS
Attorney General of Hawaii
ERIN N. LAU
Deputy Attorney General
*Attorneys for Plaintiff the State of Hawaii*

KWAME RAOUL
Attorney General of Illinois
HARPREET K. KHERA
Deputy Bureau Chief, Special Litigation Bureau
ELIZABETH MORRIS
Assistant Attorney General, Special Litigation Bureau
*Attorneys for Plaintiff the State of Illinois*

3

BRIAN E. FROSH
Attorney General of Maryland
CAROLYN A. QUATTROCKI
Deputy Attorney General
STEVE M. SULLIVAN
Solicitor General
KIMBERLY S. CAMMARATA
Director, Health Education and Advocacy
*Attorneys for Plaintiff the State of Maryland*

KEITH ELLISON
Attorney General of Minnesota
JACOB CAMPION
Assistant Attorney General
*Attorney for Plaintiff the State of Minnesota,
by and through its Department of Human
Services*

LETITIA JAMES
Attorney General of New York
LISA LANDAU
Bureau Chief, Health Care Bureau
STEVEN C. WU
Deputy Solicitor General
ESTER MURDUKHAYEVA
Assistant Solicitor General
*Attorneys for Plaintiff the State of New York*

JOSHUA H. STEIN
Attorney General of North Carolina
SRIPRIYA NARASIMHAN
Deputy General Counsel
*Attorneys for Plaintiff the State of North
Carolina*

PETER F. NERONHA
Attorney General of Rhode Island
MICHAEL W. FIELD
Assistant Attorney General
*Attorneys for Plaintiff the State of Rhode
Island*

T.J. DONOVAN
Attorney General of Vermont
ELEANOR SPOTTSWOOD
Assistant Attorney General
*Attorneys for Plaintiff the State of Vermont*

MARK R. HERRING
Attorney General of Virginia
SAMUEL T. TOWELL
Deputy Attorney General
*Attorneys for Plaintiff the Commonwealth of
Virginia*

4

ROBERT F. FERGUSON
Attorney General of Washington
JEFFREY T. SPRUNG
Assistant Attorney General
*Attorneys for Plaintiff the State of Washington*

Dated:  July 17, 2020                              Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General of Oregon

*/s/ Nicole DeFever*
(as authorized on 07/16/20)
J. NICOLE DEFEVER, CA Bar No. 191525
Senior Assistant Attorney General
*Attorneys for Plaintiff-Intervenor the State of Oregon*

Dated:  July 17, 2020                              Respectfully submitted,

DAVID MORRELL
Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director, Federal Programs

*/s/ Justin M. Sandberg*
(as authorized on 07/17/20)
JUSTIN M. SANDBERG, IL Bar No. 6278377
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 11004
Washington, D.C.  20005
Telephone:  (202) 514-5838
Facsimile:  (202) 616-8460
Email: Justin.Sandberg@usdoj.gov
*Counsel for Federal Defendants*

5

Dated:  July 17, 2020

Respectfully submitted,

*/s/ Mark L. Rienzi*
(as authorized on 07/15/20)
MARK L. RIENZI, *pro hac vice*
ERIC C. RASSBACH, No. 288041
DIANA VERM, *pro hac vice*
LORI H. WINDHAM, *pro hac vice*
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW Suite 700
Washington, DC 20036
Telephone:  (202) 955-0095
Facsimile:  (202) 955-0090
*Counsel for Defendant-Intervenor the Little
Sisters of the Poor, Jeanne Jugan Residence*

Dated:  July 17, 2020

Respectfully submitted,

*/s/ Kenneth J. Connelly*
(as authorized on 07/15/20)
KENNETH J. CONNELLY, AZ Bar No.
25420
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone:  (480) 444-0020
Facsimile:  (480) 444-0028
Email: kconnelly@ADFlegal.org
*Counsel for Defendant-Intervenor March for
Life Education and Defense Fund*

6