Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

State of California, et al.

Plaintiff(s),

v.

US Dep't of Health & Human Services

Defendant(s).

Case No: 4:17-cv-05783-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Christian Douglas Wright, an active member in good standing of the bar of Delaware, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff State of Delaware in the above-entitled action. My local co-counsel in this case is Karli Eisenberg, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Delaware Department of Justice; 820 N. French Street, 5th Floor; Wilmington, DE 19801 | California Dep't of Justice; Office of the Attorney General; 1300 I Street, Sacramento, CA 95814 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (302) 577-8944 | (916) 210-7913 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| christian.wright@delaware.gov | karli.eisenberg@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 3554.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/22/20

Christian Douglas Wright
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christian Douglas Wright is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/23/2020

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

## SUPREME COURT OF THE STATE OF DELAWARE

### CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Christian D. Wright** was admitted to practice as an attorney in the Courts of this State on **December 12, 1996** and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 14th day of July 2020.

Lisa A. Dolph
Clerk of the Supreme Court