**FILED**

Aug 10 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

Scott S. Harris
Clerk of the Court
(202) 479-3011

August 10, 2020

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

    Re:  Little Sisters of the Poor Jeanne Jugan Residence
          v. California, et al.,
          No. 19-1053 (Your docket Nos. 19-15072, 19-15118)

**4:17-cv-05783-HSG**

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                    Sincerely,

                    SCOTT S. HARRIS, Clerk

                    By  *Hervé Bocage*

                    Hervé Bocage
                    Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

August 10, 2020

Mr. Mark Leonard Rienzi, Esq.
The Becket Fund for Religious Liberty
1200 New Hampshire Ave., N. W.
Suite #700
Washington, D. C. 20036

Re: Little Sisters of the Poor Jeanne Jugan Residence
v. California, et al.,
No. 19-1053

4:17-cv-05783-HSG

Dear Mr. Rienzi:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

The petitioner is given recovery of costs in this Court as follows:

**Clerk's costs: $300.00**

This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By *[signature]*
Herve' Bocage
Judgments/Mandates Clerk

cc: Clerk, USCA Ninth Circuit
(Your docket Nos. 19-15072, 19-15118)

# Supreme Court of the United States

## No. 19-1053

**LITTLE SISTERS OF THE POOR JEANNE JUGAN RESIDENCE,**

Petitioner

v.

**CALIFORNIA, ET AL.**

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *Little Sisters of the Poor Saints Peter and Paul Home* v. *Pennsylvania,* 591 U. S. ___ (2020).

**IT IS FURTHER ORDERED** that the petitioner the Little Sisters of the Poor Jeanne Jugan Residence recovers from California, et al., Three Hundred Dollars ($300.00) for costs herein expended.

July 9, 2020

**Clerk's costs:**    $300.00

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States