| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 13 2020 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

STATE OF CALIFORNIA; et al.,

        Plaintiffs-Appellees,

 v.

U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; et al.,

        Defendants,

and

THE LITTLE SISTERS OF THE POOR JEANNE JUGAN RESIDENCE,

    Intervenor-Defendant-Appellant.

No.   19-15072

D.C. No. 4:17-cv-05783-HSG
Northern District of California, Oakland

ORDER

---

STATE OF CALIFORNIA; et al.,

        Plaintiffs-Appellees,

 v.

U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; et al.,

        Defendants-Appellants,

and

THE LITTLE SISTERS OF THE POOR JEANNE JUGAN RESIDENCE,

No.   19-15118

D.C. No. 4:17-cv-05783-HSG

|  |  |
|---|---|
| Intervenor-Defendant. | |

| | |
|---|---|
| STATE OF CALIFORNIA; et al., | No. 19-15150 |
| Plaintiffs-Appellees, | D.C. No. 4:17-cv-05783-HSG |
| v. | |
| U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; et al., | |
| Defendants, | |
| and | |
| MARCH FOR LIFE EDUCATION AND DEFENSE FUND, | |
| Intervenor-Defendant-Appellant. | |

Before: WALLACE, KLEINFELD, and GRABER, Circuit Judges.

In light of the United States Supreme Court's judgment vacating and remanding this case for further consideration in light of *Little Sisters of the Poor Saints Peter and Paul Home v. Pennsylvania*, 591 U.S. ___ (2020), the parties are ordered to submit simultaneous supplemental briefs addressing the impact of the Supreme Court's opinion on this case, and explaining the propriety of remanding the case to the district court to apply the Supreme Court's opinion in the first instance. The briefs are not to exceed 15 pages in length and shall be filed by August 28, 2020.

2