1 | Brian R. Chavez-Ochoa
Chavez-Ochoa Law Offices, Inc.
2 | 4 Jean Street, Suite 4
Valley Springs, CA 95252
3 | (209) 772-3013
(209) 772-3090 Fax
4 | chavezochoa@yahoo.com

5 | David A. Cortman, AZ Bar No. 029490**
Kevin H. Theriot, AZ Bar No. 030446**
6 | Kenneth J. Connelly, AZ Bar No. 025420**
7 | Alliance Defending Freedom
15100 North 90th Street
8 | Scottsdale, Arizona 85260
(480) 444-0020
9 | (480) 444-0028 Fax
dcortman@ADFlegal.org
10 | ktheriot@ADFlegal.org
11 | kconnelly@ADFlegal.org

12 | *Counsel for Intervenor-Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE STATE OF CALIFORNIA, et al., | |
| *Plaintiffs,* | Case No. 4:17-cv-05783-HSG |
| v. | |
| | **NOTICE OF WITHDRAWAL AS COUNSEL FOR INTERVENOR-DEFENDANT MARCH FOR LIFE** |
| ALEX M. AZAR II, in his official capacity as Secretary of the U.S. Department of Health and Human Service, et al., | |
| *Defendants,* | |
| and, | |
| THE LITTLE SISTERS OF THE POOR JEANNE JUGAN RESIDENCE, | |
| *Intervenor-Defendant,* | |
| and, | |
| MARCH FOR LIFE EDUCATION AND DEFENSE FUND, | |
| *Intervenor-Defendant.* | |

Notice of Withdrawal as Counsel for Intervenor-Defendant March for Life
(4:17-cv-05783-HSG)

Undersigned counsel provides notice that Christen M. Price is withdrawing from this case as counsel for Intervenor-Defendant March for Life Education and Defense Fund. Christen Price has left the employment of Alliance Defending Freedom and will no longer be representing the interests of Intervenor-Defendant in this matter. Intervenor-Defendant will continue to be represented by Kevin H. Theriot and Kenneth J. Connelly of Alliance Defending Freedom, and Brian R. Chavez-Ochoa of Chavez-Ochoa Law Offices, Inc., who have previously entered appearances in this matter.

Respectfully submitted this 19th day of August, 2020.

>By: s/ Kevin H. Theriot
> Kevin H. Theriot, AZ Bar No. 030446**
> Alliance Defending Freedom
> 15100 North 90th Street
> Scottsdale, Arizona 85260
> (480) 444-0020
> (480) 444-0028 Fax
> ktheriot@ADFlegal.org
>
> Brian R. Chavez-Ochoa
> Chavez-Ochoa Law Offices, Inc.
> 4 Jean Street, Suite 4
> Valley Springs, CA 95252
> (209) 772-3013
> (209) 772-3090 Fax
> chavezochoa@yahoo.com
>
> *Counsel for Intervenor-Defendant*
>
> *** Pro hac vice granted*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2020, I electronically filed the foregoing Notice with the Clerk of Court using the ECF system, which will send notification of such filing to all registered users.

> By: s/ Kevin H. Theriot
> Kevin H. Theriot, AZ Bar No. 030446**
> Alliance Defending Freedom
> 15100 North 90th Street
> Scottsdale, Arizona 85260
> (480) 444-0020
> (480) 444-0028 Fax
> ktheriot@ADFlegal.org