XAVIER BECERRA, State Bar No. 118517
Attorney General of California
KATHLEEN BOERGERS, State Bar No. 213530
KARLI EISENBERG, State Bar No. 281923
Supervising Deputy Attorneys General
NIMROD PITSKER ELIAS, State Bar No. 251634
Deputy Attorney General
  1300 I Street, Suite 125
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7913
  Fax: (916) 324-5567
  E-mail:  Karli.Eisenberg@doj.ca.gov
*Attorneys for Plaintiff State of California*
*[Additional counsel listed on signature page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA; THE STATE OF CONNECTICUT; THE STATE OF DELAWARE; THE DISTRICT OF COLUMBIA; THE STATE OF HAWAII; THE STATE OF ILLINOIS; THE STATE OF MARYLAND; THE STATE OF MINNESOTA, BY AND THROUGH ITS DEPARTMENT OF HUMAN SERVICES; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF RHODE ISLAND; THE STATE OF VERMONT; THE COMMONWEALTH OF VIRGINIA; THE STATE OF WASHINGTON,<br><br>                        Plaintiffs,<br><br>THE STATE OF OREGON,<br><br>                        Plaintiff-Intervenor,<br><br>THE STATE OF COLORADO; THE STATE OF MICHIGAN; THE STATE OF NEVADA,<br><br>                        Proposed-Plaintiffs-Intervenors,<br><br>                        v.<br><br>ALEX M. AZAR, II, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; R. ALEXANDER ACOSTA, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF LABOR; U.S. | 4:17-cv-05783-HSG<br><br>**JOINT STATUS REPORT**<br><br>Dept:      2, 4th Floor<br>Judge:    Hon. Haywood S. Gilliam, Jr.<br>Action Filed:  October 6, 2017 |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | **DEPARTMENT OF LABOR; STEVEN MNUCHIN,** IN HIS **OFFICIAL CAPACITY** AS **SECRETARY** OF THE **U.S. DEPARTMENT** OF THE **TREASURY; U.S. DEPARTMENT OF THE TREASURY; DOES 1-100,**<br>                                              Defendants,<br>and,<br>**THE LITTLE SISTERS OF THE POOR, JEANNE JUGAN RESIDENCE; MARCH FOR LIFE EDUCATION AND DEFENSE FUND,**<br>                              Defendant-Intervenors. |

    The parties respectfully submit the following Joint Status Report pursuant to this Court's July 9, 2020 order, and the parties' subsequent joint statement, dated July 17, 2020. Dkt Nos. 416, 421. As the parties explained in their July 17, 2020 joint statement, the parties agree that supplemental briefing addressing the import of the Supreme Court's decision in *Little Sisters of the Poor v. Pennsylvania* and *Trump v. Pennsylvania*, 2020 WL 3808424, Case Nos. 19-431, 19-454 (S. Ct. July 8, 2020), and its impact on Plaintiffs' claims and the pending dispositive motions is appropriate.

    The parties propose the following briefing schedule:

- Plaintiffs' Supplemental Brief (20 pages total) – due November 4, 2020
- Defendants' and Intervenor-Defendants' Supplemental Briefs (20 pages per party) – due November 25, 2020
- Plaintiffs' Reply Brief (10 pages total) – due December 4, 2020

Dated: October 19, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
KATHLEEN BOERGERS
Supervising Deputy Attorney General
NIMROD PITSKER ELIAS
Deputy Attorney General

*/s/ Karli Eisenberg*
KARLI EISENBERG
Supervising Deputy Attorney General
*Attorneys for Plaintiff the State of California*

WILLIAM TONG
Attorney General of Connecticut
MAURA MURPHY OSBORNE
Assistant Attorney General
*Attorneys for Plaintiff the State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware
CHRISTIAN DOUGLAS WRIGHT
Director of Impact Litigation
JESSICA M. WILLEY
Deputy Attorney General
*Attorneys for Plaintiff the State of Delaware*

KARL A. RACINE
Attorney General of the District of Columbia
KATHLEEN KONOPKA
Deputy Attorney General, Public Advocacy Division
ALACOQUE HINGA NEVITT
Assistant Attorney General
*Attorneys for Plaintiff the District of Columbia*

