UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | Case No. 17-cv-05783-HSG<br><br>**SCHEDULING ORDER REGARDING SUPPLEMENTAL BRIEFING** |

On July 8, 2020, the Supreme Court issued its decision in *Little Sisters of the Poor v. Pennsylvania* and *Trump v. Pennsylvania*, 2020 WL 3808424, Case Nos. 19-431, 19-454 (S. Ct. July 8, 2020).  On July 9, 2020, the Supreme Court granted the petitions for certiorari in this case, vacated the judgment, and remanded the case to the United States Court of Appeals for the Ninth Circuit for further proceedings.  And on October 8, 2020, the Ninth Circuit vacated the preliminary injunction and remanded the case.  In light of these developments, the parties have requested supplemental briefing addressing the import of the Supreme Court's decision and its impact on Plaintiffs' claims and the pending dispositive motions before this Court.  Having considered the parties' proposal, *see* Dkt. No. 430, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Plaintiffs' Supplemental Brief (20 pages total) | November 4, 2020 |
| Defendants' and Intervenor-Defendants' Supplemental Briefs (20 pages per party) | November 25, 2020 |
| Plaintiffs' Reply Brief (10 pages total) | December 4, 2020 |
| Hearing on Supplemental Briefing | December 16, 2020, at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 10/20/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge