JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
JENNIFER B. DICKEY
Principal Deputy Assistant Attorney General
MICHELLE R. BENNETT
Assistant Branch Director
JUSTIN M. SANDBERG
Senior Trial Counsel
MICHAEL GERARDI
CHRISTOPHER R. HEALY
REBECCA M. KOPPLIN
DANIEL RIESS
Trial Attorneys
United States Department of Justice
Civil Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-4015
Email: Jennifer.B.Dickey@usdoj.gov

*Counsel for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, | Case No.: 4:17-cv-5783-HSG |
| Plaintiff, | |
| v. | NOTICE OF WITHDRAWAL OF COUNSEL |
| ALEX M. AZAR, Secretary of Health and Human Services, *et al.*, | |
| Defendants. | |

PLEASE TAKE NOTICE of the withdrawal of the undersigned counsel, Jennifer B. Dickey, on behalf of Federal Defendants in the above-captioned case. Ms. Dickey is leaving the Department

of Justice on January 15, 2021, and will no longer have responsibility for this case. Federal Defendants will continue to be represented by other attorneys at the Department of Justice whose names appear in the Government's pleadings and briefs in this matter.

Dated: January 11, 2021                    Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

DAVID L. ANDERSON
United States Attorney

MICHELLE R. BENNETT
Assistant Branch Director

  */s/ Jennifer B. Dickey*
JENNIFER B. DICKEY, VA Bar No. 83624
Principal Deputy Assistant Attorney General
United States Department of Justice
Civil Division
950 Pennsylvania Avenue NW, Rm. 3605
Washington, D.C. 20530
Telephone: (202) 514-4015
Email: Jennifer.B.Dickey@usdoj.gov
*Counsel for Federal Defendants*