JOHN V. COGHLAN
Acting Assistant Attorney General
MICHELLE R. BENNETT
Assistant Branch Director
REBECCA M. KOPPLIN
Trial Attorney (California Bar No. 313970)
JUSTIN M. SANDBERG
Senior Trial Counsel
MICHAEL GERARDI
CHRISTOPHER R. HEALY
DANIEL RIESS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-3953
Facsimile: (202) 616-8470
Email: Rebecca.M.Kopplin@usdoj.gov
*Counsel for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.* <br><br> Plaintiffs, <br><br> STATE OF OREGON <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> ALEX M. AZAR, II, Secretary of Health and Human Services, *et al.*, <br><br> Defendants, <br> and <br><br> THE LITTLE SISTERS OF THE POOR, JEANNE JUGAN RESIDENCE, *et al.* <br><br> Defendant-Intervenors. | Case No. 4:17-cv-5783-HSG <br><br> **FEDERAL DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

FEDERAL DEFENDANTS' NOTICE OF
SUPPLEMENTAL AUTHORITY - 1

Federal Defendants respectfully give notice to the Court regarding the memorandum and order granting defendants' motion for summary judgment and denying plaintiff's motion for summary judgment in *Massachusetts v. Department of Health & Human Services*. Mem. & Order (Op.), No. 17-cv-11930 (D. Mass. Jan. 15, 2021), ECF No. 139, attached hereto as Ex. A.

That case involved challenges to the validity of the same Final Rules at issue here. The District of Massachusetts court concluded that the Supreme Court's decision in *Little Sisters of the Poor Saints Peter & Paul Home v. Pennsylvania*, 140 S. Ct. 2367 (2020), disposed of plaintiff's procedural challenges to the Final Rules and argument that the defendants lacked statutory authority to promulgate the Final Rules. Op. 12. Turning to the remaining claims, the District of Massachusetts court rejected plaintiff's claim that the Final Rules were arbitrary and capricious. Op. 12-19. The court also rejected plaintiff's Establishment Clause claim. Op. 19-24. Finally, the court rejected plaintiff's equal protection claim. Op. 25-29.

Dated: January 19, 2021

Respectfully submitted,

JOHN V. COGHLAN
Acting Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

/s/ Rebecca M. Kopplin
Rebecca M. Kopplin,
Trial Attorney (California Bar No. 313970)
JUSTIN M. SANDBERG
Senior Trial Counsel
MICHAEL GERARDI
CHRISTOPHER R. HEALY
DANIEL RIESS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C.  20005
Telephone:  (202) 514-3953
Facsimile:  (202) 616-470
Email: Rebecca.M.Kopplin@usdoj.gov

*Counsel for Federal Defendants*

FEDERAL DEFENDANTS' NOTICE OF
SUPPLEMENTAL AUTHORITY - 2