BRIAN NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
Acting United States Attorney
MICHELLE R. BENNETT
Assistant Branch Director
JUSTIN M. SANDBERG, IL. BAR NO. 6278377
Senior Trial Counsel
MICHAEL GERARDI
CHRISTOPHER R. HEALY
REBECCA M. KOPPLIN
DANIEL RIESS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20001
Telephone: (202) 514-5838
Email: Justin.Sandberg@usdoj.gov
*Counsel for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No.: 4:17-cv-5783-HSG |
| Plaintiffs, | |
| v. | **NOTICE OF INTENTION TO INITIATE RULEMAKING** |
| XAVIER BECERRA, Secretary of Health and Human Services, *et al.*, | |
| Defendants, | |
| and, | |
| THE LITTLE SISTERS OF THE POOR, JEANNE JUGAN RESIDENCE, *et al.*, | |
| Defendant-Intervenors | |

On August 3, 3021, Federal Defendants filed a joint status report [ECF No. 462] in this case, which concerns the validity of two 2018 regulations creating a moral exemption and expanding a

1

religious exemption to the rules establishing the contraceptive coverage requirement. In that status report, Federal Defendants (i) reported that they were continuing to evaluate the issues presented by this litigation and their regulatory options, and (ii) requested that the Court continue to hold the pending dispositive motions in abeyance to afford the agencies additional time to undertake these tasks.

After the filing of that report, Federal Defendants made an announcement related to their consideration of regulatory options. Specifically, they announced that "[t]he Departments [of Health and Human Services, Treasury, and Labor] intend to initiate rulemaking within 6 months to amend the 2018 final regulations and obtaining public input will be included as part of the Departments' rulemaking process." CMS.Gov, Frequently Asked Questions, Affordable Care Act Implementation FAQs (Set 48) (Aug. 16, 2021) (available at https://www.cms.gov/CCIIO/Resources/Fact-Sheets-and-FAQs#Affordable_Care_Act) (attached as Exh. 1).

Dated: August 17, 2021

Respectfully submitted,

BRIAN NETTER
Deputy Assistant Attorney General

STEPHANIE HINDS
Acting United States Attorney

MICHELLE R. BENNETT
Assistant Branch Director

 /s/ *Justin M. Sandberg*
JUSTIN M. SANDBERG, IL Bar No. 6278377
Senior Trial Counsel
MICHAEL GERARDI
CHRISTOPHER R. HEALY
REBECCA M. KOPPLIN
DANIEL RIESS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20001
Telephone: (202) 514-5838
Email: Justin.Sandberg@usdoj.gov
*Counsel for Federal Defendants*