BRIAN NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MICHELLE R. BENNETT
Assistant Branch Director
JUSTIN M. SANDBERG, IL. BAR NO. 6278377
Senior Trial Counsel
MICHAEL GERARDI
CHRISTOPHER R. HEALY
REBECCA M. KOPPLIN
DANIEL RIESS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C.  20001
Telephone:  (202) 514-5838
Email: Justin.Sandberg@usdoj.gov
*Counsel for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No.: 4:17-cv-5783-HSG |
| Plaintiffs, | |
| v. | **JOINT STATUS REPORT** |
| XAVIER BECERRA, Secretary of Health and Human Services, *et al.*, | |
| Defendants, | |
| and, | |
| THE LITTLE SISTERS OF THE POOR, JEANNE JUGAN RESIDENCE, *et al.*, | |
| Defendant-Intervenors | |

On August 17, 2021 the Court stayed this case and ordered the parties to file status reports every three months.  ECF No. 467.  The parties report as follows:

1

1. This case concerns the validity of two rules which create a moral exemption, and expand a religious exemption, to the rules establishing the contraceptive coverage requirement.  *See* Religious Exemptions and Accommodations for Coverage of Certain Preventive Services Under the ACA, 83 Fed. Reg. 57,536 (Nov. 15, 2018); Moral Exemptions and Accommodations for Coverage of Certain Preventive Services Under the ACA, 83 Fed. Reg. 57,592 (Nov. 15, 2018).

2. The Court has before it fully briefed dispositive motions, *see* ECF Nos. 311, 366, 368, 370, as well as supplemental briefs addressing the Supreme Court's decision in *Little Sisters of the Poor Saints Peter & Paul Home v. Pennsylvania*, 140 S. Ct. 2367 (2020), *see* ECF Nos. 433, 435, 437, 438, 440.

3. On August 3, 2021, the parties filed a joint status report, in which Federal Defendants asked the Court to stay the case to permit the defendant agencies to evaluate the issues presented by this litigation, as well as their regulatory and policy options.  ECF No. 462.  The Court had once previously held the motions in abeyance.  ECF No. 454.  Plaintiffs and intervenor March for Life did not object to the request.  Intervenor Little Sisters objected.

4. On August 16, 2021, Federal Defendants announced that "[t]he Departments [of Health and Human Services, Treasury, and Labor] intend to initiate rulemaking within 6 months to amend the 2018 final regulations and obtaining public input will be included as part of the Departments' rulemaking process."  CMS.Gov, Frequently Asked Questions, Affordable Care Act Implementation FAQs (Set 48) (Aug. 16, 2021) (available at https://www.cms.gov/CCIIO/Resources/Fact-Sheets-and-FAQs#Affordable_Care_Act).

5. On August 17, 2021, the Court held a case management conference.  The Court granted Federal Defendants' request to stay the case and directed "counsel . . . to e-file a joint status report every three months."  ECF No. 467.

6.  The parties filed their last status report at the end of October 2021.  Federal

Defendants reported that they were continuing to work toward rulemaking as described in the August 16, 2021 guidance. ECF No. 468.

7. Federal Defendants have now determined that they will be unable to meet their anticipated target to issue a notice of proposed rulemaking by mid-February 2022. This is so for two reasons. First, the agencies have limited resources and face many competing demands on those resources, particularly in light of the ongoing pandemic and public health emergency. For example, the agencies must meet the need for frequent updates to guidance setting forth requirements for group health plans and health insurance issuers to cover items and services relating to COVID-19 as the items and services available evolve. Also, the agencies are working under statutory deadlines to take the actions necessary to implement the important patient protections enacted in the No Surprises Act. *See* Consolidated Appropriations Act, 2021, Pub. L. No. 116-260, div. BB, tit. I, 134 Stat. 1182, 2758-2890 (2020). Second, the agencies continue to evaluate the issues presented by this litigation, as well as their regulatory and policy options. Of course, the agencies recognize the importance of finality, and they will continue to work toward initiating the rulemaking as quickly as is possible consistent with resource limitations and prudent decision making.

8. Federal Defendants propose that the case remain stayed and that the parties continue to file joint status reports every 90 days to apprise the Court of the status of the rulemaking and of the parties' positions on the need for a continued stay.

9. Plaintiffs do not oppose the case remaining in its current posture.

10. The Little Sisters note that the Federal Defendants have not offered a timeline for an NPRM moving forward, leaving the Little Sisters in limbo for an indeterminate future period. The Little Sisters incorporate their statement from the August 3, 2021 status report, Dkt. 462, regarding the Federal Defendants' indefinite delay and the States' acquiescence in that delay.

