BRIAN NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MICHELLE R. BENNETT
Assistant Branch Director
MICHAEL GERARDI, DC Bar No. 1017949
CHRISTOPHER R. HEALY
REBECCA M. KOPPLIN
DANIEL RIESS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20001
Telephone: (202) 616-0680
Email: michael.j.gerardi@usdoj.gov
*Counsel for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No.: 4:17-cv-5783-HSG |
| Plaintiffs, | |
| v. | **JOINT STATUS REPORT** |
| XAVIER BECERRA, Secretary of Health and Human Services, *et al.*, | |
| Defendants, | |
| and, | |
| THE LITTLE SISTERS OF THE POOR, JEANNE JUGAN RESIDENCE, *et al.*, | |
| Defendant-Intervenors | |

On August 17, 2021 the Court stayed this case and ordered the parties to file status reports every three months. ECF No. 467. The parties report as follows:

1. This case concerns the validity of two rules which create a moral exemption, and

expand a religious exemption, to the rules establishing the contraceptive coverage requirement.  *See* Religious Exemptions and Accommodations for Coverage of Certain Preventive Services Under the ACA, 83 Fed. Reg. 57,536 (Nov. 15, 2018); Moral Exemptions and Accommodations for Coverage of Certain Preventive Services Under the ACA, 83 Fed. Reg. 57,592 (Nov. 15, 2018).

2. The Court has before it fully briefed dispositive motions, *see* ECF Nos. 311, 366, 368, 370, as well as supplemental briefs addressing the Supreme Court's decision in *Little Sisters of the Poor Saints Peter & Paul Home v. Pennsylvania*, 140 S. Ct. 2367 (2020), *see* ECF Nos. 433, 435, 437, 438, 440.

3. On August 3, 2021, the parties filed a joint status report, in which Federal Defendants asked the Court to stay the case to permit the defendant agencies to evaluate the issues presented by this litigation, as well as their regulatory and policy options.  ECF No. 462.  The Court had once previously held the motions in abeyance.  ECF No. 454.  Plaintiffs and intervenor March for Life did not object to the request.  Intervenor Little Sisters objected.

4. On August 16, 2021, Federal Defendants announced that "[t]he Departments [of Health and Human Services, Treasury, and Labor] intend to initiate rulemaking within 6 months to amend the 2018 final regulations and obtaining public input will be included as part of the Departments' rulemaking process."  CMS.Gov, Frequently Asked Questions, Affordable Care Act Implementation FAQs (Set 48) (Aug. 16, 2021) (available at https://www.cms.gov/CCIIO/Resources/Fact-Sheets-and-FAQs#Affordable_Care_Act).

5. On August 17, 2021, the Court held a case management conference.  The Court granted Federal Defendants' request to stay the case and directed "counsel . . . to e-file a joint status report every three months."  ECF No. 467.

6. The parties filed their last status report on May 2, 2022.  Federal Defendants reported that they were continuing to work toward rulemaking as described in the

August 16, 2021 guidance. ECF No. 470. The Court held a status conference on May 17, 2022.

7. Since the Court held its status conference, Federal Defendants have made meaningful progress toward publishing a Notice of Proposed Rulemaking to amend the 2018 final regulations. Specifically, on July 8, 2022, Federal Defendants submitted a draft proposed rule to the Office of Management and Budget (OMB) for review by its Office of Information and Regulatory Affairs (OIRA) pursuant to Executive Order 12866. See Coverage of Certain Preventive Services Under the Affordable Care Act (CMS-9903), https://www.reginfo.gov/public/do/eoDetails?rrid=254114. Federal Defendants intend to publish the new Notice of Proposed Rulemaking in the Federal Register upon completion of that review.

8. Federal Defendants cannot control the timing of OIRA's review, but they recognize the importance of moving this case forward and will continue to work toward publishing the new Notice of Proposed Rulemaking as quickly as is possible consistent with ongoing resource limitations and prudent decision-making.

9. Federal Defendants propose that the case remain stayed and that Federal Defendants continue to file status reports every 90 days to apprise the Court of the status of the rulemaking and their position on the need for a continued stay.

10. Plaintiff States do not object to the Federal Defendants' proposal.

11. Intervenor Little Sisters of the Poor maintains that this lawsuit should resume and be resolved against the Plaintiff States, for the reasons it has previously given the Court. The Little Sisters respectfully request a status conference to discuss resuming the case and setting an appropriate schedule.

