AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br>*Plaintiff*<br>v.<br>XAVIER BECERRA, Secretary of Health and Human<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.    4:17-cv-05783-HSG

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant-Intervenor, The Little Sisters of the Poor, Jeanne Jugan Residence, et al.                    .

Date:      08/31/2022

/s/ Daniel L. Chen
*Attorney's signature*

Daniel L. Chen, 312576
*Printed name and bar number*

The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006

*Address*

dchen@becketlaw.org
*E-mail address*

(202) 955-0095
*Telephone number*

(202) 955-0090
*FAX number*