|   |   |
|---|---|
| 1 | LISA CISNEROS |
| 2 | Deputy Attorney General (former) |
|   | State Bar No. 251473 |
| 3 | 455 Golden Gate Avenue, Suite 11000 |
|   | San Francisco, CA 94102-7020 |
| 4 | Telephone: (415) 510-3438 |
|   | E-mail: Lisa.Cisneros@doj.ca.gov |
| 5 | *Former Attorney for Plaintiff State of California* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| STATE OF CALIFORNIA, ET AL., | Case No. 4:17-cv-5783-HSG |
|---|---|
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. |   |
| XAVIER BECERRA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL., |   |
| Defendants, |   |
| and, |   |
| **THE LITTLE SISTERS OF THE POOR, JEAN JUGAN RESIDECE, ET AL.,** |   |
| Defendant-Intervenors. |   |

**PLEASE TAKE NOTICE** that attorney Lisa Cisneros withdraws her appearance as counsel for Plaintiff State of California. The State of California will continue to be represented by other counsel who have entered appearances in this case.

| | | |
|---|---|---|
| 1 | Dated: September 20, 2022 | Respectfully submitted, |
| 2 | | |
| 3 | | |
| 4 | | /s/ *Lisa Cisneros* |
| 5 | | LISA CISNEROS<br>Deputy Attorney General (former) |

2