Mark Rienzi *pro hac vice*
Eric C. Rassbach – No. 288041
Lori Windham *pro hac vice*
Diana Verm Thomson *pro hac vice*
Adèle Auxier Keim *pro hac vice* pending
Daniel L. Chen – No. 312576
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
mrienzi@becketlaw.org

Anthony K. Zand
The Busch Firm
2532 Dupont Drive
Irvine, CA 92612
Telephone: (949) 774-1888
azand@buschfirm.com

*Counsel for Proposed Defendant-Intervenor Little Sisters of the Poor, St. Mary's Home*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

STATE OF CALIFORNIA, *et al.*,

Plaintiffs,

v.

XAVIER BECERRA, Secretary of Health and Human Services, *et al.*,

Defendants,

and,

THE LITTLE SISTERS OF THE POOR, JEANNE JUGAN RESIDENCE, *et al.*,

Defendant-Intervenors.

Case No. 4:17-cv-05783-HSG

**SECOND DECLARATION OF MOTHER PROVINCIAL JULIE MARIE HORSEMAN**

I, Mother Provincial Julie Marie Horseman, hereby declare as follows:

1. I am over the age of 21 and am capable of making this declaration pursuant to 28 U.S.C. § 1746. I have not been convicted of a felony or crime involving dishonesty. I make this declaration based on my personal knowledge and experience of the Little Sisters, our organization, our ministry, and our religious beliefs and practices.

2. I am the Mother Provincial of the Chicago Province of the Little Sisters of the Poor. The Chicago Province includes Little Sisters homes in Illinois, Colorado, New Mexico, Missouri, Kentucky, Minnesota, and California.

3. I have been a Little Sister for 23 years and have served in leadership positions in the order for 6 years. I became Mother Provincial in 2021.

4. As Mother Provincial for the Chicago Province, I am responsible for overseeing the Jeanne Jugan Residence of the Little Sisters in San Pedro, California ("the San Pedro Home"), which I understand is the Little Sisters' home that intervened in this litigation.

5. I understand that, while this case has been pending at the California district court following the Supreme Court's decision, the San Pedro Home has explored the possibility of a sale due to changes unrelated to this litigation.

6. I understand that the San Pedro Home has been moving forward with a potential sale of the Home.

7. At this time, the San Pedro Home has closed its skilled nursing unit and absorbed most of the unit's residents into the assisted living unit in the Home.

8. The San Pedro Home is working toward entering into a management agreement of the assisted living unit with a potential buyer. The management company will provide all the employees for the facility.

9. A prior sale of the San Pedro Home to the same potential buyer was canceled due to environmental issues that we became aware of on the property. That cancelation resulted in a letter from Fr. Mark Cregan to the California Attorney General withdrawing notice of the proposed sale on March 28, 2022.

10. The San Pedro Home still intends to move forward with a sale of the property to the potential buyer once the environmental issues have been resolved.

11. At this time, I still believe a sale will take place within six months to a year, depending on the regulatory process.

12. I understand that the corporate entity—the Jeanne Jugan Residence of the Little Sisters of the Poor in San Pedro, California—would continue to exist following any potential sale but would experience a drastic and possibly complete reduction in its employee workforce. While it is possible the San Pedro Home would later acquire another facility and resume operations, there is no guarantee they will ever do so.

13. If the district court permits the Little Sisters Chicago to intervene on the condition that the San Pedro Home withdraw from the litigation, the San Pedro Home is willing to withdraw from the litigation after intervention is granted to the Little Sisters Chicago.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23 th day of September, 2022,

Mother Provincial Julie Marie Horseman

Mother Provincial Julie Marie Horseman