BRIAN NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MICHELLE R. BENNETT
Assistant Branch Director
REBECCA M. KOPPLIN, Cal. Bar No. 313970
MICHAEL GERARDI
CHRISTOPHER R. HEALY
DANIEL RIESS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 514-3953
Email: rebecca.m.kopplin@usdoj.gov
*Counsel for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.,* | Case No.: 4:17-cv-5783-HSG |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | |
| XAVIER BECERRA, Secretary of Health and Human Services, *et al.*, | |
| Defendants, | |
| and, | |
| THE LITTLE SISTERS OF THE POOR, JEANNE JUGAN RESIDENCE, *et al.*, | |
| Defendant-Intervenors | |

On August 17, 2021 the Court stayed this case and ordered the parties to file status reports every three months. ECF No. 467. The parties report as follows:

1. This case concerns the validity of two rules which create a moral exemption, and

expand a religious exemption, to the rules establishing the contraceptive coverage requirement.  *See* Religious Exemptions and Accommodations for Coverage of Certain Preventive Services Under the ACA, 83 Fed. Reg. 57,536 (Nov. 15, 2018); Moral Exemptions and Accommodations for Coverage of Certain Preventive Services Under the ACA, 83 Fed. Reg. 57,592 (Nov. 15, 2018).

2. The Court has before it fully briefed dispositive motions, *see* ECF Nos. 311, 366, 368, 370, as well as supplemental briefs addressing the Supreme Court's decision in *Little Sisters of the Poor Saints Peter & Paul Home v. Pennsylvania*, 140 S. Ct. 2367 (2020), *see* ECF Nos. 433, 435, 437, 438, 440.

3. On August 3, 2021, the parties filed a joint status report, in which Federal Defendants asked the Court to stay the case to permit the defendant agencies to evaluate the issues presented by this litigation, as well as their regulatory and policy options.  ECF No. 462.  The Court had once previously held the motions in abeyance.  ECF No. 454.  Plaintiffs and intervenor March for Life did not object to the request.  Intervenor Little Sisters objected.

4. On August 16, 2021, Federal Defendants announced that "[t]he Departments [of Health and Human Services, Treasury, and Labor] intend to initiate rulemaking within 6 months to amend the 2018 final regulations and obtaining public input will be included as part of the Departments' rulemaking process."  CMS.Gov, Frequently Asked Questions, Affordable Care Act Implementation FAQs (Set 48) (Aug. 16, 2021) (available at https://www.cms.gov/CCIIO/Resources/Fact-Sheets-and-FAQs#Affordable_Care_Act).

5. On August 17, 2021, the Court held a case management conference.  The Court granted Federal Defendants' request to stay the case and directed "counsel . . . to e-file a joint status report every three months."  ECF No. 467.

6. The Court held another status conference on May 17, 2022.

7. On July 8, 2022, Federal Defendants submitted a draft proposed rule to the Office

of Management and Budget (OMB) for review by its Office of Information and Regulatory Affairs (OIRA) pursuant to Executive Order 12866. See Coverage of Certain Preventive Services Under the Affordable Care Act (CMS-9903), https://www.reginfo.gov/public/do/eoDetails?rrid=254114.

8. The Federal Defendants report that they are continuing to work with OIRA to prepare the Notice of Proposed Rulemaking for publication as quickly as is possible consistent with ongoing resource limitations and prudent decision-making.

9. Federal Defendants propose that the case remain stayed and that Federal Defendants continue to file status reports every 90 days to apprise the Court of the status of the rulemaking and their position on the need for a continued stay.

10. Plaintiff States do not object to the Federal Defendants' proposal.

11. Intervenor Little Sisters of the Poor maintains that this lawsuit should resume and be resolved against the Plaintiff States, for the reasons it has previously given the Court. The Little Sisters respectfully request a status conference to discuss resuming the case and setting an appropriate schedule.

Furthermore, on September 2, 2022, counsel for Proposed Intervenor Little Sisters of the Poor, St. Mary's Home (the "Little Sisters Chicago"), filed a motion to intervene. Intervenor-Defendant Little Sisters of the Poor Jeanne Jugan Residence (the "San Pedro Home") expects to sell its home and cease operations within the next year. Therefore, the Little Sisters Chicago seek intervention to maintain a defense of the Final Rule and any religious exemption granted by the federal government, especially given the federal government's uncertain commitment to defending the current rule. In so doing, the Little Sisters Chicago fully adopts the positions and existing briefing and filings of the San Pedro Home.

The motion to intervene is fully briefed and ripe for decision. A hearing date for the motion is set for January 19, 2023.

