Mark Rienzi *pro hac vice*
Eric C. Rassbach – No. 288041
Lori Windham *pro hac vice*
Diana Verm Thomson *pro hac vice*
Adèle Auxier Keim *pro hac vice*
Daniel L. Chen – No. 312576
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
mrienzi@becketlaw.org

Anthony K. Zand
The Busch Firm
2532 Dupont Drive
Irvine, CA 92612
Telephone: (949) 774-1888
azand@buschfirm.com

*Counsel for Defendant-Intervenors*
*Little Sisters of the Poor, Jeanne Jugan Residence and*
*Little Sisters of the Poor, St. Mary's Home*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>XAVIER BECERRA, Secretary of Health and Human Services, *et al.*,<br><br>　　　　　　　　　　Defendants,<br>　and<br><br>THE LITTLE SISTERS OF THE POOR, JEANNE JUGAN RESIDENCE, and<br>THE LITTLE SISTERS OF THE POOR, ST. MARY'S HOME,<br><br>　　　　　　　　　　Defendant-Intervenors. | Case No. 4:17-cv-05783-HSG<br><br>**DEFENDANT-INTERVENOR LITTLE SISTERS OF THE POOR, JEANNE JUGAN RESIDENCE'S NOTICE OF WITHDRAWAL**<br><br>Date Filed: January 25, 2023<br>Judge: Hon. Haywood S. Gilliam, Jr. |

1

Per the Court's order of January 19, 2023, ECF No. 486, Defendant-Intervenor Little Sisters of the Poor, St. Mary's Home ("Little Sisters Chicago") has been granted intervention. Accordingly, Defendant-Intervenor Little Sisters of the Poor, Jeanne Jugan Residence ("Little Sisters San Pedro"), hereby withdraws from this action. As agreed in its motion papers, Little Sisters Chicago adopts all of Little Sisters San Pedro's prior pleadings and briefing in this case. *See* ECF No. 480 at 1.

Dated: January 25, 2022                    Respectfully submitted,

/s/ Mark Rienzi
Mark Rienzi *pro hac vice*
Eric C. Rassbach – No. 288041
Lori Windham *pro hac vice*
Diana Verm Thomson *pro hac vice*
Adèle Auxier Keim *pro hac vice*
Daniel L. Chen – No. 312576
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
Telephone: (202) 955-0095
Facsimile: (202) 955-0090

*Counsel for Defendant-Intervenors Little Sisters of the Poor, Jeanne Jugan Residence and Little Sisters of the Poor, St. Mary's Home*