1  BRIAN NETTER
   Deputy Assistant Attorney General
2  STEPHANIE HINDS
   United States Attorney
3  MICHELLE R. BENNETT
   Assistant Branch Director
4  MICHAEL GERARDI, DC Bar No. 1017949
   CHRISTOPHER R. HEALY
5  REBECCA M. KOPPLIN
   DANIEL RIESS
6  Trial Attorneys
   United States Department of Justice
7  Civil Division, Federal Programs Branch
   1100 L Street NW
8  Washington, D.C.  20001
   Telephone:  (202) 616-0680
9  Email: michael.j.gerardi@usdoj.gov
   *Counsel for Federal Defendants*

10

11

12                  **IN THE UNITED STATES DISTRICT COURT**

13              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                            **OAKLAND DIVISION**

15  _____
                                            )
16  STATE OF CALIFORNIA, *et al.,*          )  Case No.: 4:17-cv-5783-HSG
                                            )
17                        Plaintiffs,       )
                                            )  **JOINT STATUS REPORT**
18          v.                              )
                                            )
19  XAVIER BECERRA, Secretary of            )
    Health and Human Services, *et al.,*    )
20                                          )
                        Defendants,         )
21                                          )
            and,                            )
22                                          )
    THE LITTLE SISTERS OF THE POOR,         )
23  ST. MARY'S HOME, *et al.,*              )
                                            )
24                    Defendant-Intervenors )
    _____)
25
            On August 17, 2021, the Court stayed this case and ordered the parties to file status
26
    reports every three months.  ECF No. 467.  The parties report as follows:
27
            1.  This case concerns the validity of two rules which create a moral exemption, and
28
                                            1

expand a religious exemption, to the rules establishing the contraceptive coverage requirement. *See* Religious Exemptions and Accommodations for Coverage of Certain Preventive Services Under the ACA, 83 Fed. Reg. 57,536 (Nov. 15, 2018); Moral Exemptions and Accommodations for Coverage of Certain Preventive Services Under the ACA, 83 Fed. Reg. 57,592 (Nov. 15, 2018).

2. The Court has before it fully briefed dispositive motions, *see* ECF Nos. 311, 366, 368, 370, as well as supplemental briefs addressing the Supreme Court's decision in *Little Sisters of the Poor Saints Peter & Paul Home v. Pennsylvania*, 140 S. Ct. 2367 (2020), *see* ECF Nos. 433, 435, 437, 438, 440.

3. On August 3, 2021, the parties filed a joint status report, in which Federal Defendants asked the Court to stay the case to permit the defendant agencies to evaluate the issues presented by this litigation, as well as their regulatory and policy options. ECF No. 462. The Court had once previously held the motions in abeyance. ECF No. 454. Plaintiffs and intervenor March for Life did not object to the request. Intervenor Little Sisters objected.

4. On August 16, 2021, Federal Defendants announced that "[t]he Departments [of Health and Human Services, Treasury, and Labor] intend to initiate rulemaking within 6 months to amend the 2018 final regulations and obtaining public input will be included as part of the Departments' rulemaking process." CMS.Gov, Frequently Asked Questions, Affordable Care Act Implementation FAQs (Set 48) (Aug. 16, 2021) (available at https://www.cms.gov/CCIIO/Resources/Fact-Sheets-and-FAQs#Affordable_Care_Act).

5. On August 17, 2021, the Court held a case management conference. The Court granted Federal Defendants' request to stay the case and directed "counsel . . . to e-file a joint status report every three months." ECF No. 467.

6. The Court held another status conference on May 17, 2022.

7. The Federal Defendants report that they have made available for public inspection

a notice of proposed rulemaking that would "amend regulations regarding coverage of certain preventive services under the Patient Protection and Affordable Care Act, which requires non-grandfathered group health plans and non-grandfathered group or individual health insurance coverage to cover certain contraceptive services without cost sharing." U.S. Dep't of Treasury, U.S. Dept't of Labor, & Dep't of Health & Human Servs., *Coverage of Certain Preventive Services Under the Affordable Care Act* (Jan. 30, 2023), https://public-inspection.federalregister.gov/2023-01981.pdf (unpublished, public inspection version). The proposed rule is scheduled to be published on February 2, 2023. The comment period for the proposed rule will be open for sixty days after the publication of the rule.

