1 | ROB BONTA
Attorney General of California
2 | KATHLEEN BOERGERS
Supervising Deputy Attorney General
3 | KETAKEE KANE
Deputy Attorney General
4 | KARLI EISENBERG, State Bar No. 281923
Supervising Deputy Attorney General
5 |   1300 I Street, Suite 125
  P.O. Box 944255
6 |   Sacramento, CA 95814
  Telephone: (916) 324-5567
7 | E-mail:  Karli.Eisenberg@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.* | Case No. 4:17-cv-5783-HSG |
| Plaintiffs, | |
| v. | **STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF COMMONWEALTH OF VIRGINIA'S CLAIMS WITH PREJUDICE** |
| XAVIER BECERRA, Secretary of Health and Human Services, *et al.*, | |
| Defendants, | |
| and, | |
| THE LITTLE SISTERS OF THE POOR, ST. MARY'S HOME, *et al.*, | |
| Defendant-Intervenors | |

1

Plaintiffs, Plaintiff-Intervenor State of Oregon,[1] Defendants, and Defendant-Intervenors, by and through their undersigned counsel, respectfully submit this Stipulation of Voluntary Dismissal of Plaintiff Commonwealth of Virginia's Claims with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

WHEREAS, Plaintiff State of California filed a Complaint, ECF No. 1, in this action on October 6, 2017, challenging two Interim Final Rules issued by the U.S. Department of Health and Human Services, in conjunction with the U.S. Department of Labor and U.S. Department of the Treasury, that expanded the scope of the religious exemption, and created a new moral exemption, to the contraceptive mandate of the Patient Protection and Affordable Care Act;

WHEREAS, the Commonwealth of Virginia, along with the State of Delaware, the State of Maryland, and the State of New York, joined the State of California in a First Amended Complaint against the Secretary of the U.S. Department of Health & Human Services, the U.S. Department of Health and Human Services, the Secretary of the U.S. Department of Labor, the U.S. Department of Labor, the Secretary of the U.S. Department of the Treasury, and the U.S. Department of the Treasury (collectively, "Defendants"), filed on November 1, 2017, see ECF No. 24;

WHEREAS, the Little Sisters of the Poor, St. Mary's Home and the March for Life Education and Defense Fund (collectively, "Defendant-Intervenors") were permitted by this Court to intervene in the lawsuit. See ECF Nos. 486, 134;

WHEREAS, the operative complaint in this matter, ECF No. 170, was filed on December 18, 2018 by the State of California, the State of Connecticut, the State of Delaware, the District of Columbia, the State of Hawaii, the State of Illinois, the State of Maryland, the State of Minnesota by and through its Department of Human Services, the State of New York, the State of North Carolina, the State of Rhode Island, the State of Vermont, the Commonwealth of Virginia, and the State of Washington (collectively, "Plaintiffs");

WHEREAS, Plaintiffs filed a motion for summary judgment on April 30, 2019, ECF No. 311;

---

[1] This Court permitted the State of Oregon to intervene in the lawsuit on February 1, 2019. See ECF No. 274.

WHEREAS, Defendants requested and this Court granted a stay in this case, see ECF Nos. 462, 467, while the defendant agencies evaluated the issues presented by this litigation, as well as their regulatory and policy options;

WHEREAS, the Commonwealth of Virginia wishes to voluntarily dismiss its claims and remove itself from this case;

THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, hereby jointly stipulate and agree that the claims brought by the Commonwealth of Virginia in this lawsuit shall be, and are hereby, dismissed with prejudice, subject to the following conditions:

1. This stipulation does not affect the claims asserted by any other Plaintiff or Plaintiff-Intervenor besides the Commonwealth of Virginia.
2. The parties agree that each side will bear its own fees and costs as they relate to the Commonwealth of Virginia's claims.

