BRIAN NETTER
Deputy Assistant Attorney General
STEPHANIE HINDS
United States Attorney
MICHELLE R. BENNETT
Assistant Branch Director
MICHAEL GERARDI, DC Bar No. 1017949
CHRISTOPHER R. HEALY
REBECCA M. KOPPLIN
DANIEL RIESS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 616-0680
Email: michael.j.gerardi@usdoj.gov
*Counsel for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No.: 4:17-cv-5783-HSG |
| Plaintiffs, | |
| v. | **JOINT STATUS REPORT** |
| XAVIER BECERRA, Secretary of Health and Human Services, *et al.*, | |
| Defendants, | |
| and, | |
| THE LITTLE SISTERS OF THE POOR, ST. MARY'S HOME, *et al.*, | |
| Defendant-Intervenors | |

On August 17, 2021, the Court stayed this case and ordered the parties to file status reports every three months. ECF No. 467. The parties report as follows:

1. This case concerns the validity of two rules which create a moral exemption, and

expand a religious exemption, to the rules establishing the contraceptive coverage requirement. *See* Religious Exemptions and Accommodations for Coverage of Certain Preventive Services Under the ACA, 83 Fed. Reg. 57,536 (Nov. 15, 2018); Moral Exemptions and Accommodations for Coverage of Certain Preventive Services Under the ACA, 83 Fed. Reg. 57,592 (Nov. 15, 2018).

2. The Court has before it fully briefed dispositive motions, *see* ECF Nos. 311, 366, 368, 370, as well as supplemental briefs addressing the Supreme Court's decision in *Little Sisters of the Poor Saints Peter & Paul Home v. Pennsylvania*, 140 S. Ct. 2367 (2020), *see* ECF Nos. 433, 435, 437, 438, 440.

3. On August 3, 2021, the parties filed a joint status report, in which Federal Defendants asked the Court to stay the case to permit the defendant agencies to evaluate the issues presented by this litigation, as well as their regulatory and policy options. ECF No. 462. The Court had once previously held the motions in abeyance. ECF No. 454. Plaintiffs and intervenor March for Life did not object to the request. Intervenor Little Sisters objected.

4. On August 16, 2021, Federal Defendants announced that "[t]he Departments [of Health and Human Services, Treasury, and Labor] intend to initiate rulemaking within 6 months to amend the 2018 final regulations and obtaining public input will be included as part of the Departments' rulemaking process." CMS.Gov, Frequently Asked Questions, Affordable Care Act Implementation FAQs (Set 48) (Aug. 16, 2021) (available at https://perma.cc/2XH8-MDBX).

5. On August 17, 2021, the Court held a case management conference. The Court granted Federal Defendants' request to stay the case and directed "counsel . . . to e-file a joint status report every three months." ECF No. 467.

6. The Federal Defendants published a notice of proposed rulemaking on February 2, 2023, that would "amend regulations regarding coverage of certain preventive services under the Patient Protection and Affordable Care Act, which requires

non-grandfathered group health plans and non-grandfathered group or individual health insurance coverage to cover certain contraceptive services without cost sharing." U.S. Dep't of Treasury, U.S. Dept't of Labor, & Dep't of Health & Human Servs., *Coverage of Certain Preventive Services Under the Affordable Care Act* (Feb. 2, 2023) (available at https://perma.cc/L58Q-VY4Q).

7. The Court held another status conference on February 7, 2023. After the conference, the Court (1) ordered that the case should remain stayed and (2) directed the parties to attach to this joint status report any comments on the notice of proposed rulemaking submitted by Plaintiffs or intervenors. ECF No. 489.

8. The comment period for the proposed rule closed on April 3, 2023. The Federal Defendants received more than 44,000 comments on the proposed rule.

9. Attached as Exhibit A to this status report are the comments of the Plaintiff States on the proposed rule. Attached as Exhibit B to this status report are the comments of the Becket Fund, counsel to Intervenor-Defendant Little Sisters of the Poor St. Mary's Home, on the proposed rule. Attached as Exhibit C to this status report are the comments of Alliance Defending Freedom, counsel to Intervenor-Defendant March for Life, on the proposed rule.

10. To allow time for a full evaluation of the more than 44,000 comments received, Federal Defendants propose that the case remain stayed and that Federal Defendants continue to file status reports every 90 days to apprise the Court of the status of the rulemaking and their position on the need for a continued stay. The next status report will therefore be due on August 1, 2023.

11. Plaintiff States do not oppose the case remaining in its current posture.

12. Intervenor-Defendant March for Life concurs in the federal government's proposal of a continued stay.

13. Intervenor-Defendant Little Sisters of the Poor believe the stay should be lifted and the Court should decide the long-pending motions for summary judgment.

