United States District Court
Northern District of California

1   UNITED STATES DISTRICT COURT

2   NORTHERN DISTRICT OF CALIFORNIA

3

4                                          ,        Case No. _____

5            Plaintiff(s),

6        v.                                         **APPLICATION FOR ADMISSION OF**
                                                    **ATTORNEY PRO HAC VICE**
7                                          ,        (CIVIL LOCAL RULE 11-3)

8            Defendant(s).

9

10      I, _____, an active member in good standing of the bar of

11   _____, hereby respectfully apply for admission to practice pro hac

12   vice in the Northern District of California representing: _____ in the

13   above-entitled action. My local co-counsel in this case is _____, an

14   attorney who is a member of the bar of this Court in good standing and who maintains an office

15   within the State of California.  Local co-counsel's bar number is: _____.

16

17   _____      _____
     MY ADDRESS OF RECORD                   LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18

19   _____      _____
     MY TELEPHONE # OF RECORD               LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

20   _____      _____
     MY EMAIL ADDRESS OF RECORD             LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22      I am an active member in good standing of a United States Court or of the highest court of

23   another State or the District of Columbia, as indicated above; my bar number is: _____.

24      A true and correct copy of a certificate of good standing or equivalent official document

25   from said bar is attached to this application.

26      I have been granted pro hac vice admission by the Court _____ times in the 12 months

27   preceding this application.

28

<div style="text-align: right; writing-mode: vertical-rl;">United States District Court<br>Northern District of California</div>

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

_____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE



# SUPREME COURT

## State of Colorado,

**STATE OF COLORADO, ss:**

I, ___**Cheryl Stevens**___, *Clerk of the Supreme Court of the State of Colorado, do hereby certify that*

**SHANNON WELLS STEVENSON**

*has been duly licensed and admitted to practice as an*

## ATTORNEY AND COUNSELOR AT LAW

*within this State; and that his/her name appears upon the Roll of Attorneys*

*and Counselors at Law in my office of date the* ___**26**th___

*day of* ___**May**___ *A.D.* ___**2004**___ *and that at the date*

*hereof the said* ___**SHANNON WELLS STEVENSON**___ *is in good standing*

*at this Bar.*



**IN WITNESS WHEREOF**, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this*

___**21**st___ *day of* ___**June**___ *A.D.* ___**2023**___

**Cheryl Stevens**
_____
Clerk

By _____
Deputy Clerk