IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>HEALTH and HUMAN SERVICES, et al.,<br><br>　　　　　Defendants. | Case No. 4:17-cv-05783-HSG |

## ORDER

　　The Court hereby GRANTS Intervenor State of Colorado's Motion for Eric R. Olson to withdraw as attorney for the State of Colorado in this matter.

**IT IS SO ORDERED**.

Dated: 6/30/2023

_____
The Honorable Haywood S. Gilliam, Jr.