ALLAN J. ARFFA (pro hac vice)
aarffa@paulweiss.com
MELINA M. MENEGUIN LAYERENZA (pro hac vice)
mmeneguin@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000; Facsimile: (212) 757-3990

ARTHUR J. SHARTSIS (Bar No. 51549)
ashartsis@sflaw.com
KAJSA M. MINOR (Bar No. 251222)
kminor@sflaw.com
SHARTSIS FRIESE LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500; Facsimile: (415) 421-2922

*Attorneys for Amici Curiae*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE STATE OF CALIFORNIA, *et al.*,<br>                                          Plaintiffs,<br><br>     *v.*<br><br>HEALTH and HUMAN SERVICES, *et al.*,<br>                                          Defendants. | Case No. 4:17-cv-05783-HSG<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR REMOVAL FROM DOCKET**<br><br>**Hon. Haywood S. Gilliam, Jr.** |

TO THE CLERK, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Melina M. Meneguin Layerenza (admitted *pro hac vice*) hereby withdraws her appearance as counsel of record for amicus curiae Planned Parenthood Federation of America, National Health Law Program, and National Family Planning and Reproductive Health Association in the above-captioned matter, and requests termination of all CM/ECF notices to her in this matter. Counsel of record for Planned Parenthood Federation of America, National Health Law Program, and National Family Planning and Reproductive Health Association otherwise remain the same.

| | | |
|---|---|---|
| 1 | Dated: June 30, 2023 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | | |
| 3 | | By:   */s/ Melina M. Meneguin Layerenza* |

Allan J. Arffa (pro hac vice)
Melina M. Meneguin Layerenza (pro hac vice)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000; Facsimile: (212) 757-3990

-and-

Arthur J. Shartsis (Bar No. 51549)
Kajsa M. Minor (Bar No. 251222)
SHARTSIS FRIESE LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

*Attorneys for Amicus Curiae Planned Parenthood Federation of America, National Health Law Program, and National Family Planning and Reproductive Health Association*