UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California, et al.            ,

        Plaintiff(s),

  v.

U.S. Dept. of HHS, et al.           ,

        Defendant(s).

Case No. 17-cv-5783 HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Sarah L. J. Aceves, an active member in good standing of the bar of The State of Vermont, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: The State of Vermont in the above-entitled action. My local co-counsel in this case is Karli Eisenberg, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 281923.

| 109 State Street, Montpelier, VT 05609 | 1300 I Street, Sacramento, CA 95814 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| | |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| | |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5596.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court   0   times in the 12 months preceding this application.

1     I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

Sarah L. J. Aceves
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>Sarah L. J. Aceves</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: <u>2/6/2024</u>



UNITED STATES DISTRICT JUDGE

DENIED
Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.

Updated 11/2021

2



# VERMONT SUPREME COURT

## CERTIFICATE OF ADMISSION AND GOOD STANDING

This is to **CERTIFY** that **Sarah Aceves, #5596** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State by the Vermont Supreme Court on the 19th day of December 2016.

This is to **FURTHER CERTIFY** that the said **Sarah Aceves, Esq.** is on active status and is in good standing according to the records of this Court.

Dated at Montpelier, Vermont, this 2nd day of November 2023.

Emily Wetherell
Deputy Clerk