BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ISMAIL RAMSEY
United States Attorney
MICHELLE R. BENNETT
Assistant Branch Director
MICHAEL GERARDI, DC Bar No. 1017949
REBECCA M. KOPPLIN
DANIEL RIESS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C.  20001
Telephone:  (202) 616-0680
Email: michael.j.gerardi@usdoj.gov
*Counsel for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No.: 4:17-cv-5783-HSG |
| Plaintiffs, | |
| v. | **JOINT STATUS REPORT** |
| XAVIER BECERRA, Secretary of Health and Human Services, *et al.*, | |
| Defendants, | |
| and, | |
| THE LITTLE SISTERS OF THE POOR, ST. MARY'S HOME, *et al.*, | |
| Defendant-Intervenors | |

On August 17, 2021, the Court stayed this case and ordered the parties to file status reports every three months.  ECF No. 467.  On January 30, the Court directed the parties to file status reports every 120 days.  ECF No. 508.  The parties report as follows:

JOINT STATUS REPORT
Case No.: 4:17-cv-5783

1. This case concerns the validity of two rules which create a moral exemption, and expand a religious exemption, to the rules establishing the contraceptive coverage requirement. *See* Religious Exemptions and Accommodations for Coverage of Certain Preventive Services Under the ACA, 83 Fed. Reg. 57,536 (Nov. 15, 2018); Moral Exemptions and Accommodations for Coverage of Certain Preventive Services Under the ACA, 83 Fed. Reg. 57,592 (Nov. 15, 2018).

2. The Court has before it fully briefed dispositive motions, *see* ECF Nos. 311, 366, 368, 370, as well as supplemental briefs addressing the Supreme Court's decision in *Little Sisters of the Poor Saints Peter & Paul Home v. Pennsylvania*, 140 S. Ct. 2367 (2020), *see* ECF Nos. 433, 435, 437, 438, 440.

3. On August 16, 2021, Federal Defendants announced that "[t]he Departments [of Health and Human Services, Treasury, and Labor] intend to initiate rulemaking within 6 months to amend the 2018 final regulations and obtaining public input will be included as part of the Departments' rulemaking process." CMS.Gov, Frequently Asked Questions, Affordable Care Act Implementation FAQs (Set 48) (Aug. 16, 2021) (available at https://perma.cc/2XH8-MDBX).

4. The Federal Defendants published a notice of proposed rulemaking on February 2, 2023, that would "amend regulations regarding coverage of certain preventive services under the Patient Protection and Affordable Care Act, which requires non-grandfathered group health plans and non-grandfathered group or individual health insurance coverage to cover certain contraceptive services without cost sharing." U.S. Dep't of Treasury, U.S. Dept't of Labor, & Dep't of Health & Human Servs., *Coverage of Certain Preventive Services Under the Affordable Care Act* (Feb. 2, 2023) (available at https://perma.cc/L58Q-VY4Q). The comment period for the proposed rule closed on April 3, 2023. The Federal Defendants received over 44,000 comments to the proposed rule.

5. The Court held its most recent status conference in this matter on February 7,

2023. After the conference, the Court (1) ordered that the case should remain stayed and (2) directed the parties to attach to their next joint status report any comments on the notice of proposed rulemaking submitted by Plaintiffs or intervenors. ECF No. 489.

6. The parties filed a status report with the comments of the Plaintiffs and intervenors on the notice of proposed rulemaking on May 1, 2023. ECF No. 493. The parties filed further status reports on August 1, 2023, ECF No. 501; October 30, 2023, ECF No. 503; and January 29, 2024, ECF No. 507.

7. The Federal Defendants can report that review and assessment of the comments to the proposed rule, including comments from Plaintiffs and Intervenors, is ongoing.

8. Regarding the timing of the release of the Final Rule, the Office of Management and Budget periodically issues a Unified Agenda of Regulatory and Deregulatory Actions (Unified Agenda), which reports on administrative agencies' planned regulatory actions. The Fall 2023 Unified Agenda, which is the most recent Unified Agenda as of this filing, states that Federal Defendants expect to publish the Final Rule in August 2024. Executive Office of the President of the United States, Office of Information and Regulatory Affairs, Office of Management and Budget, HHS/CMS, Coverage of Certain Preventive Services Under the Affordable Care Act, available at https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202310&RIN=0938-AU94.

9. Federal Defendants propose that this case remain stayed, with the parties to file a further status report on September 26, 2024, 120 days from today.

10. Plaintiff States do not oppose the case remaining in its current posture.

11. Intervenor-Defendant March for Life agrees with the Federal Defendants' proposal.

12. Intervenor The Little Sisters maintain their position from prior filings that the stay should be lifted and the motions for summary judgment decided, particularly with yet another presidential election now upon us.

