BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ISMAIL RAMSEY
United States Attorney
MICHELLE R. BENNETT
Assistant Branch Director
MICHAEL GERARDI, DC Bar No. 1017949
REBECCA M. KOPPLIN
DANIEL RIESS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C.  20001
Telephone:  (202) 616-0680
Email: michael.j.gerardi@usdoj.gov
*Counsel for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

|  |  |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No.: 4:17-cv-5783-HSG |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. |  |
| XAVIER BECERRA, Secretary of Health and Human Services, *et al.*, |  |
| Defendants, |  |
| and, |  |
| THE LITTLE SISTERS OF THE POOR, ST. MARY'S HOME, *et al.*, |  |
| Defendant-Intervenors |  |

On August 17, 2021, the Court stayed this case and ordered the parties to file status reports every three months.  ECF No. 467.  On January 30, the Court directed the parties to file status reports every 120 days. ECF No. 508. Defendants filed their most recent status

report on May 29, 2024, ECF No. 510, and their next status report would have been due September 29, 2024. On September 5, 2024, the Court directed "Defendants to file a joint status report addressing the status of the rulemaking and the need for a continued stay by September 13, 2024." ECF No. 514. The parties report as follows:

1. This case concerns the validity of two rules, one creating a moral exemption and one expanding a religious exemption to the rules establishing the contraceptive coverage requirement. *See* Religious Exemptions and Accommodations for Coverage of Certain Preventive Services Under the ACA, 83 Fed. Reg. 57,536 (Nov. 15, 2018); Moral Exemptions and Accommodations for Coverage of Certain Preventive Services Under the ACA, 83 Fed. Reg. 57,592 (Nov. 15, 2018).

2. The Court has before it fully briefed dispositive motions, *see* ECF Nos. 311, 366, 368, 370, as well as supplemental briefs addressing the Supreme Court's decision in *Little Sisters of the Poor Saints Peter & Paul Home v. Pennsylvania*, 140 S. Ct. 2367 (2020), *see* ECF Nos. 433, 435, 437, 438, 440.

3. On August 16, 2021, Federal Defendants announced that "[t]he Departments [of Health and Human Services, Treasury, and Labor] intend to initiate rulemaking within 6 months to amend the 2018 final regulations and obtaining public input will be included as part of the Departments' rulemaking process." CMS.Gov, Frequently Asked Questions, Affordable Care Act Implementation FAQs (Set 48) (Aug. 16, 2021) (available at https://perma.cc/2XH8-MDBX).

4. The Federal Defendants published a notice of proposed rulemaking on February 2, 2023, that would "amend regulations regarding coverage of certain preventive services under the Patient Protection and Affordable Care Act, which requires non-grandfathered group health plans and non-grandfathered group or individual health insurance coverage to cover certain contraceptive services without cost sharing." U.S. Dep't of Treasury, U.S. Dep't of Labor, & Dep't of Health & Human Servs., *Coverage of Certain Preventive Services Under the Affordable Care Act* (Feb. 2, 2023) (available at

https://perma.cc/L58Q-VY4Q).  The comment period for the proposed rule closed on April 3, 2023. The Federal Defendants received over 44,000 comments to the proposed rule.

5. The Court held its most recent status conference in this matter on February 7, 2023.  After the conference, the Court (1) ordered that the case should remain stayed and (2) directed the parties to attach to their next joint status report any comments on the notice of proposed rulemaking submitted by Plaintiffs or intervenors.  ECF No. 489.

6. The parties filed a status report with the comments of the Plaintiffs and intervenors on the notice of proposed rulemaking on May 1, 2023.  ECF No. 493.  The parties filed further status reports on August 1, 2023, ECF No. 501; October 30, 2023, ECF No. 503; January 29, 2024, ECF No. 507; and May 29, 2024, ECF No. 510.

