BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ISMAIL RAMSEY
United States Attorney
MICHELLE R. BENNETT
Assistant Branch Director
MICHAEL GERARDI, DC Bar No. 1017949
REBECCA M. KOPPLIN
DANIEL RIESS
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20001
Telephone: (202) 616-0680
Email: michael.j.gerardi@usdoj.gov
*Counsel for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No.: 4:17-cv-5783-HSG |
| Plaintiffs, | |
| v. | **NOTICE OF WITHDRAWAL OF NOTICE OF PROPOSED RULEMAKING** |
| XAVIER BECERRA, Secretary of Health and Human Services, *et al.*, | |
| Defendants, | |
| and, | |
| THE LITTLE SISTERS OF THE POOR, ST. MARY'S HOME, *et al.*, | |
| Defendant-Intervenors | |

Federal Defendants respectfully give notice to the Court that the U.S. Department of the Treasury, the U.S. Department of Labor, and the U.S. Department of Health and Human Services are withdrawing in their entirety proposed rules that were published in the Federal Register on February 2, 2023, regarding coverage of certain preventive services under the Affordable Care Act. The unpublished version of the notice of withdrawal can be viewed on the website of the Federal Register at the following address: https://public-inspection.federalregister.gov/2024-31239.pdf. The withdrawal will become effective upon publication in the Federal Register on December 30, 2024.

Dated: December 23, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ISMAIL RAMSEY
United States Attorney

MICHELLE R. BENNETT
Assistant Branch Director

/s/   Michael   J.   Gerardi
REBECCA M. KOPPLIN
MICHAEL J. GERARDI (DC Bar No. 1017949)
DANIEL RIESS
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, D.C.  20001
Telephone:  (202) 616-0680
Email: michael.j.gerardi@usdoj.gov
*Counsel for Federal Defendants*