PHILIP J. WEISER
Attorney General of Colorado
SHANNON STEVENSON
Solicitor General
MICHAEL D. MCMASTER
Assistant Solicitor General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6749
Fax: (720) 508-6030
E-mail: Shannon.stevenson@coag.gov
*Attorneys for Proposed Intervenor State of Colorado*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | Case No. 17-cv-05783-HSG |
| Plaintiffs, | |
| v. | **RESPONSE TO ECF NO. 521 BY PROPOSED INTERVENOR STATES OF COLORADO, MICHIGAN, AND NEVADA** |
| HEALTH AND HUMAN SERVICES, et al. | |
| Defendants. | |

In accordance with ECF No. 521, the State of Colorado, the State of Michigan, and the State of Nevada write to advise the Court that they seek a ruling on their pending motion to intervene as plaintiffs (ECF No. 293). Moreover, if the Court grants the motion to intervene, Colorado, Michigan, and Nevada further seek relief consistent with the Plaintiffs' pending motions for summary judgment (ECF No. 311; 433).

Dated: January 17, 2025

Respectfully submitted,

PHILIP J. WEISER
Attorney General of Colorado

AARON D. FORD
Attorney General

/s/ Shannon Stevenson
SHANNON STEVENSON*
Solicitor General
MICHAEL D. MCMASTER
Assistant Solicitor General
1300 Broadway, 10th Floor
Denver, Colorado 80203
(720) 508-6749
shannon.stevenson@coag.gov

By: /s/ Heidi Parry Stern
Heidi Parry Stern (Bar. No. 8873)
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

Attorneys for the State of Colorado
*Counsel of Record
Under Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

DANA NESSEL
Attorney General of Michigan

/s/ Toni Harris
TONI HARRIS*
Assistant Attorney General
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
HarrisT19@michigan.gov

Attorney for the State of Michigan
*Counsel of Record