CLARE E. CONNORS
Attorney General of Hawaii
ERIN N. LAU
Deputy Attorney General
*Attorneys for Plaintiff the State of Hawaii*

KWAME RAOUL
Attorney General of Illinois
HARPREET K. KHERA
Deputy Bureau Chief, Special Litigation Bureau
ELIZABETH MORRIS
Assistant Attorney General, Special Litigation Bureau
*Attorneys for Plaintiff the State of Illinois*

BRIAN E. FROSH
Attorney General of Maryland
CAROLYN A. QUATTROCKI
Deputy Attorney General
STEVE M. SULLIVAN
Solicitor General
KIMBERLY S. CAMMARATA
Director, Health Education and Advocacy
*Attorneys for Plaintiff the State of Maryland*

KEITH ELLISON
Attorney General of Minnesota
JACOB CAMPION
Assistant Attorney General
*Attorney for Plaintiff the State of Minnesota, by and through its Department of Human Services*

LETITIA JAMES
Attorney General of New York
LISA LANDAU
Bureau Chief, Health Care Bureau
STEVEN C. WU
Deputy Solicitor General
ESTER MURDUKHAYEVA
Assistant Solicitor General
*Attorneys for Plaintiff the State of New York*

JOSHUA H. STEIN
Attorney General of North Carolina
SRIPRIYA NARASIMHAN
Deputy General Counsel
*Attorneys for Plaintiff the State of North Carolina*

PETER F. NERONHA
Attorney General of Rhode Island
MICHAEL W. FIELD
Assistant Attorney General
*Attorneys for Plaintiff the State of Rhode Island*

T.J. DONOVAN
Attorney General of Vermont
ELEANOR SPOTTSWOOD
Assistant Attorney General
*Attorneys for Plaintiff the State of Vermont*

|   |   |
|---|---|
|   | MARK R. HERRING<br>Attorney General of Virginia<br>SAMUEL T. TOWELL<br>Deputy Attorney General<br>*Attorneys for Plaintiff the Commonwealth of Virginia*<br><br>ROBERT F. FERGUSON<br>Attorney General of Washington<br>JEFFREY T. SPRUNG<br>Assistant Attorney General<br>*Attorneys for Plaintiff the State of Washington* |
| Dated:  October 16, 2020 | Respectfully submitted,<br><br>ELLEN F. ROSENBLUM<br>Attorney General of Oregon<br><br>  */s/ Nicole DeFever*  <br>(as authorized on 10/16/20)<br>J. NICOLE DEFEVER, CA Bar No. 191525<br>Senior Assistant Attorney General<br>*Attorneys for Plaintiff-Intervenor the State of Oregon* |
| Dated:  October 16, 2020 | Respectfully submitted,<br><br>JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br><br>MICHELLE R. BENNETT<br>Assistant Branch Director, Federal Programs<br><br>  */s/ Justin M. Sandberg*  <br>(as authorized on 10/16/20)<br>JUSTIN M. SANDBERG, IL Bar No. 6278377<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW, Room 11004<br>Washington, D.C.  20005<br>Telephone:  (202) 514-5838<br>Facsimile:  (202) 616-8460<br>Email: Justin.Sandberg@usdoj.gov<br>*Counsel for Federal Defendants* |

| | | |
|---|---|---|
| Dated: October 19, 2020 | | Respectfully submitted, |

*/s/ Mark L. Rienzi*
(as authorized on 10/19/20)
MARK L. RIENZI, *pro hac vice*
ERIC C. RASSBACH, No. 288041
DIANA VERM, *pro hac vice*
LORI H. WINDHAM, *pro hac vice*
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW Suite 700
Washington, DC 20036
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
*Counsel for Defendant-Intervenor the Little Sisters of the Poor, Jeanne Jugan Residence*

Dated: October 16, 2020                          Respectfully submitted,

*/s/ Kenneth J. Connelly*
(as authorized on 10/16/20)
KENNETH J. CONNELLY, AZ Bar No. 25420
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
Email: kconnelly@ADFlegal.org
*Counsel for Defendant-Intervenor March for Life Education and Defense Fund*