Dated: January 31, 2022

Respectfully submitted,

BRIAN NETTER
Deputy Assistant Attorney General

STEPHANIE HINDS
United States Attorney

MICHELLE R. BENNETT
Assistant Branch Director

/s/ *Justin M. Sandberg*
JUSTIN M. SANDBERG
IL Bar No. 6278377
Senior Trial Counsel
MICHAEL GERARDI
CHRISTOPHER R. HEALY
REBECCA M. KOPPLIN
DANIEL RIESS
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, D.C. 20001
Telephone: (202) 514-5838
Email: Justin.Sandberg@usdoj.gov
*Counsel for Federal Defendants*

/s/ Mark L. Rienzi
Eric C. Rassbach – No. 288041
Mark L. Rienzi – *pro hac vice*
Lori H. Windham – *pro hac vice*
Diana M. Verm – *pro hac vice*
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20036
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
*erassbach@becketlaw.org*
*Counsel for Defendant-Intervenor The Little Sisters of the Poor*

Dated: January 31, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
KATHLEEN BOERGERS
Supervising Deputy Attorney General
KATAKEE KANE
Deputy Attorney General

*/s/ Karli Eisenberg*
KARLI EISENBERG
Supervising Deputy Attorney General
*Attorneys for Plaintiff the State of California*

WILLIAM TONG
Attorney General of Connecticut
MAURA MURPHY OSBORNE
Assistant Attorney General
*Attorneys for Plaintiff the State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware
CHRISTIAN DOUGLAS WRIGHT
Director of Impact Litigation
JESSICA M. WILLEY
Deputy Attorney General
*Attorneys for Plaintiff the State of Delaware*

KARL A. RACINE
Attorney General of the District of Columbia
KATHLEEN KONOPKA
Deputy Attorney General, Public Advocacy Division
*Attorneys for Plaintiff the District of Columbia*

CLARE E. CONNORS
Attorney General of Hawaii
ERIN N. LAU
Deputy Attorney General
*Attorneys for Plaintiff the State of Hawaii*

KWAME RAOUL
Attorney General of Illinois
HARPREET K. KHERA
Deputy Bureau Chief,
Special Litigation Bureau

ELIZABETH MORRIS
Assistant Attorney General,
Special Litigation Bureau
*Attorneys for Plaintiff*
*the State of Illinois*

BRIAN E. FROSH
Attorney General of Maryland
CAROLYN A. QUATTROCKI
Deputy Attorney General
STEVE M. SULLIVAN
Solicitor General
KIMBERLY S. CAMMARATA
Director, Health Education
and Advocacy
*Attorneys for Plaintiff*
*the State of Maryland*

KEITH ELLISON
Attorney General of Minnesota
JACOB CAMPION
Assistant Attorney General
*Attorney for Plaintiff*
*the State of Minnesota,*
*by and through its*
*Department of Human Services*

LETITIA JAMES
Attorney General of New York
LISA LANDAU
Bureau Chief, Health Care Bureau
STEVEN C. WU
Deputy Solicitor General
*Attorneys for Plaintiff*
*the State of New York*

JOSHUA H. STEIN
Attorney General of North Carolina
SRIPRIYA NARASIMHAN
Deputy General Counsel
*Attorneys for Plaintiff*
*the State of North Carolina*

PETER F. NERONHA
Attorney General of Rhode Island
MICHAEL W. FIELD
Assistant Attorney General
*Attorneys for Plaintiff*
*the State of Rhode Island*

T.J. DONOVAN
Attorney General of Vermont
ELEANOR SPOTTSWOOD
Assistant Attorney General

*Attorneys for Plaintiff
the State of Vermont*

MARK R. HERRING
Attorney General of Virginia
SAMUEL T. TOWELL
Deputy Attorney General
*Attorneys for Plaintiff
the Commonwealth of Virginia*

ROBERT F. FERGUSON
Attorney General of Washington
JEFFREY T. SPRUNG
Assistant Attorney General
*Attorneys for Plaintiff
the State of Washington*

Dated: January 31, 2022

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General of Oregon

*/s/ J. Nicole DeFever*
(as authorized on 1/31/22)
J. NICOLE DEFEVER,
CA Bar No. 191525
Senior Assistant Attorney General
*Attorneys for Plaintiff-Intervenor
the State of Oregon*

*/s/ Kevin Theriot*
Kevin Theriot
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
Facsimile: (480) 444-0028
Email: ktheriot@adflegal.org
*Counsel for Defendant-Intervenor
March for Life Education and Defense
Fund*