12. Intervenor March for Life does not object to the Federal Defendants' proposal.

| | |
|---|---|
| Dated: August 1, 2022 | Respectfully submitted,<br><br>BRIAN NETTER<br>Deputy Assistant Attorney General<br><br>STEPHANIE HINDS<br>United States Attorney<br><br>MICHELLE R. BENNETT<br>Assistant Branch Director<br><br>/s/ *Michael J. Gerardi*<br>MICHAEL J. GERARDI<br>DC Bar No. 1017949<br>CHRISTOPHER R. HEALY<br>REBECCA M. KOPPLIN<br>DANIEL RIESS<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L Street NW<br>Washington, D.C. 20001<br>Telephone: (202) 616-0680<br>Email: michael.j.gerardi@usdoj.gov<br>*Counsel for Federal Defendants*<br><br>/s/ *Mark L. Rienzi*<br>Eric C. Rassbach – No. 288041<br>Mark L. Rienzi – *pro hac vice*<br>Lori H. Windham – *pro hac vice*<br>Diana M. Verm – *pro hac vice*<br>The Becket Fund for Religious Liberty<br>1919 Pennsylvania Ave. NW, Suite 400<br>Washington, DC 20036<br>Telephone: (202) 955-0095<br>Facsimile: (202) 955-0090<br>*erassbach@becketlaw.org*<br>*Counsel for Defendant-Intervenor The Little Sisters of the Poor* |

| | |
|---|---|
| Dated: August 1, 2022 | Respectfully submitted, |
| | ROB BONTA<br>Attorney General of California<br>KATHLEEN BOERGERS<br>Supervising Deputy Attorney General<br>KATAKEE KANE<br>Deputy Attorney General |
| | */s/ Karli Eisenberg*<br>KARLI EISENBERG<br>Supervising Deputy Attorney General<br>*Attorneys for Plaintiff the State of California* |
| | WILLIAM TONG<br>Attorney General of Connecticut<br>MAURA MURPHY OSBORNE<br>Assistant Attorney General<br>*Attorneys for Plaintiff the State of Connecticut* |
| | KATHLEEN JENNINGS<br>Attorney General of Delaware<br>CHRISTIAN DOUGLAS WRIGHT<br>Director of Impact Litigation<br>JESSICA M. WILLEY<br>Deputy Attorney General<br>*Attorneys for Plaintiff the State of Delaware* |
| | KARL A. RACINE<br>Attorney General of the District of Columbia<br>KATHLEEN KONOPKA<br>Deputy Attorney General, Public Advocacy Division<br>*Attorneys for Plaintiff the District of Columbia* |
| | CLARE E. CONNORS<br>Attorney General of Hawaii<br>ERIN N. LAU<br>Deputy Attorney General<br>*Attorneys for Plaintiff the State of Hawaii* |
| | KWAME RAOUL<br>Attorney General of Illinois<br>HARPREET K. KHERA<br>Deputy Bureau Chief, Special Litigation Bureau |

```
 1                                    ELIZABETH MORRIS
                                      Assistant Attorney General,
 2                                    Special Litigation Bureau
                                      Attorneys for Plaintiff
 3                                    the State of Illinois

 4                                    BRIAN E. FROSH
                                      Attorney General of Maryland
 5                                    CAROLYN A. QUATTROCKI
                                      Deputy Attorney General
 6                                    STEVE M. SULLIVAN
                                      Solicitor General
 7                                    KIMBERLY S. CAMMARATA
                                      Director, Health Education
 8                                    and Advocacy
                                      Attorneys for Plaintiff
 9                                    the State of Maryland

10                                    KEITH ELLISON
                                      Attorney General of Minnesota
11                                    JACOB CAMPION
                                      Assistant Attorney General
12                                    Attorney for Plaintiff
                                      the State of Minnesota,
13                                    by and through its
                                      Department of Human Services
14
                                      LETITIA JAMES
15                                    Attorney General of New York
                                      LISA LANDAU
16                                    Bureau Chief, Health Care Bureau
                                      STEVEN C. WU
17                                    Deputy Solicitor General
                                      Attorneys for Plaintiff
18                                    the State of New York

19                                    JOSHUA H. STEIN
                                      Attorney General of North Carolina
20                                    SRIPRIYA NARASIMHAN
                                      Deputy General Counsel
21                                    Attorneys for Plaintiff
                                      the State of North Carolina
22
                                      PETER F. NERONHA
23                                    Attorney General of Rhode Island
                                      MICHAEL W. FIELD
24                                    Assistant Attorney General
                                      Attorneys for Plaintiff
25                                    the State of Rhode Island

26                                    T.J. DONOVAN
                                      Attorney General of Vermont
27                                    ELEANOR SPOTTSWOOD
                                      Assistant Attorney General
28
```

| | |
|---|---|
| | *Attorneys for Plaintiff*<br>*the State of Vermont* |
| | ROBERT F. FERGUSON<br>Attorney General of Washington<br>JEFFREY T. SPRUNG<br>Assistant Attorney General<br>*Attorneys for Plaintiff*<br>*the State of Washington* |
| Dated: August 1, 2022 | Respectfully submitted, |
| | ELLEN F. ROSENBLUM<br>Attorney General of Oregon |
| | */s/ J. Nicole DeFever*<br>(as authorized on 08/01/22)<br>J. NICOLE DEFEVER,<br>CA Bar No. 191525<br>Senior Assistant Attorney General<br>*Attorneys for Plaintiff-Intervenor*<br>*the State of Oregon* |
| | */s/ Kenneth J. Connelly*<br>KENNETH J. CONNELLY, AZ Bar No. 25420<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>Telephone: (480) 444-0020<br>Facsimile: (480) 444-0028<br>Email: kconnelly@ADFlegal.org<br>*Counsel for Defendant-Intervenor*<br>*March for Life Education and Defense Fund* |