12. Intervenor March for Life does not oppose the Federal Defendants' proposal.

| | |
|---|---|
| Dated: November 1, 2022 | Respectfully submitted,<br><br>BRIAN NETTER<br>Deputy Assistant Attorney General<br><br>STEPHANIE HINDS<br>United States Attorney<br><br>MICHELLE R. BENNETT<br>Assistant Branch Director<br><br>/s/   Rebecca   M.   Kopplin<br>REBECCA M. KOPPLIN<br>Cal. Bar No. 313970<br>MICHAEL J. GERARDI<br>CHRISTOPHER R. HEALY<br>DANIEL RIESS<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L Street NW<br>Washington, D.C.  20005<br>Telephone:  (202) 514-3953<br>Email: rebecca.m.kopplin@usdoj.gov<br>*Counsel for Federal Defendants*<br><br>*/s/ Mark L. Rienzi*<br>Eric C. Rassbach – No. 288041<br>Mark L. Rienzi – *pro hac vice*<br>Lori H. Windham – *pro hac vice*<br>Diana Verm Thomson – *pro hac vice*<br>Adèle Auxier Keim – *pro hac vice*<br>Daniel L. Chen – No. 312576<br>The Becket Fund for Religious Liberty<br>1919 Pennsylvania Ave. NW, Suite 400<br>Washington, DC 20036<br>Telephone: (202) 955-0095<br>Facsimile: (202) 955-0090<br>*erassbach@becketlaw.org*<br>*Counsel for Defendant-Intervenor The Little Sisters of the Poor* |

Dated: November 1, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
KATHLEEN BOERGERS
Supervising Deputy Attorney General
KETAKEE KANE
Deputy Attorney General

*/s/ Karli Eisenberg*
KARLI EISENBERG
Supervising Deputy Attorney General
*Attorneys for Plaintiff the State of California*

WILLIAM TONG
Attorney General of Connecticut
MAURA MURPHY OSBORNE
Assistant Attorney General
*Attorneys for Plaintiff the State of Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware
CHRISTIAN DOUGLAS WRIGHT
Director of Impact Litigation
JESSICA M. WILLEY
Deputy Attorney General
*Attorneys for Plaintiff the State of Delaware*

KARL A. RACINE
Attorney General of the District of Columbia
KATHLEEN KONOPKA
Deputy Attorney General, Public Advocacy Division
*Attorneys for Plaintiff the District of Columbia*

CLARE E. CONNORS
Attorney General of Hawaii
ERIN N. LAU
Deputy Attorney General
*Attorneys for Plaintiff the State of Hawaii*

KWAME RAOUL
Attorney General of Illinois
HARPREET K. KHERA
Deputy Bureau Chief,
Special Litigation Bureau

ELIZABETH MORRIS
Assistant Attorney General,
Special Litigation Bureau
*Attorneys for Plaintiff*
*the State of Illinois*

BRIAN E. FROSH
Attorney General of Maryland
CAROLYN A. QUATTROCKI
Deputy Attorney General
STEVE M. SULLIVAN
Solicitor General
KIMBERLY S. CAMMARATA
Director, Health Education
and Advocacy
*Attorneys for Plaintiff*
*the State of Maryland*

KEITH ELLISON
Attorney General of Minnesota
JACOB CAMPION
Assistant Attorney General
*Attorney for Plaintiff*
*the State of Minnesota,*
*by and through its*
*Department of Human Services*

LETITIA JAMES
Attorney General of New York
LISA LANDAU
Bureau Chief, Health Care Bureau
STEVEN C. WU
Deputy Solicitor General
*Attorneys for Plaintiff*
*the State of New York*

JOSHUA H. STEIN
Attorney General of North Carolina
SRIPRIYA NARASIMHAN
Deputy General Counsel
*Attorneys for Plaintiff*
*the State of North Carolina*

PETER F. NERONHA
Attorney General of Rhode Island
MICHAEL W. FIELD
Assistant Attorney General
*Attorneys for Plaintiff*
*the State of Rhode Island*

T.J. DONOVAN
Attorney General of Vermont
ELEANOR SPOTTSWOOD
Assistant Attorney General

|   |   |   |
|---|---|---|
| | | *Attorneys for Plaintiff*<br>*the State of Vermont* |
| | | R<small>OBERT</small> F. F<small>ERGUSON</small><br>Attorney General of Washington<br>J<small>EFFREY</small> T. S<small>PRUNG</small><br>Assistant Attorney General<br>*Attorneys for Plaintiff*<br>*the State of Washington* |
| Dated: November 1, 2022 | | Respectfully submitted, |
| | | E<small>LLEN</small> F. R<small>OSENBLUM</small><br>Attorney General of Oregon |
| | |  */s/ J. Nicole DeFever*<br>(as authorized on 08/01/22)<br> J. N<small>ICOLE</small> D<small>E</small>F<small>EVER</small>,<br>CA Bar No. 191525<br>Senior Assistant Attorney General<br>*Attorneys for Plaintiff-Intervenor*<br>*the State of Oregon* |
| | | */s/ Kenneth J. Connelly*<br>KENNETH J. CONNELLY, AZ Bar No. 25420<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>Telephone: (480) 444-0020<br>Facsimile: (480) 444-0028<br>Email: kconnelly@ADFlegal.org<br> *Counsel for Defendant-Intervenor*<br>*March for Life Education and Defense Fund* |