8. Federal Defendants propose that the case remain stayed and that Federal Defendants continue to file status reports every three months to apprise the Court of the status of the rulemaking and their position on the need for a continued stay. The next status report will therefore be due on May 1, 2023.

9. Plaintiff States do not oppose the proposal of the Federal Defendants.

10. Intervenor March for Life does not oppose the proposal of the Federal Defendants.

11. Intervenor Little Sisters of the Poor proposes that the case be re-opened now. The Notice of Proposed Rulemaking sets forth the federal government's proposal to "**maintain** the religious exemption from the November 2018 Religious Exemption final rules." Notice of Proposed Rulemaking, *Coverage of Certain Preventive Services*, at 36 (emphasis added). If the plaintiff States still believe such a religious exemption is illegal—which they have claimed to this Court since 2017—then they should litigate that claim now. If the plaintiff States have had a change of heart and now agree with the federal government that a religious exemption is legal, and that governments can deliver contraceptives to women without the involvement of religious objectors, then the Court should just enter

judgment against them because they have conceded their case. The governments'
proposed third way—essentially an indefinite stay in this Court so that they can
keep the *political* issue alive into a second decade or a fourth presidential
administration—is an abuse of this Court.

The States' failure to prosecute their case over the past several years stands in
sharp contrast to their initial representations to this Court that a religious
exemption was both (a) illegal and (b) so deeply and urgently harmful that this
Court needed to act on an emergency basis, twice, to make sure no such exemption
ever took effect, even for a minute. The intervening years of failure to prosecute,
even while the supposedly dangerous religious exemption has been in effect,
debunk those claims. Worse, original lead plaintiff Xavier Becerra—who once
insisted that this Court needed to act urgently because religious exemptions were
illegal and would stop governments from getting contraceptives to women—has
now announced that a rule **<u>retaining</u>** the very same religious exemption in fact
"works to ensure that the tens of millions of women across the country who have
and will benefit from the ACA will be protected. It says to women across the
country, we have your back." U.S. Dep't of Health and Human Servs., *Biden-Harris Administration Proposes New Rules to Expand Access to Birth Control*
(Jan. 30, 2023), https://www.hhs.gov/about/news/2023/01/30/biden-harris-administration-proposes-new-rules-expand-access-birth-control-coverage-under-affordable-care-act.html (quoting Secretary Becerra).

The religious exemption has been in effect for years, is in effect today, and
the Notice of Proposed Rulemaking now proposes to keep it in effect. There is no
further reason for delay. The Little Sisters respectfully request that this case be re-opened and litigated or conceded to swift and final resolution.

1   Dated: February 1, 2023                         Respectfully submitted,

2                                                    BRIAN NETTER
                                                     Deputy Assistant Attorney General
3
                                                     STEPHANIE HINDS
4                                                    United States Attorney

5                                                    MICHELLE R. BENNETT
                                                     Assistant Branch Director
6
                                                     /s/  *Michael  J.  Gerardi*
7                                                    MICHAEL J. GERARDI
                                                     DC Bar No. 1017949
8                                                    CHRISTOPHER R. HEALY
                                                     REBECCA M. KOPPLIN
9                                                    DANIEL RIESS
                                                     Trial Attorneys
10                                                   United States Department of Justice
                                                     Civil Division
11                                                   Federal Programs Branch
                                                     1100 L Street NW
12                                                   Washington, D.C.  20001
                                                     Telephone:  (202) 616-0680
13                                                   Email: michael.j.gerardi@usdoj.gov
                                                     *Counsel for Federal Defendants*
14
                                                     */s/ Mark L. Rienzi*
15                                                   Eric C. Rassbach – No. 288041
                                                     Mark L. Rienzi – *pro hac vice*
16                                                   Lori H. Windham – *pro hac vice*
                                                     Diana Verm Thomson – *pro hac vice*
17                                                   Adèle Auxier Keim – *pro hac vice*
                                                     Daniel L. Chen – No. 312576
18
                                                     The Becket Fund for Religious Liberty
19                                                   1919 Pennsylvania Ave. NW, Suite
                                                     400
20                                                   Washington, DC 20036
                                                     Telephone: (202) 955-0095
21                                                   Facsimile: (202) 955-0090
                                                     erassbach@becketlaw.org
22                                                   *Counsel for Defendant-Intervenor The*
                                                     *Little Sisters of the Poor*
23