| | | |
|---|---|---|
| 1 | Dated: April 13, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | KATHLEEN BOERGERS |
| 4 | | Supervising Deputy Attorney General |
| | | KETAKEE KANE |
| 5 | | Deputy Attorney General |
| 6 | | */s/ Karli Eisenberg* |
| | | KARLI EISENBERG |
| 7 | | Supervising Deputy Attorney General |
| 8 | | *Attorneys for Plaintiff the State of California* |
| 9 | | WILLIAM TONG |
| | | Attorney General of Connecticut |
| 10 | | MAURA MURPHY OSBORNE |
| | | Assistant Attorney General |
| 11 | | *Attorneys for Plaintiff the State of Connecticut* |
| 12 | | KATHLEEN JENNINGS |
| | | Attorney General of Delaware |
| 13 | | CHRISTIAN DOUGLAS WRIGHT |
| | | Director of Impact Litigation |
| 14 | | JESSICA M. WILLEY |
| 15 | | Deputy Attorney General |
| | | *Attorneys for Plaintiff the State of Delaware* |
| 16 | | |
| 17 | | BRIAN SCHWALB |
| | | Attorney General of the District of Columbia |
| 18 | | KATHLEEN KONOPKA |
| | | Deputy Attorney General, Public Advocacy Division |
| 19 | | *Attorneys for Plaintiff the District of Columbia* |
| 20 | | LOIO KUHINA |
| | | Attorney General of Hawaii |
| 21 | | ERIN N. LAU |
| 22 | | Deputy Attorney General |
| | | *Attorneys for Plaintiff the State of Hawaii* |
| 23 | | |
| 24 | | KWAME RAOUL |
| | | Attorney General of Illinois |
| 25 | | HARPREET K. KHERA |
| | | Deputy Bureau Chief, Special Litigation Bureau |
| 26 | | ELIZABETH MORRIS |
| | | Assistant Attorney General, Special Litigation Bureau |
| 27 | | *Attorneys for Plaintiff the State of Illinois* |
| 28 | | 4 |

Stipulation of Voluntary Dismissal of Plaintiff Commonwealth of Virginia's Claims With Prejudice
(4:17-cv-05783-HSG)

ANTHONY G. BROWN
Attorney General of Maryland
CAROLYN A. QUATTROCKI
Deputy Attorney General
STEVE M. SULLIVAN
Solicitor General
KIMBERLY S. CAMMARATA
Director, Health Education and Advocacy
*Attorneys for Plaintiff the State of Maryland*

KEITH ELLISON
Attorney General of Minnesota
JACOB CAMPION
Assistant Attorney General
*Attorney for Plaintiff the State of Minnesota,
by and through its Department of Human Services*

LETITIA JAMES
Attorney General of New York
LISA LANDAU
Bureau Chief, Health Care Bureau
STEVEN C. WU
Deputy Solicitor General
*Attorneys for Plaintiff the State of New York*

JOSHUA H. STEIN
Attorney General of North Carolina
SRIPRIYA NARASIMHAN
Deputy General Counsel
*Attorneys for Plaintiff the State of North Carolina*

PETER F. NERONHA
Attorney General of Rhode Island
MICHAEL W. FIELD
Assistant Attorney General
*Attorneys for Plaintiff the State of Rhode Island*

CHARITY R. CLARK
Attorney General of Vermont
ELEANOR SPOTTSWOOD
Assistant Attorney General
*Attorneys for Plaintiff the State of Vermont*

ROBERT F. FERGUSON
Attorney General of Washington
*Attorney for Plaintiff the State of Washington*