The religious exemption is the law of the land, and it has been now for years. The federal government plans to keep it in place, and the States still purport to challenge it. Waiting an unknown number of months, for unknown tweaks to the law that may or may not ever be made, does not make sense. The 2024 presidential election is already starting and the contraceptive mandate issue is now in danger of lingering into a fourth presidential administration.

| | |
|---|---|
| Dated: May 1, 2023 | Respectfully submitted, |
| | BRIAN NETTER<br>Deputy Assistant Attorney General |
| | STEPHANIE HINDS<br>United States Attorney |
| | MICHELLE R. BENNETT<br>Assistant Branch Director |
| | */s/   Michael   J.   Gerardi*<br>MICHAEL J. GERARDI<br>DC Bar No. 1017949<br>CHRISTOPHER R. HEALY<br>REBECCA M. KOPPLIN<br>DANIEL RIESS<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L Street NW<br>Washington, D.C.  20005<br>Telephone:  (202) 616-0680<br>Email: michael.j.gerardi@usdoj.gov<br>*Counsel for Federal Defendants* |
| | */s/ Mark L. Rienzi*<br>Eric C. Rassbach – No. 288041<br>Mark L. Rienzi – *pro hac vice*<br>Lori H. Windham – *pro hac vice*<br>Diana Verm Thomson – *pro hac vice*<br>Adèle Auxier Keim – *pro hac vice*<br>Daniel L. Chen – No. 312576<br>The Becket Fund for Religious Liberty<br>1919 Pennsylvania Ave. NW, Suite 400<br>Washington, DC 20036<br>Telephone: (202) 955-0095<br>Facsimile: (202) 955-0090<br>erassbach@becketlaw.org<br>*Counsel for Defendant-Intervenor The Little Sisters of the Poor* |

| | |
|---|---|
| Dated:  May 1, 2022 | Respectfully submitted,<br><br>ROB BONTA<br>Attorney General of California<br>KATHLEEN BOERGERS<br>Supervising Deputy Attorney General<br>KATAKEE KANE<br>Deputy Attorney General<br><br>*/s/ Karli Eisenberg*<br>KARLI EISENBERG<br>Supervising Deputy Attorney General<br>*Attorneys for Plaintiff the State of California*<br><br>WILLIAM TONG<br>Attorney General of Connecticut<br>MAURA MURPHY OSBORNE<br>Assistant Attorney General<br>*Attorneys for Plaintiff the State of Connecticut*<br><br>KATHLEEN JENNINGS<br>Attorney General of Delaware<br>CHRISTIAN DOUGLAS WRIGHT<br>Director of Impact Litigation<br>JESSICA M. WILLEY<br>Deputy Attorney General<br>*Attorneys for Plaintiff the State of Delaware*<br><br>BRIAN SCHWALB<br>Attorney General of the District of Columbia<br>KATHLEEN KONOPKA<br>Deputy Attorney General, Public Advocacy Division<br>*Attorneys for Plaintiff the District of Columbia*<br><br>LOIO KUHINA<br>Attorney General of Hawaii<br>ERIN N. LAU<br>Deputy Attorney General<br>*Attorneys for Plaintiff the State of Hawaii*<br><br>KWAME RAOUL<br>Attorney General of Illinois<br>HARPREET K. KHERA<br>Deputy Bureau Chief,<br>Special Litigation Bureau |

ELIZABETH MORRIS
Assistant Attorney General,
Special Litigation Bureau
*Attorneys for Plaintiff*
*the State of Illinois*

ANTHONY G. BROWN
Attorney General of Maryland
CAROLYN A. QUATTROCKI
Deputy Attorney General
STEVE M. SULLIVAN
Solicitor General
KIMBERLY S. CAMMARATA
Director, Health Education
and Advocacy
*Attorneys for Plaintiff*
*the State of Maryland*

KEITH ELLISON
Attorney General of Minnesota
JACOB CAMPION
Assistant Attorney General
*Attorney for Plaintiff*
*the State of Minnesota,*
*by and through its*
*Department of Human Services*

LETITIA JAMES
Attorney General of New York
LISA LANDAU
Bureau Chief, Health Care Bureau
STEVEN C. WU
Deputy Solicitor General
*Attorneys for Plaintiff*
*the State of New York*

JOSHUA H. STEIN
Attorney General of North Carolina
SRIPRIYA NARASIMHAN
Deputy General Counsel
*Attorneys for Plaintiff*
*the State of North Carolina*

PETER F. NERONHA
Attorney General of Rhode Island
MICHAEL W. FIELD
Assistant Attorney General
*Attorneys for Plaintiff*
*the State of Rhode Island*

CHARITY R. CLARK
Attorney General of Vermont
ELEANOR SPOTTSWOOD
Assistant Attorney General

*Attorneys for Plaintiff
the State of Vermont*

ROBERT F. FERGUSON
Attorney General of Washington
JEFFREY T. SPRUNG
Assistant Attorney General
*Attorneys for Plaintiff
the State of Washington*

| | |
|---|---|
| Dated:  May 1, 2023 | Respectfully submitted, |

ELLEN F. ROSENBLUM
Attorney General of Oregon
 */s/ J. Nicole DeFever*
(as authorized on 5/1/2023)
 J. NICOLE DEFEVER,
CA Bar No. 191525
Senior Assistant Attorney General
*Attorneys for Plaintiff-Intervenor
the State of Oregon*


 */s/ Kenneth J. Connelly*
KENNETH J. CONNELLY, AZ Bar No. 25420
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone:  (480) 444-0020
Facsimile:  (480) 444-0028
Email: kconnelly@ADFlegal.org
 *Counsel for Defendant-Intervenor March for Life Education and Defense Fund*