Dated: May 29, 2024                              Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ISMAIL RAMSEY
United States Attorney

MICHELLE R. BENNETT
Assistant Branch Director

/s/   Michael   J.   Gerardi
REBECCA M. KOPPLIN
MICHAEL J. GERARDI (DC Bar No. 1017949)
DANIEL RIESS
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, D.C. 20001
Telephone: (202) 616-0680
Email: michael.j.gerardi@usdoj.gov
*Counsel for Federal Defendants*

/s/ Mark L. Rienzi
Eric C. Rassbach – No. 288041
Mark L. Rienzi – *pro hac vice*
Lori H. Windham – *pro hac vice*
Diana Verm Thomson – *pro hac vice*
Adèle Auxier Keim – *pro hac vice*
Daniel L. Chen – No. 312576
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20036
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
erassbach@becketlaw.org
*Counsel for Defendant-Intervenor The Little Sisters of the Poor*

|   |   |
|---|---|
| 1 | |
| 2 | Respectfully submitted, |
| 3 | ROB BONTA<br>Attorney General of California<br>KATHLEEN BOERGERS |
| 4 | Supervising Deputy Attorney General<br>KATAKEE KANE |
| 5 | Deputy Attorney General |
| 6 | |
| 7 | /s/ Karli Eisenberg<br>KARLI EISENBERG |
| 8 | Supervising Deputy Attorney General<br>*Attorneys for Plaintiff the State of* |
| 9 | *California* |
| 10 | WILLIAM TONG<br>Attorney General of Connecticut |
| 11 | MAURA MURPHY OSBORNE<br>Assistant Attorney General |
| 12 | *Attorneys for Plaintiff the State of Connecticut* |
| 13 | KATHLEEN JENNINGS |
| 14 | Attorney General of Delaware<br>CHRISTIAN DOUGLAS WRIGHT |
| 15 | Director of Impact Litigation<br>JESSICA M. WILLEY |
| 16 | Deputy Attorney General<br>*Attorneys for Plaintiff* |
| 17 | *the State of Delaware* |
| 18 | BRIAN SCHWALB<br>Attorney General of the |
| 19 | District of Columbia<br>KATHLEEN KONOPKA |
| 20 | Deputy Attorney General,<br>Public Advocacy Division |
| 21 | *Attorneys for Plaintiff the District of Columbia* |
| 22 | LOIO KUHINA |
| 23 | Attorney General of Hawaii<br>ERIN N. LAU |
| 24 | Deputy Attorney General<br>*Attorneys for Plaintiff* |
| 25 | *the State of Hawaii* |
| 26 | KWAME RAOUL<br>Attorney General of Illinois |
| 27 | HARPREET K. KHERA<br>Deputy Bureau Chief, |
| 28 | Special Litigation Bureau |

ELIZABETH MORRIS
Assistant Attorney General,
Special Litigation Bureau
*Attorneys for Plaintiff*
*the State of Illinois*

ANTHONY G. BROWN
Attorney General of Maryland
CAROLYN A. QUATTROCKI
Deputy Attorney General
STEVE M. SULLIVAN
Solicitor General
KIMBERLY S. CAMMARATA
Director, Health Education
and Advocacy
*Attorneys for Plaintiff*
*the State of Maryland*

KEITH ELLISON
Attorney General of Minnesota
JACOB CAMPION
Assistant Attorney General
*Attorney for Plaintiff*
*the State of Minnesota,*
*by and through its*
*Department of Human Services*

LETITIA JAMES
Attorney General of New York
LISA LANDAU
Bureau Chief, Health Care Bureau
STEVEN C. WU
Deputy Solicitor General
*Attorneys for Plaintiff*
*the State of New York*

JOSHUA H. STEIN
Attorney General of North Carolina
SRIPRIYA NARASIMHAN
Deputy General Counsel
*Attorneys for Plaintiff*
*the State of North Carolina*

PETER F. NERONHA
Attorney General of Rhode Island
MICHAEL W. FIELD
Assistant Attorney General
*Attorneys for Plaintiff*
*the State of Rhode Island*

CHARITY R. CLARK
Attorney General of Vermont
ELEANOR SPOTTSWOOD
Assistant Attorney General

|   |   |
|---|---|
| 1 | *Attorneys for Plaintiff* |
|   | *the State of Vermont* |
| 2 |   |
|   | ROBERT F. FERGUSON |
| 3 | Attorney General of Washington |
|   | JEFFREY T. SPRUNG |
| 4 | Assistant Attorney General |
|   | *Attorneys for Plaintiff* |
| 5 | *the State of Washington* |

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General of Oregon
 */s/ J. Nicole DeFever*
(as authorized on 5/1/2023)
 J. NICOLE DEFEVER,
CA Bar No. 191525
Senior Assistant Attorney General
*Attorneys for Plaintiff-Intervenor*
*the State of Oregon*


*/s/ Kevin H. Theriot*
KEVIN H. THERIOT, AZ Bar No. 030446
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone:  (480) 444-0020
Facsimile:  (480) 444-0028
Email: ktheriot@adflegal.org
 *Counsel for Defendant-Intervenor*
*March for Life Education and Defense Fund*