7. The parties' May status report stated:

> [T]he Office of Management and Budget periodically issues a Unified Agenda of Regulatory and Deregulatory Actions (Unified Agenda), which reports on administrative agencies' planned regulatory actions. The Fall 2023 Unified Agenda, which is the most recent Unified Agenda as of this filing, states that Federal Defendants expect to publish the Final Rule in August 2024. Executive Office of the President of the United States, Office of Information and Regulatory Affairs, Office of Management and Budget, HHS/CMS, Coverage of Certain Preventive Services Under the Affordable Care Act, available at https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202310&RIN=0938-AU94.

ECF No. 510, at 3.

8. The Federal Defendants can report that review and assessment of the comments to the proposed rule, including comments from Plaintiffs and Intervenors, is ongoing.  The expected publication date announced in the Fall 2023 Unified Agenda was not met because of the agencies' need to prioritize other critical rulemakings, including the final rules implementing the Mental Health Parity and Addiction Equity Act which were promulgated on September 9, 2024. *See* Centers for Medicare & Medicaid Servs., *The Mental Health Parity and Addiction Equity Act*, https://www.cms.gov/marketplace/private-health-insurance/mental-health-parity-addiction-equity#2024mhpaearegulations. The Spring 2024

Unified Agenda, which is the most recent Unified Agenda as of this filing, states that the Federal Defendants expect to publish the Final Rule in December 2024. Executive Office of the President of the United States, Office of Information and Regulatory Affairs, Office of Management and Budget, HHS/CMS, Coverage of Certain Preventive Services Under the Affordable Care Act, available at https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202404&RIN=0938-AU94.

9. Federal Defendants propose that this case remain stayed, with the parties to file a further status report on January 15, 2025.

10. Plaintiff States do not oppose the case remaining in its current posture.

11. Intervenor The Little Sisters maintain their position that the stay should be lifted and the Court should decide the long-pending motions for summary judgment against the Plaintiff States and end this case.

The Plaintiff States have now demonstrated their willingness to live with the existing religious exemption in place for several years. That willingness proves, beyond any serious debate, that the Plaintiff States have no plausible claim that the religious exemption is causing them "irreparable harm."

The Little Sisters respectfully request that the Court resolve the matter against the Plaintiffs now or, at the latest, by January 19, 2025.

12. Intervenor-Defendant March for Life changes its previous position and now agrees with The little Sisters' ongoing position that the stay should be lifted and the motions for summary judgment decided given the extended delay in finalizing the proposed rule.

Dated: September 13, 2024                           Respectfully submitted,

                                                    BRIAN M. BOYNTON
                                                    Principal Deputy Assistant Attorney
                                                    General

                                                    ISMAIL RAMSEY
                                                    United States Attorney

|   |   |
|---|---|
|   | MICHELLE R. BENNETT<br>Assistant Branch Director<br><br>/s/   *Michael   J.   Gerardi*<br>REBECCA M. KOPPLIN<br>MICHAEL J. GERARDI (DC Bar No. 1017949)<br>DANIEL RIESS<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L Street NW<br>Washington, D.C.  20001<br>Telephone:  (202) 616-0680<br>Email: michael.j.gerardi@usdoj.gov<br>*Counsel for Federal Defendants*<br><br>*/s/ Mark L. Rienzi*<br>Eric C. Rassbach – No. 288041<br>Mark L. Rienzi – *pro hac vice*<br>Lori H. Windham – *pro hac vice*<br>Diana Verm Thomson – *pro hac vice*<br>Adèle Auxier Keim – *pro hac vice*<br>Daniel L. Chen – No. 312576<br>The Becket Fund for Religious Liberty<br>1919 Pennsylvania Ave. NW, Suite 400<br>Washington, DC 20036<br>Telephone: (202) 955-0095<br>Facsimile: (202) 955-0090<br>erassbach@becketlaw.org<br>*Counsel for Defendant-Intervenor The Little Sisters of the Poor* |