24

25

26

27

28

Dated: November 1, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
KATHLEEN BOERGERS
Supervising Deputy Attorney General
KATAKEE KANE
Deputy Attorney General

*/s/ Karli Eisenberg*
KARLI EISENBERG
Supervising Deputy Attorney General
*Attorneys for Plaintiff the State of
California*

WILLIAM TONG
Attorney General of Connecticut
MAURA MURPHY OSBORNE
Assistant Attorney General
*Attorneys for Plaintiff the State of
Connecticut*

KATHLEEN JENNINGS
Attorney General of Delaware
CHRISTIAN DOUGLAS WRIGHT
Director of Impact Litigation
JESSICA M. WILLEY
Deputy Attorney General
*Attorneys for Plaintiff
the State of Delaware*

BRIAN SCHWALB
Attorney General of the
 District of Columbia
KATHLEEN KONOPKA
Deputy Attorney General,
Public Advocacy Division
*Attorneys for Plaintiff the District of
Columbia*

LOIO KUHINA
Attorney General of Hawaii
ERIN N. LAU
Deputy Attorney General
*Attorneys for Plaintiff
the State of Hawaii*

KWAME RAOUL
Attorney General of Illinois
HARPREET K. KHERA
Deputy Bureau Chief,
Special Litigation Bureau

ELIZABETH MORRIS
Assistant Attorney General,
Special Litigation Bureau
*Attorneys for Plaintiff*
*the State of Illinois*

ANTHONY G. BROWN
Attorney General of Maryland
CAROLYN A. QUATTROCKI
Deputy Attorney General
STEVE M. SULLIVAN
Solicitor General
KIMBERLY S. CAMMARATA
Director, Health Education
and Advocacy
*Attorneys for Plaintiff*
*the State of Maryland*

KEITH ELLISON
Attorney General of Minnesota
JACOB CAMPION
Assistant Attorney General
*Attorney for Plaintiff*
*the State of Minnesota,*
*by and through its*
*Department of Human Services*

LETITIA JAMES
Attorney General of New York
LISA LANDAU
Bureau Chief, Health Care Bureau
STEVEN C. WU
Deputy Solicitor General
*Attorneys for Plaintiff*
*the State of New York*

JOSHUA H. STEIN
Attorney General of North Carolina
SRIPRIYA NARASIMHAN
Deputy General Counsel
*Attorneys for Plaintiff*
*the State of North Carolina*

PETER F. NERONHA
Attorney General of Rhode Island
MICHAEL W. FIELD
Assistant Attorney General
*Attorneys for Plaintiff*
*the State of Rhode Island*

CHARITY R. CLARK
Attorney General of Vermont
ELEANOR SPOTTSWOOD
Assistant Attorney General

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Attorneys for Plaintiff*
*the State of Vermont*

ROBERT F. FERGUSON
Attorney General of Washington
JEFFREY T. SPRUNG
Assistant Attorney General
*Attorneys for Plaintiff*
*the State of Washington*

Dated:  November 1, 2022

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General of Oregon

*/s/ J. Nicole DeFever*
(as authorized on 08/01/22)
 J. NICOLE DEFEVER,
CA Bar No. 191525
Senior Assistant Attorney General
*Attorneys for Plaintiff-Intervenor*
*the State of Oregon*

*/s/ Kenneth J. Connelly*
KENNETH J. CONNELLY, AZ Bar
No. 25420
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone:  (480) 444-0020
Facsimile:  (480) 444-0028
Email: kconnelly@ADFlegal.org
 *Counsel for Defendant-Intervenor*
*March for Life Education and Defense*
*Fund*

8