5

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 13, 2023 | Respectfully submitted, |
| 3 | | JASON S. MIYARES |
| 4 | | Attorney General of Virginia |
| 5 | | */s/  Andrew Ferguson*<br>ANDREW N. FERGUSON - *pro hac vice* |
| 6 | | Solicitor General<br>202 North 9th Street |
| 7 | | Richmond, VA 23219<br>Telephone: (804) 786-7704 |
| 8 | | E-mail: aferguson@oag.state.va.us<br>*Attorneys for the Commonwealth of Virginia* |
| 9 | | |
| 10 | Dated: April 13, 2023 | Respectfully submitted, |
| 11 | | ELLEN F. ROSENBLUM |
| 12 | | Attorney General of Oregon |
| 13 | | */s/   J. Nicole DeFever*<br>J. NICOLE DEFEVER |
| 14 | | CA Bar No. 191525<br>Senior Assistant Attorney General |
| 15 | | *Attorneys for Plaintiff-Intervenor State of Oregon* |

6

Stipulation of Voluntary Dismissal of Plaintiff Commonwealth of Virginia's Claims With Prejudice
(4:17-cv-05783-HSG)

Dated: April 13, 2023

Respectfully submitted,

BRIAN NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MICHELLE R. BENNETT
Assistant Branch Director

*/s/   Michael J. Gerardi*
MICHAEL J. GERARDI
DC Bar No. 1017949
CHRISTOPHER R. HEALY
REBECCA M. KOPPLIN
DANIEL RIESS
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, D.C. 20001
Telephone: (202) 616-0680
E-mail: michael.j.gerardi@usdoj.gov
*Counsel for Federal Defendants*

| | | |
|---|---|---|
| 1 | Dated: April 13, 2023 | Respectfully submitted, |
| 2 | | /s/ *Mark Rienzi* |
| | | ERIC C. RASSBACH – No. 288041 |
| 3 | | MARK L. RIENZI – *pro hac vice* |
| | | LORI H. WINDHAM – *pro hac vice* |
| 4 | | DIANA VERM THOMSON – *pro hac vice* |
| | | ADÈLE AUXIER KEIM – *pro hac vice* |
| 5 | | DANIEL L. CHEN – No. 312576 |
| | | The Becket Fund for Religious Liberty |
| 6 | | 1919 Pennsylvania Ave. NW, Suite 400 |
| | | Washington, DC 20036 |
| 7 | | Telephone: (202) 955-0095 |
| | | Facsimile: (202) 955-0090 |
| 8 | | E-mail: erassbach@becketlaw.org |
| | | *Counsel for Defendant-Intervenor The Little Sisters* |
| 9 | | *of the Poor* |
| 10 | | |
| 11 | Dated: April 13, 2023 | Respectfully submitted, |
| 12 | | /s/ *Kenneth Connelly* |
| | | KENNETH J. CONNELLY, AZ Bar. No. 25420 |
| 13 | | Alliance Defending Freedom |
| | | 15100 N. 90th Street |
| 14 | | Scottsdale, AZ 85260 |
| 15 | | Telephone: (480) 444-0020 |
| | | Facsimile: (480) 444-0028 |
| 16 | | E-mail: kconnelly@ADFlegal.org |
| | | *Counsel for Defendant-Intervenor March for Life* |
| 17 | | *Education and Defense Fund* |

Stipulation of Voluntary Dismissal of Plaintiff Commonwealth of Virginia's Claims With Prejudice
(4:17-cv-05783-HSG)

**ATTESTATION OF SIGNATURES**

I, Karli Eisenberg, hereby attest, pursuant to Local Civil Rule 5-1(h)(3) of the Northern District of California that concurrence in the filing of this document has been obtained from each signatory hereto.

/s/ Karli Eisenberg

Karli Eisenberg
Supervising Deputy Attorney General
*Attorney for Plaintiff*
*State of California*

9

# CERTIFICATE OF SERVICE

Case Name: **State of California v. Health and Human Services, et al.**   No.   **4:17-cv-05783-HSG**

I hereby certify that on <u>April 13, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF COMMONWEALTH OF VIRGINIA'S CLAIMS WITH PREJUDICE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 14, 2023</u>, at Sacramento, California.

| T. Oakes | /s/ T. Oakes |
|---|---|
| Declarant | Signature |

SA2017109209
37079611.docx