|   |   |
|---|---|
| 1 | |
| 2 | Respectfully submitted, |
| 3 | ROB BONTA<br>Attorney General of California<br>KATHLEEN BOERGERS |
| 4 | Supervising Deputy Attorney General<br>KATAKEE KANE |
| 5 | Deputy Attorney General |
| 6 | |
| 7 | */s/ Karli Eisenberg*<br>KARLI EISENBERG |
| 8 | Supervising Deputy Attorney General<br>*Attorneys for Plaintiff the State of* |
| 9 | *California* |
| 10 | WILLIAM TONG<br>Attorney General of Connecticut |
| 11 | MAURA MURPHY OSBORNE<br>Assistant Attorney General |
| 12 | *Attorneys for Plaintiff the State of*<br>*Connecticut* |
| 13 | KATHLEEN JENNINGS |
| 14 | Attorney General of Delaware<br>CHRISTIAN DOUGLAS WRIGHT |
| 15 | Director of Impact Litigation<br>JESSICA M. WILLEY |
| 16 | Deputy Attorney General<br>*Attorneys for Plaintiff* |
| 17 | *the State of Delaware* |
| 18 | BRIAN SCHWALB<br>Attorney General of the |
| 19 | District of Columbia<br>KATHLEEN KONOPKA |
| 20 | Deputy Attorney General,<br>Public Advocacy Division |
| 21 | *Attorneys for Plaintiff the District of*<br>*Columbia* |
| 22 | LOIO KUHINA |
| 23 | Attorney General of Hawaii<br>ERIN N. LAU |
| 24 | Deputy Attorney General<br>*Attorneys for Plaintiff* |
| 25 | *the State of Hawaii* |
| 26 | KWAME RAOUL<br>Attorney General of Illinois |
| 27 | HARPREET K. KHERA<br>Deputy Bureau Chief, |
| 28 | Special Litigation Bureau |

ELIZABETH MORRIS
Assistant Attorney General,
Special Litigation Bureau
*Attorneys for Plaintiff*
*the State of Illinois*

ANTHONY G. BROWN
Attorney General of Maryland
CAROLYN A. QUATTROCKI
Deputy Attorney General
STEVE M. SULLIVAN
Solicitor General
KIMBERLY S. CAMMARATA
Director, Health Education
and Advocacy
*Attorneys for Plaintiff*
*the State of Maryland*

KEITH ELLISON
Attorney General of Minnesota
JACOB CAMPION
Assistant Attorney General
*Attorney for Plaintiff*
*the State of Minnesota,*
*by and through its*
*Department of Human Services*

LETITIA JAMES
Attorney General of New York
LISA LANDAU
Bureau Chief, Health Care Bureau
STEVEN C. WU
Deputy Solicitor General
*Attorneys for Plaintiff*
*the State of New York*

JOSHUA H. STEIN
Attorney General of North Carolina
SRIPRIYA NARASIMHAN
Deputy General Counsel
*Attorneys for Plaintiff*
*the State of North Carolina*

PETER F. NERONHA
Attorney General of Rhode Island
MICHAEL W. FIELD
Assistant Attorney General
*Attorneys for Plaintiff*
*the State of Rhode Island*

CHARITY R. CLARK
Attorney General of Vermont
ELEANOR SPOTTSWOOD
Assistant Attorney General

*Attorneys for Plaintiff
the State of Vermont*

ROBERT F. FERGUSON
Attorney General of Washington
JEFFREY T. SPRUNG
Assistant Attorney General
*Attorneys for Plaintiff
the State of Washington*

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General of Oregon
 */s/ J. Nicole DeFever*
(as authorized on 5/1/2023)
 J. NICOLE DEFEVER,
CA Bar No. 191525
Senior Assistant Attorney General
*Attorneys for Plaintiff-Intervenor
the State of Oregon*


*/s/ Kevin H. Theriot*
KEVIN H. THERIOT, AZ Bar No. 030446
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone:  (480) 444-0020
Facsimile:  (480) 444-0028
Email: ktheriot@adflegal.org
 *Counsel for Defendant-Intervenor
March for Life Education and Defense Fund*